IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JAMAAL APPLEWHITE, <br><br> Plaintiff, <br><br> v. <br><br> DEERE & COMPANY, INC., a Delaware Corporation. <br><br> Defendants. | Case No. 4:18-cv-04106-SLD-JEH |

**DEFENDANT'S MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE**

Defendant Deere & Company ("Deere") hereby files this Request for Hearing Concerning Discovery pursuant to Section VII of Magistrate Judge Hawley's Standing Order in Civil Cases.

On July 25, 2019 the parties appeared for a hearing before Magistrate Judge Hawley regarding, *inter alia*, Plaintiff's deposition availability. Since the hearing Plaintiff has refused to make himself reasonably available for his deposition. Deere respectfully requests a prompt hearing to secure Plaintiff's deposition attendance and otherwise address the current September 24, 2019, discovery deadline.

Attached hereto for the Court's consideration are relevant email exchanges related to the points raised in Plaintiff's Second Motion for Hearing filed August 21, 2019.

**CERTIFICATION**

Deere & Company certifies under Federal Rules 26(c) and 37(a) that it conferred in good faith in writing and Plaintiff opposes the relief sought herein.

| | |
|---|---|
| Dated: August 22, 2019 | By: *s/ Bernard K. Schott* <br> Christopher J. Boran <br> Allison N. Powers <br> Bernard K. Schott <br> MORGAN, LEWIS & BOCKIUS LLP <br> 77 W. Wacker, 5th Floor <br> Chicago, IL  60601 <br> Phone: 312.324.1000 <br> Fax: 312.324.1001 <br> christopher.boran@morganlewis.com <br> allison.powers@morganlewis.com <br> bernard.schott@morganlewis.com <br> <br> *Attorneys for Defendant Deere & Company* |

2

## CERTIFICATE OF SERVICE

I, Bernard K. Schott, an attorney, hereby certify that on the 22nd day of August, 2019, a true and correct copy of Defendant's Omnibus Motion was filed with the Clerk of the Court using ECF system, sent via electronic mail to Plaintiff at JamaalApplewhite@gmail.com and sent via U.S mail to Plaintiff at:

Jamaal Applewhite, *pro se*
JamaalApplewhite@gmail.com
1614 Main Street
Evanston, IL 60202
619-597-9008

s/ Bernard K. Schott
Bernard K. Schott
