UNITED STATES DISTRICT COURT
For the
Central District of Illinois

**JAMAAL APPLEWHITE,**

    Plaintiff,

    v.

**DEERE & COMPANY, INC., a Delaware Corporation,**

    Defendant.

Case no.: 4:18-cv-04106-SLD-JEH

**APPENDIX OF SUPPORTING EVIDENCE TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

| Document | Document Description |
| --- | --- |
| Exhibit A | Relevant Portions of Claya Knupp's August 29, 2019 Deposition Transcript. |
| Exhibit B | Relevant Portions of Matthew W. Steuer's August 29, 2019 Deposition Transcript. |
| Exhibit C | Relevant Portions of Deere's Response to Plaintiff's 1st set of Interrogatories. |
| Exhibit D | Discovery Material Produced by Defendant. |
| Exhibit E | Discovery Material Produced by Plaintiff. |
| Declaration | Declaration of Jamaal Applewhite. |
| Declaration | Declaration of Jolanta McNamara, MA, LCPC. |