E-FILED
Saturday, 25 January, 2020  12:38:02 AM
Clerk, U.S. District Court, ILCD

# Exhibit



# John Deere Human Resources
# North America Region





| | |
|---|---|
| SUBJECT: | Family and Medical Leave of Absence |
| APPLIES TO: | US Salaried and Non-Bargained Wage Employees |
| LAST REVIEW DATE: | November 2013 |
| EFFECTIVE DATE: | 11 March 2014 |

## STATEMENT OF COMPANY POSITION

In accordance with federal law, the Company will grant a Family and Medical Leave of Absence (FMLA leave) to an eligible employee for a total period of up to 12 weeks (or up to 26 weeks to care for an injured or ill member of the Armed Forces) in a rolling 12 month period.

## ADMINISTRATIVE DETAIL

I.    To be eligible for FMLA leave, an employee must have attained at least one year of employment with the Company; and have worked at least 1,250 hours during the previous 12 month period prior to the start of the FMLA leave. (A part-time employee must meet the same hours of work requirement to be eligible for FMLA leave).  Contingent, Leased or Contracted Workers who are employed by a primary employer (such as Volt or some other supplier and assigned to work for Deere), would count the hours worked the past 12 months in determining whether or not the 1,250 hour requirement has been met after the individual is hired by Deere as an employee.  Contracted workers who are considered independent contractors (not employed with a primary employer), would <u>not</u> be treated the same.  This only applies to situations of "joint employment" – i.e., where there is both a primary employer as well as a secondary employer (Deere) during the 12-month period prior to the start of the FMLA leave in situations when Deere hires the person directly as one of its own employee.

II.   <u>FMLA leave is unpaid</u> unless used in conjunction with an employee provided paid time off benefit (Vacation, Paid Time Off (PTO), Salary Continuance or Short Term Disability).  Personal and Compelling will not be a basis for payment under FMLA.

III.  The rolling 12 month period begins when an employee starts using FMLA leave and is measured backwards from that date.  In the "rolling" 12 month period, each time an employee takes FMLA leave the remaining leave entitlement would be any balance of the 12 weeks which has not been used during the immediately preceding 12 months.

DEERE_APPLEWHITE_000247

## Family and Medical Leave of Absence

IV.    Group health benefit coverage being provided to eligible employees will be continued during the period of FMLA leave under the same conditions as if the employee were still working. If, however, the employee fails to return to work, without a satisfactory reason, at the expiration of the FMLA leave, then the employee is obligated to reimburse the Company the full cost of premiums paid for the continuation of health benefit coverage.

V.    An employee will earn service credit in the anniversary year in which FMLA leave occurs if the employee is credited with at least 500 hours worked and returns to active employment following the leave.

VI.    Whenever possible, an employee should give the Company at least 30 days advance notice of the need for FMLA leave. If such notice is not possible, the employee must notify the Company as early as is practical.  Employees requesting leave to care for an injured or ill service member or a covered family member's active duty or call to active duty in the Armed Forces must provide verbal notice with an explanation of the reason(s) for the needed leave as soon as practical. The Company may require certification to confirm that the service member has a qualifying injury or illness or to confirm a "qualifying exigency."  Leave may commence as soon as the employee is required to give care or the service member receives the call-up notice or order.

VII.    The Company will designate any employee's absence that is due to his or her own "serious health condition" as FMLA leave.   This includes any absence that qualifies as salary continuance, weekly indemnity, short-term disability, or worker's compensation.  The definition of serious health condition is broad and intended to cover various types of physical and mental conditions and is intended to cover conditions or illnesses that affect an employee's health to the extent that he or she must be absent from work on a recurring basis or for more than a few days for treatment or recovery

VIII.    Employees requesting FMLA leave for their own or an immediate family member's serious health condition may be required to provide timely medical certification to substantiate the need for such leave. Certification should be provided to the Company at least 30 days in advance of the need for such leave, or as far in advance of the leave as is practicable. If there is disagreement regarding such certification, the Company may also require a second outside medical opinion, which will be paid for by the Company. In the case of conflicting medical opinions, a third outside medical opinion will be jointly arranged with the employee and paid for by the Company. This third medical opinion will be final.

IX.    If both spouses work for the Company, they are entitled to an aggregate of 12 weeks of FMLA leave, on a rolling 12 month basis, for birth, placement for adoption or foster care, to care for a sick parent, or for exigency leave. For leave to care for an injured or ill service member, spouses are entitled to an aggregate of 26 weeks in a single 12 month period.

DEERE_APPLEWHITE_000248

Message

| | |
|---|---|
| **From:** | Disability Services [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=90DISBEN] |
| **Sent:** | 6/15/2016 1:52:03 PM |
| **To:** | Applewhite Jamaal L [applewhitejamaall@johndeere.com]; Disability Services [disabilityservices@johndeere.com] |
| **CC:** | Matter Mark E [mattermarke@johndeere.com]; Ciha Heidi L [cihaheidil@johndeere.com] |
| **Subject:** | RE: FMLA Submission June 14th |

Thanks for the update Jamaal.

Since you were out of the office on 6/10 and unable to return to work on 6/13-the full day will be counted as FMLA, not just the 6 hours you have indicated below.

So what you will need to confirm is if you want to use 6 hours of vacation, 2 hours unpaid on 6/13 or use more vacation.  Please let me know if you have any further questions.

Thank you,


**Amber Davis**
**Benefit Administration, Disability Services**
Phone:  309.748.0660
Fax: 309.749.2556

**Confidentiality Notice**: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

JOHN DEERE
CONFIDENTIAL

---

**From:** Applewhite Jamaal L
**Sent:** Wednesday, June 15, 2016 8:25 AM
**To:** Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** FMLA Submission June 14th


| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation |
|---|---|---|
| 6/14/16 | 8 | Vacation |
| 6/13/16 | 6 | Vacation |

Message

| From: | Disability Services [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=90DISBEN] |
|---|---|
| Sent: | 6/7/2016 6:33:27 PM |
| To: | Yeargan Rebecca [yearganrebeccad@johndeere.com]; Kennedy Brandon [kennedybrandon@johndeere.com] |
| Subject: | FMLA Approval for Jamal Abed |

Jamaal was approved for FMLA for care of his child from 12/9/15-2/9/16. This is an update to that approval.

He is approved for 1x every 2-3 weeks to transport and chaperone appointments.  This will be valid through 12/31/16.

Thank you,

Amber

**Amber Davis**
**Benefit Administration, Disability Services**
Phone:  309.748.0660
Fax: 309.749.2556

**Confidentiality Notice**: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

JOHN DEERE
CONFIDENTIAL

From: Disability Services
Sent: Wednesday, December 23, 2015 9:12 AM
To: 90614 Payroll Fax <90614PayrollFax@JohnDeere.com>; Disability Services <DisabilityServices@johndeere.com>; Edwards Brenda S <EdwardsBrendaS@JohnDeere.com>; Willis ShaRon <WillisShaRonY@JohnDeere.com>; Yeargan Rebecca <YearganRebeccaD@JohnDeere.com>
Subject: FW: FMLA Status Notification - Abed Jamal

-----Original Message-----
From: Disability Services
Sent: Wednesday, December 23, 2015 9:12 AM
To: Kennedy Brandon <KennedyBrandon@JohnDeere.com>
Cc: Disability Services <DisabilityServices@johndeere.com>
Subject: FMLA Status Notification - Abed Jamal

The following request for Family & Medical Leave has been received and approved/denied:
Employee Name: Abed Jamal
Employee Number: 00561
Estimated Leave Start Date: 09 Dec 2015
Estimated Return Date:  2/9/16
Additional Comments

Approved for intermittent FMLA for care of daughter  on 12/9/15. Able to be off for care after surgery and then PT 2-3 x per week through 2/9/16.

Message

| | |
|---|---|
| **From**: | Disability Services [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=90DISBEN] |
| **Sent**: | 6/7/2016 12:28:24 PM |
| **To**: | Curran Kevin R [currankevinr@johndeere.com] |
| **Subject**: | FW: FMLA Submission June 7th |

**From:** Applewhite Jamaal L
**Sent:** Tuesday, June 07, 2016 12:09 AM
**To:** Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** FMLA Submission June 7th

| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation |
|---|---|---|
| 5/31/16 | 8 | Vacation |
| 6/1/16 | 8 | Vacation |
| 6/2/16 | 4 | Vacation |
| 6/6/16 | 3 | Vacation |

**From:** Applewhite Jamaal L
**Sent:** Wednesday, June 01, 2016 11:29 AM
**To:** Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** FMLA Submission June 1st

| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation |
|---|---|---|
| 5/31/16 | 8 | Vacation |
| 6/1/16 | 8 | Vacation |

Message

| | |
|---|---|
| **From**: | Knupp Claya A [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=CD22121] |
| **Sent**: | 5/24/2016 3:58:50 PM |
| **To**: | Davis Amber [davisamber@johndeere.com] |
| **Subject**: | RE: May 23rd Update - I'm Willing to Work After 4:30p |

Very helpful, thank you!

**From:** Davis Amber
**Sent:** Tuesday, May 24, 2016 9:40 AM
**To:** Knupp Claya A
**Subject:** RE: May 23rd Update - I'm Willing to Work After 4:30p

An employee can use FMLA to protect the planned working time.  So if the employee cannot be at work at 8am, and needs to use 2 hours of FMLA in the morning before coming to work-those 2 hours would be covered.  If the employee is allowed to 'make up' the time, the 2 hours in the morning will still be counted as FMLA, but they should not be docked any pay since they were able to work the 2 hours.

We have several employees in call centers at 79/9A who have flexible arrangements like this.  They have strict start times, but due to their FMLA condition they cannot make it in on time.  Management has allowed the employees to 'make up' the time so the employee would not lose any pay.

So, if Jamaal's work schedule is approved to be flexible, then he will still use FMLA, but he could make up the unpaid time.  If his schedule is not approved to be flexible and he has set working hours, then he would use FMLA, and the time would be unpaid unless he used vacation.

Let me know if this isn't clear-I know it's a bit confusing.

**Amber Davis**
**Benefit Administration, Disability Services**
Phone:  309.748.0660
Fax: 309.749.2556

**Confidentiality Notice**: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

JOHN DEERE
CONFIDENTIAL

**From:** Knupp Claya A
**Sent:** Tuesday, May 24, 2016 9:28 AM
**To:** Davis Amber <DavisAmber@JohnDeere.com>
**Subject:** FW: May 23rd Update - I'm Willing to Work After 4:30p

JOHN DEERE
PERSONAL AND
CONFIDENTIAL

Good morning Amber-

Early yesterday morning Jamaal texted Mark, telling him that he was taking 2.5 hours of FMLA – this didn't get him to the Moline office until 10:30 a.m.  We have asked him to arrive to work between 6-8 a.m. unless he has approved time off.  He then asked Mark what his working hours should be that day.  I coached Mark to tell him 5.5 hours – equating to 8 hours, since 2.5 hours were taken as unpaid FMLA.  As we suspected, Jamaal emailed Mark yesterday outlining he needed to stay late to get his work done.  See email below.

Based on the regulations of FMLA, do you have any guidance on how we can coach him on this?  Or is there anything we should be doing or saying differently to help him understand this?
Thanks!

---

**From:** Applewhite Jamaal L
**Sent:** Monday, May 23, 2016 4:52 PM
**To:** Matter Mark E
**Subject:** May 23rd Update - I'm Willing to Work After 4:30p

I'm still playing catchup on some of the CMCA Admin and CMCA analysts activities. Although I was catching up at a good pace, the 2.5 FMLA hours today will take me back a few steps.

For future reference....in order to help CMCA be successful I am willing to work outside of the working hours that you defined (6am to 4:30pm), but I need your approval. For example, here's a list of the job tasks that I could be doing now (after 4:30pm):

- CART V3
- Processing unaddressed work requests
  - Time evaluation
  - Resource allocation
- Should costing
- Searching for validated cost savings

Let's be successful (at home and work).
Jamaal
-----Original Appointment-----
**From:** Matter Mark E
**Sent:** Monday, May 23, 2016 12:21 PM
**To:** Applewhite Jamaal L
**Subject:** Accepted: FMLA
**When:** Monday, May 23, 2016 8:00 AM-10:30 AM (UTC-06:00) Central Time (US & Canada).
**Where:**

Hi Jamaal,

Since your starting time is between 6am – 8am, 2.5 hours of FMLA is appropriate and 5.5 hours of work time. Based on you indicating you started your day at 10:30am, this would equate to your day ending at 4:30pm

Regards,
Mark

DEERE_APPLEWHITE_000282

Message

| | |
|---|---|
| **From**: | Curran Kevin R [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=HS01018] |
| **Sent**: | 5/5/2016 1:00:19 PM |
| **To**: | Applewhite Jamaal L [applewhitejamaall@johndeere.com] |
| **CC**: | Matter Mark E [mattermarke@johndeere.com]; Ciha Heidi L [cihaheidil@johndeere.com]; Disability Services [disabilityservices@johndeere.com] |
| **Subject**: | RE: FMLA Recertification - Not Possible Until May 13th Jamaal Applewhite |

Jamaal,

We won't be able to extend the date for the paperwork past May 10th as we agreed in our meeting on Tuesday. The original due date was May 6. The recertification paper work was sent to you on April 21st and we have a read receipt for the day that you read it.

Kevin

**From:** Applewhite Jamaal L
**Sent:** Wednesday, May 04, 2016 4:48 PM
**To:** Curran Kevin R
**Cc:** Matter Mark E; Ciha Heidi L
**Subject:** FMLA Recertification - Not Possible Until May 13th
**Importance:** High

My mom was unable to get a doctor's appointment to have the paperwork filled out until May 13th. The doctor's not willing to give a new diagnoses until then.

Will you be extending your due date until after the doctor's appointment. Maybe May 18th? I will be out of the office tomorrow so please call me to discuss my options. If I do not answer, please leave a voicemail explaining my options.

-Jamaal

DEERE_APPLEWHITE_000342

Message

| From: | Davis Amber [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AD02434] |
|---|---|
| Sent: | 4/29/2016 5:51:42 PM |
| To: | Applewhite Jamaal L [applewhitejamaall@johndeere.com] |
| CC: | Curran Kevin R [currankevinr@johndeere.com]; Matter Mark E [mattermarke@johndeere.com] |
| Subject: | RE: FMLA Reporting Responsibilities Jamaal Applewhite |

Jamaal,

There is complete understanding that your FMLA needs are unpredictable, and this is not uncommon for most FMLA cases.  Reporting your need for FMLA is the issue that we need to make sure you completely understand and in turn follow those instructions.  It is your responsibility to notify your management and Disability Services as soon as reasonably possible that you will be using FMLA for the day planned.

Since you are currently residing outside the local area, it is a fair assumption that you will know fairly early prior to your normal working hours that you will not be able to make it to the Moline location.  Therefore, at that time you should notify Mark and Disability of your FMLA need at that time. This provides Mark with the ability to have back up and ensures that we have your missed hours as FMLA.

The issues we have had in the past with your FMLA reporting is that you have made acknowledgement of the practices, yet they were not followed.  If you do not follow the reporting requirements, FMLA may not be granted, which could cause further action.  So, this is a reminder to do your due diligence by following the reporting requirements.

We want to make sure everyone has a full understanding of when you need to use FMLA.  Now, as you are approved for FMLA to care for a family member during "flareups" there would not be a way to know you need to be off work through June without further documentation.  I did provide you with the DOL form for the recertification-so if that is what is needed, your family member's provider can complete as needed.

Please let me know if you have any further questions,


Amber Davis
Benefit Administration, Disability Services
Phone:  309.748.0660
Fax: 309.749.2556

Confidentiality Notice: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.




-----Original Message-----
From: Applewhite Jamaal L
Sent: Friday, April 29, 2016 12:36 PM
To: Davis Amber <DavisAmber@JohnDeere.com>
Cc: Curran Kevin R <CurranKevinR@JohnDeere.com>; Matter Mark E <MatterMarkE@JohnDeere.com>
Subject: RE: FMLA Reporting Responsibilities

Amber/Mark,

My FMLA needs are unpredictable, however, I've been better communicating my plans. Why is Kevin calling and emailing me threats on actions that will be taken?

Is it better if I tell you that I won't be in until June 3rd? If so, please note that and I'll work with Mark to make sure there is a plan to handle future business needs.

-Jamaal
_____

Message

| | |
|---|---|
| **From**: | Davis Amber [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AD02434] |
| **Sent**: | 4/25/2016 3:21:39 PM |
| **To**: | Applewhite Jamaal L [applewhitejamaall@johndeere.com] |
| **CC**: | Matter Mark E [mattermarke@johndeere.com]; Curran Kevin R [currankevinr@johndeere.com] |
| **Subject**: | Requested FMLA |
| **Attachments**: | FMLA Reporting Responsibilities.msg |

Jamaal,

Based off the information provided, you have indicated that you will use FMLA from 4/25/16-4/29/16.  This time will be unpaid, unless you chose to use vacation to supplement your pay.  As a reminder-I have attached the email that was sent to you on 4/20/16 explaining your responsibilities while on FMLA.  You must notify Disability Services and your mange when you chose to take FMLA.

I hope all is well,

Amber Davis
Benefit Administration, Disability Services
Phone:  309.748.0660
Fax: 309.749.2556

**Confidentiality Notice**: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

JOHN DEERE
CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Curran Kevin R [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=HS01018] |
| **Sent**: | 4/25/2016 2:36:18 PM |
| **To**: | Disability Services [disabilityservices@johndeere.com]; Davis Amber [davisamber@johndeere.com] |
| **Subject**: | Jamaal Applewhite |

Per Heidi, Jamaal is taking FML all week.

Kevin R Curran
Workers Compensation Process Owner
One John Deere Place
Moline, IL 61265
Phone: (309)765-5103   Fax: (309)749-2836
Email: CurranKevinR@John Deere.com

CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to Deere & Company, or one of its subsidiaries or affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail.

Notice: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

Appointment

| | |
|---|---|
| **From**: | Matter Mark E [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10106] |
| **Sent**: | 6/7/2016 7:25:18 PM |
| **To**: | Matter Mark E [mattermarke@johndeere.com] |

| | |
|---|---|
| **Subject**: | Talking Points |

| | |
|---|---|
| **Start**: | 6/7/2016 6:30:00 PM |
| **End**: | 6/7/2016 7:00:00 PM |
| **Show Time As**: | Free |

2:20pm

I met with Jamaal to talk about the below points. Jamaal's response in blue.

- Jamaal requested 1 hour Out of Office from 2:30pm – 3:30pm today.
- I first want to have a discussion about how you have communicated with me in the past 24 hours before we talk about me approving your requested out of office.
  - You cancelled our 1-1s this morning, so we no longer have 1-1's scheduled this fiscal year
  - You front loaded all of your vacation in the 1st 3.5 months of your anniversary year (22 May is anniversary and all vacation exhausted by 06 September)
- Cancelled all 1-1s
  - Why did you do this? These are for the employee, and I will schedule them as I need them.
  - We will have regular 1-1's   as part of our manager – employee relationship, do you want someone else to be part of the meetings? Has no desire to meet with me unless he needs something from, such as help with roadblocks.
  - You have performance deficiencies as noted in the mid-year review, so we need to meet regularly to talk through progress and any hurdles
- Front loaded vacation during, by end of August. You look like you will be out of vacation from September through your anniversary in May.
  - Vacation needs to be used throughout the year.
  - I would like to talk through your goal status and due dates to understand how you are going to meet the dates
  - You need to work to get caught up on all goals
  - CART is in a critical state with testing and training very soon approaching
  - At this point, based on the status of your goals and due dates, I will not approve all of your requests as is

3:45pm

I want to meet to address your vacation requests and our 1-1s. I am including Doug to insure we are all in alignment.
Vacation: I am not in a position to approve your vacation requests, outside of what I have already approved.

- Before that can happen I want to see your plan for addressing the gaps we discussed in your mid-year review.
- Once we have talked through that, you need to prioritize your vacation and we can talk again about you taking some additional vacation this summer.
- Additionally, based on the requests you have submitted, you will exhaust your entire vacation entitlement between now and August. You will have no vacation from September through your anniversary in May. It is an entitlement, and I will work with you to insure you can use all of your vacation, but spread throughout the year.
- Finally, the disciplinary meeting yesterday was specific to attendance. I need you at work, and your requested vacation plan does not support you being at work doing your job.

1-1's.

- These meetings are not just for you, but for me as well. I need to insure I support you and the work you are doing, which includes a key enterprise initiative within CART. Not just you in our meetings, but in meetings I attend with Doug and his staff.

DEERE_APPLEWHITE_000856

Appointment

| | |
|---|---|
| **From**: | Ciha Heidi L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10433] |
| **Sent**: | 6/6/2016 12:23:35 PM |
| **To**: | Applewhite Jamaal L [applewhitejamaall@johndeere.com]; Knupp Claya A [knuppclayaa@johndeere.com]; Matter Mark E [mattermarke@johndeere.com] |
| **Subject**: | Meeting with HR |
| **Location**: | 90Conf SWOB 3N-1 (5) |
| **Start**: | 6/6/2016 6:30:00 PM |
| **End**: | 6/6/2016 7:00:00 PM |
| **Show Time As**: | Tentative |
| **Importance**: | High |
| **Required Attendees**: | Applewhite Jamaal L; Knupp Claya A; Matter Mark E |

Moving meeting time to after 1:00 pm per Jamaal's request due to adjust for FML time this morning.    Please note the change in conf rooms.

****

Jamaal, the purpose of this meeting is to meet with Mark and Claya to issue you a written warning for continued concerns with your work schedule (tardiness/absenteeism).    I am scheduling this meeting on behalf of Claya as she is out of the office today.    Mark and I had planned to conduct this meeting with you today, however it is my understanding you are out ill, so we are re-scheduling for Monday.

Heidi

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Matter Mark E [/o=DEERE/ou=JDCORP/cn=Recipients/cn=mx10106] |
| on behalf of | Matter Mark E [/o=deere/ou=jdcorp/cn=recipients/cn=mx10106] |
| **Sent**: | 6/3/2016 4:37:00 PM |
| **To**: | Ciha Heidi L [cihaheidil@johndeere.com] |
| **CC**: | Knupp Claya A [knuppclayaa@johndeere.com] |
| **Subject**: | FW: FMLA Update - 6/3/16 |

FYI

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Applewhite Jamaal L
**Sent:** Friday, June 03, 2016 11:13 AM
**To:** Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** FMLA Update - 6/3/16

| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation |
|---|---|---|
| 6/2/16 | 4 | Vacation |

DEERE_APPLEWHITE_000909

Message

| | |
|---|---|
| **From:** | Matter Mark E [/o=DEERE/ou=JDCORP/cn=Recipients/cn=mx10106] |
| **on behalf of** | Matter Mark E [/o=deere/ou=jdcorp/cn=recipients/cn=mx10106] |
| **Sent:** | 6/3/2016 11:17:36 AM |
| **To:** | Ciha Heidi L [cihaheidil@johndeere.com] |
| **Subject:** | RE: Personal & Confidential - Discussion with Jamaal |

**Sensitivity:**   Company Confidential

Thank you Heidi.

At this point I have not heard from Jamaal, so I assume he will be in this morning. If I do hear something otherwise, I will let you know immediately.

Regarding vacation, that is not an issue. I did not think I could take vacation until noon due to an update meeting with Pierre.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Ciha Heidi L
**Sent:** Thursday, June 02, 2016 5:07 PM
**To:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** RE: Personal & Confidential - Discussion with Jamaal
**Importance:** High
**Sensitivity:** Confidential

**Redacted**

**Redacted** I apologize for having to intrude on your originally planned vacation!  Please let me know asap if you hear from Jamaal tonight or in the morning indicating he will not be in tomorrow.

If he does communicate with you and state he needs FML time, your response should be:  as I communicated to you yesterday – based on what disability services has from the Dr certification, you have exhausted your leave benefits for this week.  If you situation has changed, the Dr must provide certification to disability services immediately.  Unless such point in time, these absences are unexcused and when you return to work we will communicate the disciplinary action as follow up to yesterday's conversation.

Thanks Mark.  Heidi

---

**From:** Matter Mark E
**Sent:** Thursday, June 02, 2016 3:53 PM
**To:** Knupp Claya A
**Cc:** Ciha Heidi L
**Subject:** Personal & Confidential - Discussion with Jamaal
**Sensitivity:** Confidential

JOHN DEERE
PERSONAL AND
CONFIDENTIAL

Hello Claya,
Please find my talking points below, which we discussed, with the answers I received from Jamaal in maroon. Follow up comments from me are in green.

Hello Heidi,
I have already met with Claya, and the email below summarizes my conversation with Jamaal today.
----------

Hello Jamaal, you mentioned the past few days have been hectic, how are you holding up after the last few days? What's been going on? Yep, same stuff as usual.

With regards to the working time today, you have exhausted your approved 2 times per week FMLA, so you cannot use FMLA, and as a result your arrival is an unexcused tardy. You can work as long as you need to catch up on your work this evening as you are an exempt employee but it does not make up for your unexcused tardy. As I discussed with you earlier, I will need to follow up with HR with regards to disciplinary action. As a reminder, you need to arrive in the office tomorrow between 6 am and 8 am. I believe per the doctors information that I am fine to use FMLA. I can have my lawyer talk with disability services to insure that is fine. If you are approving me to work late, I may not need to use FMLA. (I mentioned that) as an exempt employee he can work late, but without FMLA his arrival after 1:30 pm, which is later than the specific working start time of between 6 am and 8 am which we discussed on 17 May, and I emailed him on as a follow up, his arrival is an unexcused tardy. I understand (with regards to tomorrow and future start times).

I also would like to ask you about some concerns I have with your work schedule the week of May 16-20th.
- Did you deviate from the agreed upon schedule?  I am not sure, if you would have asked me ahead of this meeting I could have looked at my calendar and notes, and given you details. If you email me I can follow up on these questions. If I take a look at your calendar it shows lunch from 12pm – 4:30pm on the 17th and a small amount of travel near 8:30am on the 18th. I think I had to go to the orthodontist for a loose wire on the 17th, along with a visit to my doctor (dentist). (I did not say this, but from my memory, Jamaal's orthodontist and doctor are in the Quad Cities).
- What schedule did you work that week?  I am not sure, if you would have asked me ahead of this meeting I could have looked at my calendar and notes, and given you details. If you email me I can follow up on these questions.
- Why?  I am not sure, if you would have asked me ahead of this meeting I could have looked at my calendar and notes, and given you details. If you email me I can follow up on these questions.
- Why didn't you get approval?  No response.

(After he shares, and if appropriate)

I do want to let you know I have been made aware on Tuesday, 17 May, you were out of the office for over 4 hours (please see above) and on Wednesday, 18 May, you did not arrive in the office until after 8:30 am. Please explain this absence and tardy time. (He did not challenge nor respond.)

(After he shares)

As a reminder, you are expected to start your day in the SWOB between 6 am and 8 am, and leaving for several hours in the middle of the day without any communication to me, your manager, is not acceptable and I will need to work with HR to determine next steps. At this time I wanted to understand your side of what has taken place. I understand.

(If conversation is not going so well, do not cover below in detail, just general of "how does your workload look?")

Finally there are job related items we need to touch base on.
- CART Requirements Document approval was extended to Friday, 03 June. If not approved by Friday, the project will go on Hold and be in jeopardy of being completed in 2016.
- Pending Work Requests … be sure to understand where you are and what support you need to get caught up. In the future I need you to notify me of pending work requests so they can be worked on in your absence.

DEERE_APPLEWHITE_000932

Message

| | |
|---|---|
| **From:** | Ciha Heidi L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10433] |
| **Sent:** | 6/2/2016 3:03:27 PM |
| **To:** | Matter Mark E [mattermarke@johndeere.com]; Knupp Claya A [knuppclayaa@johndeere.com] |
| **Subject:** | RE: Personal & Confidential - Jamaal Update |

Perfect.

---

**From:** Matter Mark E
**Sent:** Thursday, June 02, 2016 8:50 AM
**To:** Ciha Heidi L; Knupp Claya A
**Subject:** RE: Personal & Confidential - Jamaal Update

Thank you Heidi,

I did not want to respond to Jamaal's texts until I heard back from one of you. I just sent him a text to ask him when he does plan to be in the office. I will then be sure to meet with him as soon as possible after he arrives to follow up on your points below, which includes the talking points provided by Claya.

I will provide you both an update with what I learn as soon as possible after our conversation.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Ciha Heidi L
**Sent:** Thursday, June 02, 2016 7:47 AM
**To:** Matter Mark E <MatterMarkE@JohnDeere.com>; Knupp Claya A <KnuppClayaA@JohnDeere.com>
**Subject:** RE: Personal & Confidential - Jamaal Update

I would suggest that you listen to what he shares with you when he arrives about the last two days and let him know that since his approved case only allows for up to two days of time per week that you'll need to consult with disability services and HR in order to learn what the next steps are.

I would also have the conversations with him that you and Claya discussed yesterday about other days coming in to the office late and leaving for long periods during the day. I think Claya gave you some coaching about how to ask some questions in an open ended way to see what he is forthcoming about without necessarily sharing what we know from badge reports. After he shares what he does, it certainly would make sense to share what we know (that he came in after 8:30 on x date and that he was gone for x hours in the middle of the x date) and ask him to explain those tardis/absent time. Again, just listen and then tell him that as he knows his scheduled work hours are to arrive between 6 and 8 am and that leaving for several hours in the middle of the day without any communication to his manager is not acceptable and that we will need to determine what is appropriate. At this time, you are wanting to understand his side of what has taken place.

And then of course any conversations you need to have with him about work/project concerns – although keeping in mind that on days where he is out on approved FML, we cannot/should not penalize him for work he can't get done. I do think we need to understand why there was no communication with you until you texted him when it was clear that he knew he would not be in the office on time but he had not communicated to you or disability services.

> **Redacted** I'd like for
this to be a priority conversation with him today.

Thanks. Heidi

**From:** Matter Mark E
**Sent:** Thursday, June 02, 2016 7:35 AM
**To:** Knupp Claya A
**Cc:** Ciha Heidi L
**Subject:** Personal & Confidential - Jamaal Update



Hello Claya,

I wanted to give you an update on Jamaal. I had no contact from him since his last text, below.

Wed, 01 June 4:08 pm "Ok. Give me a minute."

Thr, 02 June 7:14 am "Yesterday was hectic so I didn't get a chance to call u until late last night."
Thr, 02 June 7:19 am "I had to take FMLA this morning tool. However, im on the road now and will update u once I'm in the office."

I have not replied to his texts from today.

Thank you,
Mark Matter
Manager, Cost Modeling & Cost Analysis (CMCA)
John Deere
Enterprise Supply Management
Office : +1.309.748.3581
Mobile: +1.309.429.0237
Web Site:  http://www.JohnDeere.com

CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to Deere & Company, or one of its subsidiaries or affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail.

DEERE_APPLEWHITE_000950



**JOHN DEERE**
PERSONAL AND
CONFIDENTIAL

****Subject to attorney-client privilege*****

Hi Jeff,

> # Redacted

> **Redacted** His reporting of time has not been consistently compliant with policy/expectations communicated to him, and that is being addressed, but the main reason for concern is that his pattern of usage does not seem to match his request for intermittent leave vs a full leave, and he is starting to find all possible ways to not come to work even when his FML time isn't an option.  As you know, we feel we have been mis-led about where he lives and telework accommodations requests he has made.  We would like to verify that when he is using this FML time that he is in fact providing care to the family member that is aligned with what his leave is approved for him to do under the federal law.

> **Redacted** It is my understanding that Kevin/disability services has a resource available, but I am not aware if you would want/need to be involved in that process and then either way, once a resource is identified, how do we initiate?  Jamaal currently has paperwork from a Dr certifying that he may use intermittent leave up to 2 days per week for the care of a family member which meets the criteria of the law.  He has already used his two days this week and has already told his manager he won't be in until late afternoon tomorrow, but has not replied to his manager's request for the reason why.  Even if he says it's related to his FML case, he has exhausted that time and we have required him to give 48 hours notice for vacation so it is likely we'll treat tomorrow as unexcused time off.  We need to wait for him to return his manager's call and explain why he says he can't be in until late.

Regardless, what we'd like to do is be prepared with a resource lined up to be contacted the next time he calls and says he is taking FML time (I can nearly guarantee it will be two days each and every week so we'll have a chance again next week) that we get some surveillance to confirm what he is in fact doing and if it aligns to providing medical care for a family member.

How would you recommend we go about this as a next step?  Can you or someone from you team work directly with Kevin in Disability Services and use this email as the HR request to do so?  My global director Dan Allen has also been aligned to this next step once legal approved.

Please advise.  Thank you.

Heidi

*Heidi L. Ciha*
HR Business Partner - JDES, AT&E, Enterprise and A&T SM, and Aviation
John Deere
One John Deere Place
Moline, IL  61265
Phone:  309-765-4536
Mobile:  309-912-8337
Email:  CihaHeidiL@JohnDeere.com

DEERE_APPLEWHITE_000952

Appointment

| | |
|---|---|
| **From**: | Matter Mark E [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10106] |
| **Sent**: | 6/1/2016 7:17:21 PM |
| **To**: | Matter Mark E [mattermarke@johndeere.com] |

| | |
|---|---|
| **Subject**: | Talking Points |
| **Attachments**: | ATT77268 |

| | |
|---|---|
| **Start**: | 6/2/2016 11:30:00 AM |
| **End**: | 6/2/2016 12:00:00 PM |
| **Show Time As**: | Free |



Do not offer any answers to his questions. Just ask mine and ask for his response. Share the response with Claya.

-----------

Hello Jamaal, you mentioned the past few days have been hectic, how are you holding up after the last few days? What's been going on?

With regards to the working time today, you have exhausted your approved 2 times per week FMLA, so you cannot use FMLA, and as a result your arrival is an unexcused tardy. You can work as long as you need to catch up on your work this evening as you are an exempt employee but it does not make up for your unexcused tardy. As I discussed with you earlier, I will need to follow up with HR with regards to disciplinary action. As a reminder, you need to arrive in the office tomorrow between 6 am and 8 am.

I also would like to ask you about some concerns I have with your work schedule the week of May 16-20th.
- Did you deviate from the agreed upon schedule?   Tuesday ortho and doctor
- What schedule did you work that week?
- Why?
- Why didn't you get approval?

(After he shares, and if appropriate)

I do want to let you know I have been made aware on Tuesday, 17 May, you were out of the office for over 4 hours and on Wednesday, 18 May, you did not arrive in the office until after 8:30 am. Please explain this absence and tardy time.

(After he shares)

As a reminder, you are expected to start your day in the SWOB between 6 am and 8 am, and leaving for several hours in the middle of the day without any communication to me, your manager, is not acceptable and I will need to work with HR to determine next steps. At this time I wanted to understand your side of what has taken place.

(If conversation is not going so well, do not cover below in detail, just general of "how does your workload look?")

Finally there are job related items we need to touch base on.
- CART Requirements Document approval was extended to Friday, 03 June. If not approved by Friday, the project will go on Hold and be in jeopardy of being completed in 2016.

DEERE_APPLEWHITE_000953

Message

| | |
|---|---|
| **From:** | Matter Mark E [/o=DEERE/ou=JDCORP/cn=Recipients/cn=mx10106] |
| **on behalf of** | Matter Mark E [/o=deere/ou=jdcorp/cn=recipients/cn=mx10106] |
| **Sent:** | 6/1/2016 3:04:47 PM |
| **To:** | Disability Services [disabilityservices@johndeere.com]; Curran Kevin R [currankevinr@johndeere.com] |
| **CC:** | Ciha Heidi L [cihaheidil@johndeere.com]; Davis Amber [davisamber@johndeere.com] |
| **Subject:** | Personal & Confidential: Jamaal FMLA |



Hello All,

Jamaal sent me the following text message yesterday morning:

- "Mark, are you up and at it yet? I have an FMLA situation and won't be able to make it in until after until it's too late to come back. For that reason a want to take a vacation, but still hold the v3 meeting. Are you ok with that?" 6:20 AM

I sent the following text message this morning, and also include his response:

- "Hi Jamaal, good morning, we have a meeting with Chris at 8am. I'm just verifying you will be available?"
- His response: "No, I have to take FMLA today."

I did request he send an email to disability services:

- "Also, did you send disability services an email about your FMLA for yesterday and today."

Thank you,
Mark Matter
Manager, Cost Modeling & Cost Analysis (CMCA)
John Deere
Enterprise Supply Management
Office : +1.309.748.3581
Mobile: +1.309.429.0237
Web Site:  http://www.JohnDeere.com

CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to Deere & Company, or one of its subsidiaries or affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail.

DEERE_APPLEWHITE_000955

Message

| | |
|---|---|
| **From**: | Curran Kevin R [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=HS01018] |
| **Sent**: | 6/1/2016 2:17:24 PM |
| **To**: | Matter Mark E [mattermarke@johndeere.com] |
| **CC**: | Davis Amber [davisamber@johndeere.com]; Ciha Heidi L [cihaheidil@johndeere.com] |
| **Subject**: | RE: Jamaal |

When he is contacting you, how is he doing that?  Is it by phone or email?  As we had agreed in our meeting with him, IF he is using FMLA and notifying you, he has to notify us every day that he is using the FMLA.   If he is using FMLA, he can use vacation to get paid for the day, but we need to know about it to account for the hours.

Kevin

---

**From:** Matter Mark E
**Sent:** Wednesday, June 01, 2016 9:14 AM
**To:** Curran Kevin R
**Cc:** Davis Amber; Ciha Heidi L
**Subject:** RE: Jamaal

Kevin,

Thank you for reaching out to me.

Yesterday Jamaal informed me that he needed to take time off for FMLA, but rather than use FMLA he used vacation. I am not sure how that works against the 2 occurrences per week?

Today he informed me that he also needs to take time off for FMLA, but did not indicate if it would be unpaid FMLA or vacation.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

**From:** Curran Kevin R
**Sent:** Wednesday, June 01, 2016 9:09 AM
**To:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Cc:** Davis Amber <DavisAmber@JohnDeere.com>; Ciha Heidi L <CihaHeidiL@JohnDeere.com>
**Subject:** Jamaal

Mark,

I understand Jamaal has been taking FMLA again.  We have not heard from him since May 23.  How is he contacting you to let you know he is taking FMLA time off?

Kevin R Curran
Workers Compensation Process Owner
One John Deere Place
Moline, IL 61265
Phone: (309)765-5103   Fax: (309)749-2836
Email: CurranKevinR@John Deere.com

CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to Deere & Company, or one of its subsidiaries or affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall

Message

| From: | Ciha Heidi L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10433] |
|---|---|
| Sent: | 6/1/2016 2:12:31 PM |
| To: | Matter Mark E [mattermarke@johndeere.com]; Knupp Claya A [knuppclayaa@johndeere.com] |
| CC: | Rathburn Doug [rathburndouglasa@johndeere.com] |
| Subject: | RE: Personal & Confidential |

Please document this and also confirm with him if he has followed the required process and notified disability services.  Remind him once again that he needs to inform you and disability services when he intends to take FML and it should be done at the soonest opportunity that he knew he was not coming in today for that reason.  Remind him that following this reporting process is required for him to continue to receive this benefit under the federal law, and we need him to do his part as we've outlined.

Heidi

**From:** Matter Mark E
**Sent:** Wednesday, June 01, 2016 8:08 AM
**To:** Ciha Heidi L; Knupp Claya A
**Cc:** Rathburn Doug
**Subject:** RE: Personal & Confidential

Yes it was Heidi, after I sent my text.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

**From:** Ciha Heidi L
**Sent:** Wednesday, June 01, 2016 7:58 AM
**To:** Matter Mark E <MatterMarkE@JohnDeere.com>; Knupp Claya A <KnuppClayaA@JohnDeere.com>
**Cc:** Rathburn Doug <RathburnDouglasA@JohnDeere.com>
**Subject:** RE: Personal & Confidential

Mark, was his response at 7:11 am the first notification you had from him that he was not coming in and taking FML?

**From:** Matter Mark E
**Sent:** Wednesday, June 01, 2016 7:26 AM
**To:** Knupp Claya A
**Cc:** Rathburn Doug; Ciha Heidi L
**Subject:** Personal & Confidential

JOHN DEERE
PERSONAL AND
CONFIDENTIAL

Hello Claya,

I sent a text to Jamaal at 6:57 am today: "Hi Jamaal, good morning, we have a meeting with Chris at 8am. I'm just verifying you will be available?"

His response at 7:11 am today: "No, I have to take FMLA today."

My reply at 7:21 am today: "Ok, I hope all is well."

Message

| | |
|---|---|
| **From:** | Ciha Heidi L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10433] |
| **Sent:** | 6/1/2016 12:00:14 PM |
| **To:** | Matter Mark E [mattermarke@johndeere.com]; Knupp Claya A [knuppclayaa@johndeere.com] |
| **Subject:** | RE: Personal & Confidential |

Thank you Mark. Please continue to provide ongoing feedback to Jamaal as he performs his work. Let him know when his work reflects the kind of behaviors and performance levels that are positively aligned to your expectations/the job requirements (give him positive reinforcement of what to continue) and when his work does not reflect the kind of behaviors and performance levels expected. Provide him examples, ask him what he thinks he could do to make improvements, ask him if there are development objectives and actions he sees that would help him increase his performance and what he plans to do in order to get things on track. The goal is always to get the employee to successful or above performance, however, we do need to also continue to let him know if his performance continues to not improve or further deteriorate what the consequences are – as you've done here with mid-year. I would suggest that as you have regular 1-1 meetings with him and discuss his performance that you keep notes – even as a high level outline; doesn't have to be verbatim – and then share with him a summary of the meeting – high level topics you discussed, things going well, areas that need to be addressed/improvement, actions you committed to if applicable, actions he committed to if applicable, etc. This will help to ensure no misunderstandings and also provide us documentation to do a thorough assessment of how his performance level changes by year end and what is the appropriate rating he will earn. It will also become important documentation if things do not improve and we continue down the progressive process and issue any discipline, EPI and/or termination.

Thank you for your continued attention to managing this situation and giving your time to Jamaal. I firmly believe that you have his best interests at heart and genuinely want him to succeed. Please continue to reach out and let us know how we can support you.

Heidi

---

**From:** Matter Mark E
**Sent:** Wednesday, June 01, 2016 6:26 AM
**To:** Knupp Claya A
**Cc:** Ciha Heidi L
**Subject:** Personal & Confidential



Hello Claya,

I wanted to capture some general comments, and feedback from Jamaal, from my GPM midyear review with him from Tuesday, 24 May 2016.

- Jamaal arrived late to the meeting, approximately 12:05 pm. I know he was eating lunch by himself on the patio before our meeting.
- I printed a copy of the GPM document and handed him a copy which included my midyear comments.
- I read through the Business and People comments I had entered.
- I asked him to read through my midyear summary. Once he was done I talked through the main points captured in the summary. I stressed the fact that he is not hitting the majority of his goals, they are not on track to be met at midyear, nor is he adhering to team processes and norms. I also stressed how he does his job is just as important, and for the goals he is on track with, CART V 3.0 and current production, the feedback from his project team is generally not favorable.

DEERE_APPLEWHITE_000967

Message

| | |
|---|---|
| **From:** | Ciha Heidi L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10433] |
| **Sent:** | 5/24/2016 2:30:56 PM |
| **To:** | Knupp Claya A [knuppclayaa@johndeere.com]; Allen Dan [allendaniela@johndeere.com] |
| **Subject:** | FW: JA FMLA Update |

FYI

---

**From:** Davis Amber
**Sent:** Tuesday, May 24, 2016 8:58 AM
**To:** Ciha Heidi L
**Cc:** Curran Kevin R
**Subject:** JA FMLA Update

Re:  Jamaal Applewhite

I have confirmed this morning with the provider's office they did complete the FMLA paperwork Jamaal submitted to care for his family member.

Thanks,

Amber

Amber Davis
Benefit Administration, Disability Services
Phone:  309.748.0660
Fax: 309.749.2556

**Confidentiality Notice**: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

JOHN DEERE
CONFIDENTIAL

   DEERE_APPLEWHITE_000987

Appointment

| | |
|---|---|
| **From**: | Matter Mark E [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10106] |
| **Sent**: | 5/23/2016 5:21:09 PM |
| **To**: | Applewhite Jamaal L [applewhitejamaall@johndeere.com] |
| **BCC**: | Knupp Claya A [knuppclayaa@johndeere.com] |

**Subject**:      Accepted: FMLA

**Start**:         5/23/2016 1:00:00 PM
**End**:          5/23/2016 3:30:00 PM
**Show Time As**: Busy

DEERE_APPLEWHITE_000996

Message

| | |
|---|---|
| **From:** | Matter Mark E [/o=DEERE/ou=JDCORP/cn=Recipients/cn=mx10106] |
| on behalf of | Matter Mark E [/o=deere/ou=jdcorp/cn=recipients/cn=mx10106] |
| **Sent:** | 5/23/2016 5:18:05 PM |
| **To:** | Knupp Claya A [knuppclayaa@johndeere.com] |
| **Subject:** | Personal & Confidential |
| **Attachments:** | FY16 GPM Applewhite.docx |



Hello Claya,

I have attached my mid-year comments for goals and summary in the Word document.

Thank you for your guidance,
Mark

CONFIDENTIAL

Message

| From: | Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679] |
|---|---|
| Sent: | 5/17/2016 10:46:28 PM |
| To: | Disability Services [disabilityservices@johndeere.com] |
| CC: | Curran Kevin R [currankevinr@johndeere.com] |
| Subject: | FMLA Recertification - ALL REQUIRED FILES ATTACHED |
| Attachments: | FMLA Request - Applewhite.pdf; DOL Certification - Applewhite.pdf; birth certificate.pdf |

Importance:    High

Attached are the following completed and signed forms:

1. Request for FMLA,
2. Department of Labor Certification,
3. Sufficient documentation to establish that Zinda Applewhite is my mother and Walter Henry is my father (my birth certificate), and
4. Purchase receipt of a duplicate birth certificate.

My mother is ill and needs my support. Thanks again for adding the additional hoops that I must jump through.

**Attachment 4: Purchase receipt of duplicate birth certificate.**



-Jamaal

---

**From:** Disability Services
**Sent:** Tuesday, May 17, 2016 12:36 PM
**To:** Disability Services <DisabilityServices@johndeere.com>; Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Cc:** Curran Kevin R <CurranKevinR@JohnDeere.com>
**Subject:** RE: FMLA Recertification - Remaining FMLA Hours Seem Incorrect

Jamaal,

DEERE_APPLEWHITE_001061



Hello Jamaal,

Please provide me the hours by day you worked the week of 11 April, along with what you worked on. After we better understand when you worked, and what you worked on each of these days, we will get back to you on how those days need to be recorded/ treated, along with next steps.

As a reminder, you may only use FMLA for your disability services approved FMLA situation. Please be sure that you are following all of the requirements as provided to you and discussed with you by disability services, and if you are ever unsure about something, please reach out to them.  This includes communicating to them in a timely fashion when you need to use your FMLA time. I did see disability services has indicated you must provide a note each day to them to inform them of your FMLA use. I expect you to cc me on those emails.

Also as a reminder, as of Monday, 25 April, you are expected to work full time from the SWOB in Moline. If you need to be in Chicago to provide care per your approved FMLA situation, you need to use FMLA or vacation. It is still my expectation of you to notify me each Thursday of your plans for the next week with regards to Vacation and FMLA. If there are circumstances that were not able to be known in advance, communicate with me as soon as reasonably possible once the need is known. The details of your FMLA situation are not required to be provided to me, just your schedule plans so I can plan accordingly for the work that needs to be done in your absence.  Any vacation requests will need to be approved by me and I will respond to your requests within 2 business days.

I am very committed to giving you every opportunity to succeed, Jamaal, and I know you are disappointed we can no longer support any telework from Chicago.  We have been very clear from the beginning of your assignment that this job was not a remote/telework job, and that any consideration for doing so on a limited basis was a privilege, not an entitlement, and that at any time if performance concerns arose or for any reason the arrangement no longer worked, it would be discontinued.  Let's focus on getting things back on track with your work/performance. Insuring you have positive and successful relationships with your teams and customers, along with insuring to meet your should cost customers' expectations.  I am committed to supporting you in every way possible.  I need you to be here and equally committed to this priority.  If there is anything you need from me in the interest of your success, let's keep lines of communication open and talk.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Matter Mark E
**Sent:** Thursday, April 21, 2016 11:04 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: FMLA Summary - CORRECTED Part II

Hi Jamaal,

- 1/4/16: No Issue
  - You are correct, the note in the meeting notice indicates a sick day. I did not read the note again before adding my comment about FMLA. I agree to keep 1/4/16 off of your list.
- 1/7/16: No issue
- 2/9/16: No issue
- 2/10/16: No issue
- 2/16/16: No issue
- 2/25/16: No issue

DEERE_APPLEWHITE_001099

Thank you,

**Amber Davis**
**Benefit Administration, Disability Services**
Phone:  309.748.0660
Fax: 309.749.2556

**Confidentiality Notice:** This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.



**From:** Applewhite Jamaal L
**Sent:** Friday, May 06, 2016 6:49 AM
**To:** Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** RE: FMLA HOURS - May 5th Update

| Intermittent FMLA | | |
|---|---|---|
| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation |
| 5/6/16 | 8 | upaid |
| 5/4/16 5/5/16 | 8 | Unpaid |
| 5/2/16 | 8 | unpaid |
| 4/21/16 | 8 | Unpaid |
| 4/20/16 | 8 | unpaid |
| 4/15/16 | 8 | Unpaid |
| 4/14/16 | 2 | unpaid |
| 4/13/16 | 7 | unpaid |
| 4/12/16 | 7 | unpaid |
| 3/23/16 | 5 | unpaid |
| 2/26/16 | 8 | unpaid |
| 2/25/16 | 8 | unpaid |
| 2/16/16 | 2 | unpaid |
| 2/10/16 | 4.5 | unpaid |
| 2/9/16 | 8 | unpaid |
| 1/7/16 | 8 | unpaid |

-Jamaal

DEERE_APPLEWHITE_001117

Message

| | |
|---|---|
| **From**: | Ciha Heidi L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=MX10433] |
| **Sent**: | 5/6/2016 1:19:11 PM |
| **To**: | Matter Mark E [mattermarke@johndeere.com] |
| **Subject**: | Re: FMLA Recertification - Not Possible Until May 13th |

Thank you.

Sent from my iPhone

On May 6, 2016, at 7:54 AM, Matter Mark E <MatterMarkE@JohnDeere.com> wrote:

> Hello Heidi,
>
> Jamaal has submitted an email to disability services and me today for using a full day of FMLA today. I have sent him a text message to notify him of your below email and his need to access and read this email today.
>
> Regards,
> **Mark Matter**
> Office : +1.309.748.3581
> Mobile: +1.309.429.0237
>
> ---
>
> **From:** Ciha Heidi L
> **Sent:** Friday, May 06, 2016 7:37 AM
> **To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>; Curran Kevin R <CurranKevinR@JohnDeere.com>
> **Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
> **Subject:** RE: FMLA Recertification - Not Possible Until May 13th
> **Importance:** High
>
> Good morning Jamaal, I have not received any further clarification regarding your request, but given the need to respond to you by today out of respect for the fact that your current approved FML case expires today, and you will need to understand your options beginning Monday, I had conversation with my Global HR Director to determine the appropriate decision to.
>
> We are not in a position to offer you further unpaid, non-FMLA time off.  You will need to report to work on Monday and beyond, until/unless your FML case is re-opened/re-approved based on Dr certification being submitted.  If you do not report to work, this time will be considered an unexcused absence, and as multiple occurrences take place, appropriate discipline will be issued.
>
> What I will approve for you is excused, unpaid time off for reasonable hours on Friday, May 13th based on what is reasonably necessary for you to accompany your mother to her dr appt. (assuming you would be accompanying her).  This will be excused time provided:
>     1. you tell me and Mark what time the appt is and what time on the 13th you can then work in the office vs what time on that date you would need for travel and the appty and
>     2. You provide a note from the Dr office stating you in fact accompanied your mother to the appt, and the time of the appt.
> If these two requests are met, any hours on Friday, May 13th will be excused, unpaid.
>
> Also/again, I suggest you take the requested forms with you to the appt on the 13th and request that they be completed for you and you either leave with the forms in hand or leave with the commitment that they will fax them directly to disability services on your behalf.  I would let them know your employer needs these forms in order to approve your FML benefits and that it is very important they be

CONFIDENTIAL

Please respond when you arrive in the office in the morning (Jamaal, I do know that Kevin has left for the day so you may not get a reply tonight, but you will get one asap.

Thank you for the update.

Heidi

---

**From:** Applewhite Jamaal L
**Sent:** Wednesday, May 04, 2016 4:48 PM
**To:** Curran Kevin R
**Cc:** Matter Mark E; Ciha Heidi L
**Subject:** FMLA Recertification - Not Possible Until May 13th
**Importance:** High

My mom was unable to get a doctor's appointment to have the paperwork filled out until May 13th. The doctor's not willing to give a new diagnoses until then.

Will you be extending your due date until after the doctor's appointment. Maybe May 18th? I will be out of the office tomorrow so please call me to discuss my options. If I do not answer, please leave a voicemail explaining my options.

-Jamaal

CONFIDENTIAL

| | | |
|---|---|---|
| 2/25/16 | 8 | unpaid |
| 2/16/16 | 2 | unpaid |
| 2/10/16 | 4.5 | unpaid |
| 2/9/16 | 8 | unpaid |
| 1/7/16 | 8 | unpaid |

**From:** Disability Services
**Sent:** Friday, April 22, 2016 12:17 PM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>; Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** RE: Week of Feb 8th - 28.5 Hours FMLA CORRECTIONS

Jamaal,

Thank you for confirming your reported FMLA hours. Our goal is to make sure that you report your FMLA needed time off in the appropriate timely manner as well as understand what your rights and responsibilities.

Have a great weekend.

**Amber Davis**
**Benefit Administration, Disability Services**
Phone: 309.748.0660
Fax: 309.749.2556

Confidentiality Notice: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

JOHN DEERE
C O N F I D E N T I A L

**From:** Applewhite Jamaal L
**Sent:** Friday, April 22, 2016 12:05 PM
**To:** Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** RE: Week of Feb 8th - 28.5 Hours FMLA CORRECTIONS

Mark and I confirmed that summary for FMLA days taken is correct. Again, I apologize for not getting this to you in a more timely manner. I have a lot going on in my personal life so I appreciate the flexibility.

| Intermittent FMLA | | |
|---|---|---|
| **Date(s) Taken** | **FMLA Hours Taken** | **Unpaid or Vacation** |
| 4/21/16 | 8 | Unpaid |
| 4/20/16 | 8 | unpaid |
| 4/15/16 | 8 | Unpaid |
| 4/14/16 | 2 | unpaid |
| 4/13/16 | 7 | unpaid |
| 4/12/16 | 7 | unpaid |

DEERE_APPLEWHITE_001130

| | | |
|---|---|---|
| 2/25/16 | 8 | unpaid |
| 2/16/16 | 2 | unpaid |
| 2/10/16 | 4.5 | unpaid |
| 2/9/16 | 8 | unpaid |
| 1/7/16 | 8 | unpaid |

**From:** Disability Services
**Sent:** Friday, April 22, 2016 12:17 PM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>; Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** RE: Week of Feb 8th - 28.5 Hours FMLA CORRECTIONS

Jamaal,

Thank you for confirming your reported FMLA hours.  Our goal is to make sure that you report your FMLA needed time off in the appropriate timely manner as well as understand what your rights and responsibilities.

Have a great weekend.

**Amber Davis**
**Benefit Administration, Disability Services**
Phone:  309.748.0660
Fax: 309.749.2556

**Confidentiality Notice:** This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

JOHN DEERE
CONFIDENTIAL

**From:** Applewhite Jamaal L
**Sent:** Friday, April 22, 2016 12:05 PM
**To:** Disability Services <DisabilityServices@johndeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** RE: Week of Feb 8th - 28.5 Hours FMLA CORRECTIONS

Mark and I confirmed that summary for FMLA days taken is correct. Again, I apologize for not getting this to you in a more timely manner. I have a lot going on in my personal life so I appreciate the flexibility.

| Intermittent FMLA | | |
|---|---|---|
| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation |
| 4/21/16 | 8 | Unpaid |
| 4/20/16 | 8 | unpaid |
| 4/15/16 | 8 | Unpaid |
| 4/14/16 | 2 | unpaid |
| 4/13/16 | 7 | unpaid |
| 4/12/16 | 7 | unpaid |

DEERE_APPLEWHITE_001136

Message

---

| | |
|---|---|
| **From**: | Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679] |
| **Sent**: | 5/3/2016 4:56:23 PM |
| **To**: | Matter Mark E [mattermarke@johndeere.com] |
| **CC**: | Ciha Heidi L [cihaheidil@johndeere.com]; Knupp Claya A [knuppclayaa@johndeere.com] |
| **Subject**: | RE: FMLA Summary - CORRECTED Part II |
| **Attachments**: | FMLA HOURS - May 2nd Update.msg |
| | |
| **Sensitivity**: | Company Confidential |

Please note April 15th as a non-working, FMLA day for me. You can see that this is consistent with what I reported to HR (see attached email).

---

**From:** Matter Mark E
**Sent:** Tuesday, May 03, 2016 11:53 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Cc:** Ciha Heidi L <CihaHeidiL@JohnDeere.com>; Knupp Claya A <KnuppClayaA@JohnDeere.com>
**Subject:** RE: FMLA Summary - CORRECTED Part II
**Sensitivity:** Confidential

Hello Jamaal,

You have provided details for 11, 12, 13, and 14 April but I do not see details for 15 April, I need those details as well. Per your calendar you are showing working, but per your email you indicate FMLA. As a reminder, FMLA can only be used for reasons you were approved for FMLA, and you are not allowed to work.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Applewhite Jamaal L
**Sent:** Friday, April 22, 2016 11:44 AM
**To:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Cc:** Ciha Heidi L <CihaHeidiL@JohnDeere.com>; Knupp Claya A <KnuppClayaA@JohnDeere.com>
**Subject:** RE: FMLA Summary - CORRECTED Part II
**Importance:** High
**Sensitivity:** Confidential

I plan to take FMLA all of next week. Below are the details that you requested.

In an effort to improve communicated I expect you to text me for urgent issues because I'm not regularly checking my Deere email.

April 11th
- 8 hours worked
- See calendar below
April 12th
- 1 hour worked
- 7am – 8am
April 13th
- 1 hour
- Processed emails

April 14th
- 6 hours worked
- See calendar below



---

**From:** Matter Mark E
**Sent:** Friday, April 22, 2016 9:19 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Cc:** Ciha Heidi L <CihaHeidiL@JohnDeere.com>; Knupp Claya A <KnuppClayaA@JohnDeere.com>
**Subject:** RE: FMLA Summary - CORRECTED Part II
**Sensitivity:** Confidential



Hello Jamaal,

Please provide me the hours by day you worked the week of 11 April, along with what you worked on. After we better understand when you worked, and what you worked on each of these days, we will get back to you on how those days need to be recorded/ treated, along with next steps.

As a reminder, you may only use FMLA for your disability services approved FMLA situation. Please be sure that you are following all of the requirements as provided to you and discussed with you by disability services, and if you are ever unsure about something, please reach out to them.  This includes communicating to them in a timely fashion when you need to use your FMLA time. I did see disability services has indicated you must provide a note each day to them to inform them of your FMLA use. I expect you to cc me on those emails.

Also as a reminder, as of Monday, 25 April, you are expected to work full time from the SWOB in Moline. If you need to be in Chicago to provide care per your approved FMLA situation, you need to use FMLA or vacation. It is still my expectation of you to notify me each Thursday of your plans for the next week with regards to Vacation and FMLA. If there are circumstances that were not able to be known in advance, communicate with me as soon as reasonably possible once the need is known. The details of your FMLA situation are not required to be provided to me, just your

schedule plans so I can plan accordingly for the work that needs to be done in your absence.  Any vacation requests will need to be approved by me and I will respond to your requests within 2 business days.

I am very committed to giving you every opportunity to succeed, Jamaal, and I know you are disappointed we can no longer support any telework from Chicago.  We have been very clear from the beginning of your assignment that this job was not a remote/telework job, and that any consideration for doing so on a limited basis was a privilege, not an entitlement, and that at any time if performance concerns arose or for any reason the arrangement no longer worked, it would be discontinued.  Let's focus on getting things back on track with your work/performance. Insuring you have positive and successful relationships with your teams and customers, along with insuring to meet your should cost customers' expectations.  I am committed to supporting you in every way possible.  I need you to be here and equally committed to this priority.  If there is anything you need from me in the interest of your success, let's keep lines of communication open and talk.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Matter Mark E
**Sent:** Thursday, April 21, 2016 11:04 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: FMLA Summary - CORRECTED Part II

Hi Jamaal,

- 1/4/16: No Issue
  - You are correct, the note in the meeting notice indicates a sick day. I did not read the note again before adding my comment about FMLA. I agree to keep 1/4/16 off of your list.
- 1/7/16: No issue
- 2/9/16: No issue
- 2/10/16: No issue
- 2/16/16: No issue
- 2/25/16: No issue
- 2/26/16: No issue
- 3/23/16: No issue
- 4/12/16: Looks like 7 hours FMLA?
- 4/13/16: No Issue
- 4/14/16: You are not allowed to work while taking FMLA
- 4/15/16: You are not allowed to work while taking FMLA
- 4/20/16: No issue

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Applewhite Jamaal L
**Sent:** Thursday, April 21, 2016 8:35 AM
**To:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** RE: FMLA Summary - CORRECTED Part II

I think I have all of the changes now.

DEERE_APPLEWHITE_001172

**From:** Matter Mark E
**Sent:** Thursday, April 21, 2016 7:54 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: FMLA Summary - CORRECTED

Hello Jamaal,

I am not sure I follow the reason for the second, "corrected", table. Maybe 1 row per day would help.

- Why did you remove 1/4/16? I believe per your email communication you did take FMLA. After reading the meeting notice. It looks like that I took a sick day. Was it FMLA?
- Why 2 rows for 2/16/16 when they are identical?
- Why did you add 2/24/16? Did you indeed take FMLA both days? My original question was more specific to, did you take FMLA on 24 or 25 Feb? I didn't take FMLA on the 24th.
- For 2/25/16 are you taking 1.5 hours FMLA and 6.5 hours Vacation? I see 1 hour of Vacation in ESS. I'm not sure what happened here, but I'll take 1 FMLA day.
- Why 2 rows for 4/14/16? It appears you are indicating 3 hours of FMLA. My records indicate you worked 6 hours. As a reminder, you cannot work when you are on FMLA. 3 hours vacation, 2 hours FMLA. I'll delete the 3 hours vacation. I worked 6 hours to catch up some other work, but 3 of the hours don't count because I was over my limit of approved telework hours.
- For 4/15/16 you show 8 hours FMLA but you informed me via email you worked 8 hours. As a reminder, you cannot work when you are on FMLA. I worked Friday & Saturday catch up some other work, but none of the hours count because I was over my limit of approved telework hours.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Applewhite Jamaal L
**Sent:** Wednesday, April 20, 2016 8:52 PM
**To:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** RE: FMLA Summary - CORRECTED
**Importance:** High

| Intermittent FMLA | | | | | | |
|---|---|---|---|---|---|---|
| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation | My Email | My Email Notes | My Calendar | My Calendar Notes |
| 4/20/16 | 8 | unpaid | | | | |
| 4/15/16 | 7.....8 | unpaid | No | You mention in email you worked 8 hours. It also seems you worked on 4/16/16. | No | |
| 4/14/16 | 2 | unpaid | Yes | You mention in email you worked 6 hours. | No | |
| 4/13/16 | 7 | unpaid | No | You did work but no record of duration. | No | |
| 4/12/16 | 8....7 | Unpaid | No | You did work but no record of | No | You called into a meeting and |

| | | | | duration. | | | were online for "some time". |
|---|---|---|---|---|---|---|---|
| 3/23/16 | 5 | Unpaid | No | | Yes | |
| 2/26/16 | 8 | Unpaid | Yes | | Yes | |
| 2/25/16 | 8 | Unpaid | No | I have 1 hour for 2/24/16 | Yes / No | I have designation for FMLA / VACATION but no breakdown of hours. I see only 1 hour of recorded VACATION in ESS so that would indicate 7 hours FMLA. |
| 2/16/16 | 2 | Unpaid | Yes / No | I have 1 hour for 2/15/16 | Yes / No | I have 2 hours on my calendar |
| 2/10/16 | 4.5 | Unpaid | -Yes | | Yes | |
| 2/9/16 | 8 | Unpaid | Yes | | ? | I have OOO on my calendar (not FMLA). FMLA is in the body of the meeting notice. |
| 1/7/16 | 8 | Unpaid | No | | No | Not on my calendar, but on yours. |
| 1/4/16 | 8 | Unpaid | | | | |

**From:** Matter Mark E
**Sent:** Wednesday, April 20, 2016 9:56 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: FMLA Summary - Please Check for Errors

Hello Jamaal,

Below is the details I could pull together. You will see my notes on discrepancies.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

**From:** Applewhite Jamaal L
**Sent:** Tuesday, April 19, 2016 1:03 PM
**To:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Subject:** FMLA Summary - Please Check for Errors
**Importance:** High

Below is my FMLA summary. Please let me know if you see any errors.

Message

| | |
|---|---|
| **From**: | Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679] |
| **Sent**: | 4/28/2016 1:19:51 PM |
| **To**: | Davis Amber [davisamber@johndeere.com] |
| **CC**: | Matter Mark E [mattermarke@johndeere.com]; Curran Kevin R [currankevinr@johndeere.com] |
| **Subject**: | RE: Requested FMLA |
| **Attachments**: | image001.gif |

That is correct Amber. I'll put the summary together in a table format when I log back on. (The web version of Outlook doesn't support tables.)
_____
From: Davis Amber
Sent: Monday, April 25, 2016 10:21 AM
To: Applewhite Jamaal L
Cc: Matter Mark E; Curran Kevin R
Subject: Requested FMLA

Jamaal,

Based off the information provided, you have indicated that you will use FMLA from 4/25/16-4/29/16.  This time will be unpaid, unless you chose to use vacation to supplement your pay.  As a reminder-I have attached the email that was sent to you on 4/20/16 explaining your responsibilities while on FMLA.  You must notify Disability Services and your mange when you chose to take FMLA.

I hope all is well,


Amber Davis
Benefit Administration, Disability Services
Phone:  309.748.0660
Fax: 309.749.2556

Confidentiality Notice: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.
[Conf%2072%20Eng]

CONFIDENTIAL

**From:** Matter Mark E
**Sent:** Friday, April 22, 2016 6:30 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** Out of Office Actions
**Sensitivity:** Confidential



Hello Jamaal,

On Tuesday, 19 April, when you shared with me your plan to be out of the office for FMLA Wednesday through Friday of this week, as well as all of next week, I indicated you needed to complete the items listed below. I have since learned you did not follow through on these items. These expectations should generally be understood, and I should not have to remind you to do so, but to not follow through is unacceptable.

- <u>Follow up on all pending work or forward me the details of pending work so I or your team could follow up.</u> Since you did not do so, I was required to send out emails to your 11 customers as their work requests are not complete and are either late or will be late by 04 May, which is 2 days after your planned return (180 parts). Since I had no idea of status, I had to inform them it appears the work is neither complete nor started and we would review the work, schedule time in our calendar, and complete sometime the end of May or later.
- <u>Cancel meetings you would miss, or forward them to me to cover for you.</u> You did not forward any meeting notices to me, so the expectation was you cancelled all meetings or notified attendees you would not be present. We specifically discussed your 7:00 am meeting with the CART team on 20 April. You did not forward the notice to me so I was not pleased to get an IM from Chris Sivertsen on Wednesday morning to see if you were working as it was 7:08 am, and she and the CART team had no notification from you.
- <u>Set you out of office notification with your expected return date.</u> At this point your out of office notification is not turned on. As a result, anyone who would need to contact you is unaware you may not even see their email until potentially 02 May.

Regards,
Mark Matter
Manager, Cost Modeling & Cost Analysis (CMCA)
John Deere
Enterprise Supply Management
Office : +1.309.748.3581
Mobile: +1.309.429.0237
Web Site:  http://www.JohnDeere.com

CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to Deere & Company, or one of its subsidiaries or affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail.

DEERE_APPLEWHITE_001210

Message

| | |
|---|---|
| **From:** | Curran Kevin R [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=HS01018] |
| **Sent:** | 4/19/2016 5:20:16 PM |
| **To:** | Ciha Heidi L [cihaheidil@johndeere.com]; Knupp Claya A [knuppclayaa@johndeere.com] |
| **Subject:** | RE: FMLA - Applewhite |

As of now, I have not heard back from Jamaal.  I just tried calling him again and got his voicemail.

Kevin

---

**From:** Ciha Heidi L
**Sent:** Tuesday, April 19, 2016 8:32 AM
**To:** Curran Kevin R; Knupp Claya A
**Subject:** RE: FMLA - Applewhite

Thank you for the support Kevin.  Heidi

---

**From:** Curran Kevin R
**Sent:** Tuesday, April 19, 2016 8:17 AM
**To:** Knupp Claya A
**Cc:** Ciha Heidi L
**Subject:** RE: FMLA - Applewhite

Just an update.  We have not received any FMLA hours from Jamaal since the end of February.  If he is telling his manager that he is using FMLA hours, he is not reporting them.  I have a call into him and will try and find out what is going on.  I told him I needed to speak to him today.  I will let you know once I have heard from him.

Kevin

---

**From:** Knupp Claya A
**Sent:** Monday, April 18, 2016 6:44 PM
**To:** Curran Kevin R
**Cc:** Ciha Heidi L
**Subject:** FMLA - Applewhite

Hi Kevin-
I wanted to provide you an update and ask for your guidance on some recent activity with Jamaal's FMLA.

On 8 April, Mark Matter told Jamaal that he needed to adhere to the following work schedule:

Starting the week of 11 April, 2 days per week telework (from Chicago) and 3 days in the Moline office.
- Jamaal was also instructed that if he needed to be in Chicago more than 2 days, he would need to utilize FMLA or vacation

Since then, Jamaal has not been in the Moline office (he has not worked a regular schedule in Moline since before Christmas).  Last week, he notified Mark that he would be working from Chicago on Mon-Tues and taking FMLA the remainder of the week.  He set up his auto signature stating he was on FMLA until further notice.  Then, on Thurs, he called into a morning meeting and then was offline the rest of the day.  He later told Mark he worked 6 hours at night (outside of normal business hours).  Essentially he is using his FMLA to stay up in Chicago; however, getting his work time in at off-business hours and not claiming or taking FMLA time.

DEERE_APPLEWHITE_001263

He also emailed Mark on Fri, 15 April stating he would need the same work schedule for this week – in Chicago on Mon-Tues, FMLA Wed-Fri.

Do you have any guidance or coaching you can lend to this situation?  This is getting extremely challenging to manage on our end.

Thanks Kevin!

Claya

**Claya Knupp**
Manager, HR Operations
A&T and WW Supply Management
Ph: 309.765.4446
Cell: 309.235.9440
KnuppClayaA@JohnDeere.com



**Confidentiality Notice**: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited, please call the sender to tell them that you have received the message in error, then delete it. Thank you for your compliance!

DEERE_APPLEWHITE_001264

Message

| | |
|---|---|
| **From**: | Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679] |
| **Sent**: | 3/10/2016 4:00:04 PM |
| **To**: | Matter Mark E [mattermarke@johndeere.com] |
| **Subject**: | RE: One on One - Mark's Perception & Telework Feedback |

Thank you for sharing Mark!

---

**From:** Matter Mark E
**Sent:** Thursday, March 10, 2016 9:51 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: One on One - Mark's Perception & Telework Feedback

Hello Jamaal,

I am sending this note as a follow up to our discussion on this topic from our Monday, March 05 "One on One" meeting. Again, I share this feedback in the spirit of supporting you and your success in this role. I am fully committed to supporting you and believe there will be a positive outcome as a result of sharing this feedback. This type of feedback impacts the how part of the job.

- I mention "Most of these meetings were the first meeting of the day, ..." and I actually was only concerning myself with the first meeting of the day. Since you are teleworking, you should have the best opportunity to arrive on time due to no travel. This is why I attribute the concerns to the Telework arrangement.
- Arriving late or missing meetings is occurring at a greater frequency than I would like, and then I saw in fiscal year 2016. In addition, I am receiving feedback from the team and individuals from outside the team.
- This feedback is directly impacting perception since I notice it happens with meetings scheduled with me and with our team, and because it is being noticed and shared with me from team members and individuals outside of team individuals.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Applewhite Jamaal L
**Sent:** Sunday, March 06, 2016 10:57 PM
**To:** Matter Mark E
**Subject:** RE: One on One - Mark's Perception & Telework Feedback

This is something I would have like to discussed during our phone conversation or even Monday when we see each other. Now you're offline so I'll quickly respond. We can finish in person next week.

Are you saying that I'm frequently tardy? Please keep in mind that I've had ~60 meetings (average of 10 meeting per week) since the start of the year. The reason for each of my ~7 absences was one of the following:

1. Technical difficulties,
2. Woke up late to a 5am or 6am meeting,.
3. Previous Meeting ran over.

CONFIDENTIAL

DEERE_APPLEWHITE_001351

None of the three above reasons are the result my telework arrangement. They are common reasons to everyone on our team.

In an effort to protect my character and earn some empathy from you I'd like you to know that I woke up late to 5am and 6am meetings in the past because I was up later the night before either:

1. Meeting with someone at JD TCI at an hour where no one at SWOB was up working (e.g., 10pm, 12am, 2am, 4am, etc.), or
2. Helping my family.

Please also keep in mind that CART is still ahead of schedule and I'm supporting my CMCA customers (by way should costing) more than anyone this role has ever did (even while working from the SWOB). While reevaluating my telework options I hope you note that it is the only way I can meet John Deere's and my family's needs.

-Jamaal

_____

**From:** Matter Mark E
**Sent:** Friday, March 04, 2016 2:27 PM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: One on One

HI Jamaal,

I wanted to comment specific to your section on Perception. The feedback I received certainly included tardiness, as well as missing meetings and time of day when rescheduling early morning meetings. As I shared, I have noticed you arriving late to meetings while teleworking since the start of the fiscal year. Most of these meetings were the first meeting of the day, so it would not be due to a previous meeting running long. Arriving late frequently to meetings conveys a negative message to the meeting organizer and the attendees.

I want to support you in being successful, which includes being successful on the People Goals and Competencies as well. If it appears the telework option causes these issues, I will need to reevaluate this option.

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

_____

**From:** Applewhite Jamaal L
**Sent:** Tuesday, February 23, 2016 3:47 PM
**To:** Matter Mark E
**Subject:** RE: One on One

Below are some notes that I captured from out meeting. I use yellow highlights to help identify action items. Feel free to add more comments to my notes.

- 
- FMLA – I'll call them to confirm fixes
- India Trip – spell out details on one page and share with Claya (copy Mark)
- How does Mark process emails
  - Rules for CART & team members

DEERE_APPLEWHITE_001352

- Cost reduction – Emily Noland
  - Query in BO to identify which are in production -- this is a report that Mark used to use, but isn't available anymore
  - "with requestor for review"
  - Give her a call to understand her interest in pursuing cost reduction
  - Consider working w/supply council specialist
- GPM competencies
  - Mark doesn't agree that the $1M+ savings is unrealistic
  - $0 in savings has been validated for this role (this is confirmed by the historical reports)
  - There are a couple of goals that Mark expected to be removed, I will look over Mark's comments and update accordingly.
- Perception
  - Tardiness
    - Although the project is ahead of schedule, there is concern from JDSN that there may a lack of commitment from the business side. They mentioned this as a concern b/c of my CART meeting tardiness
    - Mark has noticed my tardiness over the last month for early morning meetings
    - I will work on this as I'd like to improve my perception. Unfortunately, my personal situation has me up very late often...fortunately, I get to spend more time w/1on1 CMCA meetings

-----Original Appointment-----
**From:** Applewhite Jamaal L
**Sent:** Tuesday, October 13, 2015 8:03 AM
**To:** Applewhite Jamaal L; Matter Mark E
**Subject:** One on One
**When:** Tuesday, February 23, 2016 10:00 AM-11:00 AM (UTC-06:00) Central Time (US & Canada).
**Where:** TBD

AGENDA
1. 1 hour FMLA planned today

DEERE_APPLEWHITE_001353

*[handwritten: Can leave after 1:30pm]*

**Applewhite Jamaal L**

*[handwritten: okay to work remainge 2 items today from Ron]*

| | |
|---|---|
| **From:** | Applewhite Jamaal L |
| **Sent:** | Sunday, March 06, 2016 10:57 PM |
| **To:** | Matter Mark E |
| **Subject:** | RE: One on One - Mark's Perception & Telework Feedback |

*[handwritten: sending]*

This is something I would have like to discussed during our phone conversation or even Monday when we see each other. Now you're offline so I'll quickly respond. We can finish in person next week.

Are you saying that I'm frequently tardy? Please keep in mind that I've had ~60 meetings (average of 10 meeting per week) since the start of the year. The reason for each of my ~7 absences was one of the following:

1. Technical difficulties,
2. Woke up late to a 5am or 6am meeting,
3. Previous Meeting ran over.

*[handwritten: Mark & Jamaal late to meetings]*

None of the three above reasons are the result my telework arrangement. They are common reasons to everyone on our team.

In an effort to protect my character and earn some empathy from you I'd like you to know that I woke up late to 5am and 6am meetings in the past because I was up later the night before either:

1. Meeting with someone at JD TCi at an hour where no one at SWOB was up working (e.g., 10pm, 12am, 2am, 4am, etc.), or
2. Helping my family.

*[handwritten: Chuck Andresen, Check often Morton]*

Please also keep in mind that CART is still ahead of schedule and I'm supporting my CMCA customers (by way should costing) more than anyone this role has ever did (even while working from the SWOB). While reevaluating my telework options I hope you note that it is the only way I can meet John Deere's and my family's needs.

-Jamaal

*[handwritten: CART 'must haves'
1. what does CMS need to be okay w/ CART being mandatory
revision required (example)
- not deemed 'note' CMS job easier
- high value to company]*

---

**From:** Matter Mark E
**Sent:** Friday, March 04, 2016 2:27 PM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: One on One

*[handwritten: needed / needed if / nice to have / not needed]*

Hi Jamaal,

I wanted to comment specific to your section on Perception. The feedback I received certainly included tardiness, as well as missing meetings and time of day when rescheduling early morning meetings. As I shared, I have noticed you arriving late to meetings while teleworking since the start of the fiscal year. Most of these meetings were the first meeting of the day, so it would not be due to a previous meeting running long. Arriving late frequently to meetings conveys a negative message to the meeting organizer and the attendees.

I want to support you in being successful, which includes being successful on the People Goals and Competencies as well. If it appears the telework option causes these issues, I will need to reevaluate this option.

1

DEERE_APPLEWHITE_001360



**From:** Matter Mark E
**Sent:** Tuesday, February 23, 2016 4:29 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: FMLA Update - Week of Feb 18th

I am still not clear what Date(s) Taken 3/4 means? Does this row capture 2/16/16?

Regards,
**Mark Matter**
Office : +1.309.748.3581
Mobile: +1.309.429.0237

---

**From:** Applewhite Jamaal L
**Sent:** Friday, February 19, 2016 6:49 AM
**To:** Matter Mark E; Disability Services
**Subject:** RE: FMLA Update - Week of Feb 18th

The first column is supposed to represent the date taken. Consequently, I corrected the table so that the 12.5 hours is broken out into two days:

DEERE_APPLEWHITE_001444

| Intermittent FMLA | | |
| --- | --- | --- |
| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation |
| 1/4/16 | 8 | Unpaid |
| 2/9/16 | 8 | Unpaid |
| 2/10/16 | 4.5 | Unpaid |
| 3/4 | 2.5 | Unpaid |

**From:** Matter Mark E
**Sent:** Friday, February 19, 2016 6:45 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** RE: FMLA Update - Week of Feb 18th

Hello Jamaal,

Does the first column represent "week of" rather than "date(s) taken"?

1/4/16: This is week of 4 Jan correct?
2/9/16: This is week of 8 Feb correct?
3/4: Is this week of 15 Feb correct?

Thank you,
Mark Matter
Office : +1.309.748.3581
Mobile: +1.309.429.0237

**From:** Applewhite Jamaal L
**Sent:** Thursday, February 18, 2016 3:41 PM
**To:** Disability Services
**Cc:** Matter Mark E
**Subject:** FMLA Update - Week of Feb 18th
**Importance:** High

I have been sending my FMLA updates to the wrong department (Deere Direct). Sorry for the mixup!

So far I've consumed the following FMLA hours:

| Intermittent FMLA | | |
| --- | --- | --- |
| Date(s) Taken | FMLA Hours Taken | Unpaid or Vacation |
| 1/4/16 | 8 | Unpaid |
| 2/9/16 | 12.5 | Unpaid |
| 3/4 | 2.5 | Unpaid |

-Jamaal

DEERE_APPLEWHITE_001445

Appointment

| | |
|---|---|
| **From**: | Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679] |
| **Sent**: | 2/16/2016 4:29:56 PM |
| **To**: | Matter Mark E [mattermarke@johndeere.com] |

| | |
|---|---|
| **Subject**: | FMLA (1 Hour) |
| **Attachments**: | ATT18433 |
| **Location**: | Chicago |

| | |
|---|---|
| **Start**: | 2/23/2016 6:00:00 AM |
| **End**: | 2/24/2016 6:00:00 AM |
| **Show Time As**: | Tentative |

| | |
|---|---|
| **Required Attendees**: | Matter Mark E |

The "All CMCA Team Meeting" starts at 5am on the day that I must handle some personal/FMLA issues. For that reason, depending on circumstances, I have options to work:

1. The entire day,
2. Part of the day, and
3. None of the day.

I prefer option number one for two reasons: 1. I don't want to postpone or miss some important meetings, and    2. FMLA is unpaid and I'm still recovering financially from last year's leave of absence.

DEERE_APPLEWHITE_001516

Message

| | |
|---|---|
| **From:** | Davis Amber [/O=DEERE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AD02434] |
| **Sent:** | 1/21/2016 9:14:34 PM |
| **To:** | Knupp Claya A [knuppclayaa@johndeere.com] |
| **Subject:** | RE: FMLA - Applewhite |

The employee is required by FMLA regulations to submit their FMLA time within 3 business days. If he wants those days to be FMLA applicable, he must follow that process, otherwise those days may not be protected.

His case will remain active through Jan 2017.

Thanks,

Amber

**From:** Knupp Claya A
**Sent:** Thursday, January 21, 2016 3:07 PM
**To:** Davis Amber <DavisAmber@JohnDeere.com>
**Subject:** RE: FMLA - Applewhite

So how does that work – if the employee has an approved case; yet he doesn't 'use it' -- is there a time span where in which if he doesn't report any hours the case is reviewed and closed?

Thanks!

**From:** Davis Amber
**Sent:** Thursday, January 21, 2016 3:03 PM
**To:** Knupp Claya A
**Subject:** RE: FMLA - Applewhite

I have 0 hours reported.

Thanks,

Amber

**From:** Knupp Claya A
**Sent:** Thursday, January 21, 2016 3:02 PM
**To:** Davis Amber <DavisAmber@JohnDeere.com>
**Subject:** FMLA - Applewhite

Hi there-
Has Jamaal reported any FMLA hours since his case was approved?  His manager has not seen anything.

Thanks!

**Claya Knupp**
Manager, HR Operations
A&T and WW Supply Management
Ph: 309.765.4446
Cell: 309.235.9440

CONFIDENTIAL

Message
| | |
|---|---|
| **From:** | Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679] |
| **Sent:** | 1/8/2016 5:14:06 PM |
| **To:** | Matter Mark E [mattermarke@johndeere.com] |
| **CC:** | Rathburn Doug [rathburndouglasa@johndeere.com]; Knupp Claya A [knuppclayaa@johndeere.com]; Ciha Heidi L [cihaheidil@johndeere.com] |
| **Subject:** | RE: Jamaal 2016 GPM |
| **Attachments:** | FY15 YE GPM - Successful.pptx |

Hi Mark,

Last night you shared with me that you reviewed the proposal below with Doug and HR. You also mentioned that they approved of it without knowledge of my based feasibility study because you didn't have a copy. In keeping with the spirit of being open and honest, I would like you to know that I shared the study with Doug. You can find it attached.

Considering that I have ~10 months of successful experience in this role, and 5 years of data I must admit that it is unrealistic to expect me to perform *all* of the goals below at a "successful" level. The attached presentation supports my feeling that my FY15 goals were unrealistic and inconsistent with prior years' goals. Although I managed to perform successfully under unrealistic conditions, it was stressful, discouraging, and reduced my level of engagement. Your new FY16 proposal is equivalent to FY15 goals *plus* an even larger expectation (FY16 = FY15 + Save $1.05M + Guideline Development). Consequently, my goals are not SMART.

Having the following four responsibilities simultaneously make my FY16 unrealistic: CART V3, $1.05M savings, should cost analyses, and CART admin. In order to make my FY16 more realistic and keep the analyses and savings goals that you wish I suggest the following changes to your proposal:
1. ~~Keep~~ CART V3,
2. ~~Reduce~~ savings goal to $250K,
    a. ~~Reduce~~ SC analyses to 50
    b. ~~Add~~ strategic sourcing strategy development
3. Drop the CMCA admin role.

Regardless of what you decide, I am thankful for you willingness to allow me to work from Chicago for the next 30 days. For that reason alone I will do my best to meet your expectations.



FY15 YE GPM -
Successful.pptx

-Jamaal

---

**From:** Matter Mark E
**Sent:** Friday, January 08, 2016 12:14 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** Jamaal 2016 GPM

Hello Jamaal,

I have reviewed your proposals and ideas and suggest the follow Business and People Goals for FY 2016 GPM.

Business
1. Execution of should cost analyses    of ~~200~~ Purchased Parts (reduce from original – TBD)
2. $1.05M savings goal in support of $6M CMCA Goal



SS

CONFIDENTIAL

DEERE_APPLEWHITE_001609



CART Production
Set up SECOR & SAM
Updated ARAs
Addressing V1 issues
Missing CART/BO variables
Maintain Owners/Analyst document

CART Development
Charter development/approval
Generate requirements document

DEERE_APPLEWHITE_001610



DEERE_APPLEWHITE_001611



Assumes that BPT will complete a total of 7,000 analyses in FY16

DEERE_APPLEWHITE_001612

Message

| | |
|---|---|
| **From**: | Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679] |
| **Sent**: | 1/5/2016 5:32:49 AM |
| **To**: | Matter Mark E [mattermarke@johndeere.com] |
| **Subject**: | In Chicago Tomorrow Due to Personal Reasons |

Hi Mark,

I will be in Chicago tomorrow as well for personal reasons. I've been approved for FMLA so I will use it whenever I need to or whenever you require me to. Today I worked 7.5 hours so far and accomplished everything I had planned to accomplish. I will work for at least one more hour so I'm hoping you won't require me to use FMLA or my vacation.

I have a good idea how I can still fully support the business/Deere and  my personal needs. I've set up a meeting tomorrow for us to talk more about my FMLA situation and how to move forward.

Talk with you tomorrow,
Jamaal

CONFIDENTIAL

Appointment

| | |
|---|---|
| **To**: | Applewhite Jamaal L [applewhitejamaall@johndeere.com]; Matter Mark E [mattermarke@johndeere.com] |
| **BCC**: | 90Conf SWOB 3 East (12) [swob3east12@johndeere.com] |
| **Location**: | 90Conf SWOB 3 East (12) |
| **Start**: | 12/2/2015 4:00:00 PM |
| **End**: | 12/2/2015 5:00:00 PM |
| **Show Time As**: | Busy |
| **Recurrence**: | (none) |
| **Required Attendees**: | Matter Mark E |

- Project management assessment
- FY16 Goals
  - First thing first
    - Making CMCA admin activities less time consuming
    - Categorization of work requests
  - $1M savings
    - Support SS, C&F, and ESM...no should cost #
  - 
  - DAP
    - Improving perception
      - Work with health and wellness team: Kevin Carlson, Kristin Early, Jim Harl, Kyle Kleman, Ramar Scales, Adam Toal, Elisabeth Vartabedian, Cheryl Zimanek
      - Meet with employees w/influence
      - Lead teambuilding
      - Meet in person with JD TCI colleagues and stakeholders
    - Complete feedback survey in early Q2

DEERE_APPLEWHITE_001796

Appointment

**To**:  Applewhite Jamaal L [applewhitejamaall@johndeere.com]; Matter Mark E [mattermarke@johndeere.com]

**Location**:  Jamaal to Call Mark

**Start**:  2/12/2016 5:00:00 PM
**End**:  2/12/2016 6:00:00 PM

**Recurrence**:  (none)

**Required Attendees**:  Matter Mark E

AGENDA
- C&F face to face meeting – how'd it go?
  - Mark's Perspective
  - Eric's Perspective
  - Travel expenses
- Cost savings
- FMLA
  - 1+ days this week and next week
- Cyient feedback form
- CART project management
- Last week's performance

DEERE_APPLEWHITE_001797



CONFIDENTIAL

DEERE_APPLEWHITE_001890

Message

| | |
|---|---|
| **From**: | Matter Mark E [/o=DEERE/ou=JDCORP/cn=Recipients/cn=mx10106] |
| on behalf of | Matter Mark E [/o=deere/ou=jdcorp/cn=recipients/cn=mx10106] |
| **Sent**: | 12/17/2015 9:02:11 PM |
| **To**: | Applewhite Jamaal L [applewhitejamaall@johndeere.com] |
| **Subject**: | RE: Stressing & Cannot Work |

Hi Jamaal,

It appears you were not able to work today, you missed the team meeting and cancelled our 1-1, and then sent the below email. With that I expect you to take a day of vacation.

Regards,
**Mark Matter**
Phone:  +1.309.748.3581

---

**From:** Applewhite Jamaal L
**Sent:** Thursday, December 17, 2015 7:42 AM
**To:** Matter Mark E
**Subject:** Stressing & Cannot Work

Hi Mark. Please excuse me for missing our team meeting. I'm stressed out about my court case and cannot focus on work. I should have an update on my case by the end of the day. If court ends early afternoon as expected I will try to catch you on IM to share next steps with you.

-Jamaal

DEERE_APPLEWHITE_001913

Policy Number:  US-106

# John Deere Human Resources U.S.



---

SUBJECT:              Disciplinary Procedure-Salaried Employees (U.S. only)
Applies To:           U.S. Only
LAST REVIEW DATE:     August 2018
EFFECTIVE DATE:       August 2013

## STATEMENT OF COMPANY POSITION

The primary responsibility for correcting a salaried employee's performance or behavior is with the employee.   However, the immediate supervisor is responsible for ensuring that employees satisfactorily perform their work assignment and conduct themselves with reasonable and proper regard for the interest of the company and for the welfare and rights of others.

## ADMINISTRATIVE DETAIL

1.  In cases of serious or aggravated misconduct, such as fraud, or any other breach of the Business Conduct Guidelines as defined by Blue Bulletin #1692, immediate termination may be in order, depending on the seriousness of the violation and/or specific country employment laws or labor agreements.   In cases of termination, any severance payment will require a Settlement Agreement and the approval of the region HR Business Partner.

2.  The situations that will cause disciplinary action to be taken can also be specific to the labor regulations in specific countries as well as any negotiated labor agreements.

3.  In cases related to performance or behavior, the employee should first be advised in detail of the areas of shortcomings, be counseled as to how to correct or improve such areas, and be given a reasonable time to do so.   Initial discussions should be between the immediate supervisor and the employee. Where one exists, a formal improvement program (i.e., the Employee Performance Improvement (EPI) process) should be used.

4.  Discussions with an employee regarding shortcomings of performance or behavior should be held on a timely basis, that is, as soon after an incident occurs or comes to the supervisor's attention, or during the periodic performance appraisal.  Discussions of this nature should be held in private.  Group feedback may also be appropriate in team situations.

5.  When the immediate supervisor believes that an employee could be disciplined due to unfavorable conduct, they should immediately consult with their department head (supervisor's supervisor) and the Human Resources representative.   If all parties agree that action is required, specific country regulations must be followed in regard to the action taken.

CONFIDENTIAL                                                    DEERE_APPLEWHITE_001924

6.  Appropriate disciplinary action will be established after reference to local procedures and may include dismissal.

7.  Whenever the term "Human Resources representative" is used in this bulletin, it is intended to mean a person, regardless of title, who is designated to perform the Human Resource function for the responsible company unit.

8.  Details on administrative procedures are on file with the local HR office.

This HR Policy Statement supersedes all previous version(s).

HR Policy and Guideline Statements are not intended and shall not be construed to create or constitute a contract between the Company and any one or all of its employees.

The Company reserves the right in its sole discretion to modify, terminate or suspend any or all HR Policy and Guideline Statements, in whole or in part, at any time, without notice.

Please forward your comments to HR Policies

Copyright © Deere & Company

All rights reserved

106.doc

DEERE_APPLEWHITE_001925

Section 1

## How We Demonstrate Our Commitment

### Reporting and non-retaliation

We all share a responsibility to report concerns of actual or potential misconduct. This includes violations of the Code, referenced policies and the law. If you witness or otherwise learn about a potential violation or an illegal act, or are asked to commit one yourself, you must immediately, *and without investigating,* report it to one of the following:

– Your immediate manager
– Your manager's manager
– Your Human Resources or Labor Relations contact
– Your Compliance Ambassador or Center for Global Business Conduct staff
– The Director of Finance/Accounting with responsibility for the area
– The Office of the General Counsel with responsibility for the area
– Deere & Company Vice President, Internal Audit
– Deere & Company Chief Compliance Officer
– Deere & Company Senior Vice President and General Counsel
– The John Deere Compliance Hotline

The John Deere Compliance Hotline is operated by an independent company. It is available 24 hours a day, seven days a week, in multiple languages. The Hotline can be used by anyone within or outside of John Deere to make a confidential report. To access country-specific Hotline information, see the posters on display at each unit or go to the John Deere intranet, which lists country-specific phone numbers. You also may access the John Deere Compliance Hotline website to make a report, or write to the John Deere Compliance Hotline at:

Compliance Hotline Committee
P.O. Box 1192
Moline, IL 61266-1192
USA



8

DEERE_APPLEWHITE_001933

| | Excepti | Pers.No. | Date | Hou | A/A type | Name | Last change | By |
|---|---|---|---|---|---|---|---|---|
| | | 732691 | 2016.04.14 | 0.00 | 0105 | Approved | 2016.04.21 | JA5867 |
| | | 732691 | | 3.00 | 0105 | Cancelled | 2016.04.20 | JA5867 |
| | | 732691 | 2016.03.22 | 8.00 | 0105 | Approved | 2016.05.17 | JA5867 |
| | | 732691 | 2016.02.25 | 8.00 | 0105 | Approved | 2016.03.07 | JA5867 |
| | | 732691 | 2015.12.17 | 8.00 | 0105 | Approved | 2015.12.17 | JA5867 |
| | | 732691 | 2015.08.31 | 8.00 | 0105 | Approved | 2015.10.16 | JA5867 |
| | | 732691 | 2015.08.27 | 3.00 | 0105 | Approved | 2015.10.16 | JA5867 |
| | | 732691 | 2015.05.21 | 8.00 | 0105 | Approved | 2015.05.21 | JA5867 |
| | | 732691 | 2015.05.20 | 8.00 | 0105 | Approved | 2015.05.21 | JA5867 |
| | | 732691 | 2015.05.19 | 8.00 | 0105 | Approved | 2015.05.21 | JA5867 |
| | | 732691 | 2015.05.18 | 8.00 | 0105 | Approved | 2015.05.21 | JA5867 |
| | | 732691 | 2015.05.15 | 8.00 | 0105 | Approved | 2015.05.19 | JA5867 |
| | | 732691 | 2015.05.14 | 1.00 | 0105 | Approved | 2015.05.19 | JA5867 |
| | | 732691 | 2015.05.08 | 8.00 | 0105 | Approved | 2015.05.19 | JA5867 |
| | | 732691 | 2015.05.07 | 1.00 | 0105 | Approved | 2015.05.19 | JA5867 |
| | | 732691 | 2015.05.04 | 8.00 | 0105 | Approved | 2015.05.19 | JA5867 |
| | | 732691 | 2015.05.01 | 8.00 | 0105 | Approved | 2015.05.05 | JA5867 |
| | | 732691 | 2015.04.30 | 1.00 | 0105 | Approved | 2015.05.05 | JA5867 |
| | | 732691 | 2015.04.27 | 8.00 | 0105 | Approved | 2015.05.05 | JA5867 |
| | | 732691 | 2015.04.24 | 8.00 | 0105 | Approved | 2015.05.19 | JA5867 |
| | | 732691 | 2015.04.23 | 1.00 | 0105 | Approved | 2015.05.19 | JA5867 |
| | | 732691 | 2015.04.17 | 5.00 | 0105 | Approved | 2015.04.20 | JA5867 |
| | | 732691 | 2015.04.16 | 1.00 | 0105 | Approved | 2015.04.20 | JA5867 |
| | | 732691 | 2015.04.10 | 8.00 | 0105 | Approved | 2015.04.20 | JA5867 |
| | | 732691 | 2015.04.09 | 1.00 | 0105 | Approved | 2015.04.20 | JA5867 |
| | | 732691 | 2015.04.02 | 1.00 | 0105 | Approved | 2015.04.20 | JA5867 |
| | | 732691 | 2015.03.23 | 2.00 | 0105 | Approved | 2015.03.23 | JA5867 |
| | | 732691 | 2015.03.16 | 8.00 | 0105 | Approved | 2015.03.17 | JA5867 |
| | | 732691 | 2015.03.13 | 2.00 | 0105 | Approved | 2015.03.17 | JA5867 |
| | | 732691 | 2015.03.11 | 8.00 | 0105 | Approved | 2015.03.12 | JA5867 |
| | | 732691 | 2015.03.09 | 8.00 | 0105 | Approved | 2015.03.10 | JA5867 |

CONFIDENTIAL

DEERE_APPLEWHITE_001988