E-FILED
Saturday, 25 January, 2020  12:38:02 AM
Clerk, U.S. District Court, ILCD

# Exhibit



## Applewhite Jamaal L

**From:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Sent:** Monday, March 14, 2016 11:48 AM
**To:** Matter Mark E; Applewhite Jamaal L
**Subject:** Conversation with Mark Matter

**Applewhite Jamaal L 7:04 AM:**

Morning Mark.

**Mark Matter 7:04 AM:**
Good morning Jamaal.
**Applewhite Jamaal L 7:04 AM:**

I'm surprised to see you calling into the meeting

...but I'm happy you're able to witness most of the team call in late for this first meeting of the day. It's pretty common you see?

(Not saying that it's right...or that I plan to be late.)

**Mark Matter 7:06 AM:**
I have to admit Jamaal, I love the CART discussions ... though it is not feasible for me to join all ... nor not required.
Yes, not an ideal start to the meeting for sure.
... nor required.
I did not mean to type ... nor "not" required.
**Applewhite Jamaal L 7:07 AM:**

I didn't think so.

**Applewhite Jamaal L 7:10 AM:**

I know you mentioned that you and Bipul had trouble signing in. Do you know if he got in?

**Mark Matter 7:11 AM:**
He is on the call, not sure if he is in the Lync. I am still unabel to get in ... I shut down Explorer and it did not help.
Looks like Bipul is in.
**Applewhite Jamaal L 7:13 AM:**

Are you opening the meeting series or just the single meeting?

**Mark Matter 7:13 AM:**
I am trying Chrome.
The single, is that the key?
I should try series?
**Applewhite Jamaal L 7:14 AM:**

Maybe. I try the single one.

I'd try which ever one you haven't tried yet.

Also, sign in and out of Skype possibly.

Did you call in via Skype or dialed in?

**Mark Matter 7:16 AM:**

**Applewhite Jamaal L**

**From:** Matter Mark E <MatterMarkE@JohnDeere.com>
**Sent:** Thursday, January 21, 2016 9:02 AM
**To:** Matter Mark E; Applewhite Jamaal L
**Subject:** Conversation with Matter Mark E

**Mark Matter 8:07 AM:**
Hello Jamaal, good morning.
**Applewhite Jamaal L 8:08 AM:**

Hi Mark. Good morning.

**Mark Matter 8:09 AM:**
I am hoping to capture 30 minutes of your time today or tomorrow, so wondering if you could open up 30 minutes either of your days to meet.
**Applewhite Jamaal L 8:09 AM:**

Ok. I can find that. What is it in regard to?

**Mark Matter 8:10 AM:**
I wanted to follow up on a discussion we initially had back when you first joined, and that you have brought up a couple times since. Concerns with discrimination.
**Applewhite Jamaal L 8:11 AM:**

ok

**Mark Matter 8:12 AM:**
I feel it is my duty to you and John Deere to insure any concerns are fully evaluated, and want to talk through that with you.
**Applewhite Jamaal L 8:12 AM:**

Makes sense, but why now?

**Mark Matter 8:14 AM:**
I would not say now in particular is unique, just felt it needed to be addressed, and I want to make sure no more time goes by before it is addressed.
**Applewhite Jamaal L 8:14 AM:**

ok

**Mark Matter 8:15 AM:**
You initially indicated you did not want me, nor did you want, to go to HR, but I feel it is my duty to do so if there is any concern about potential discrimination.
**Applewhite Jamaal L 8:25 AM:**

I'll find 30 mins on our calendars either today or tomorrow

**Mark Matter 8:30 AM:**
Thank you Jamaal.
**Applewhite Jamaal L 8:32 AM:**

did the CMCA sharePoint site move?

**Mark Matter 8:34 AM:**
The India one did ... Ruchi sent a note on that some time back.

**Applewhite Jamaal L**

**From:** Applewhite Jamaal L
**Sent:** Friday, August 28, 2015 8:24 AM
**To:** Steuer Matthew W; Applewhite Jamaal L
**Subject:** Get Latest Version of aPriori Reports

**Matthew Steuer [8:13 AM]:**
sorry just getting on now
will now still work?
sorry i was reading Jimmy Anklesara's book
**Matthew Steuer [8:22 AM]:**
i am on the lync call

## Applewhite Jamaal L

**From:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Sent:** Tuesday, May 12, 2015 9:27 PM
**To:** Matter Mark E; Applewhite Jamaal L
**Subject:** Conversation with Mark Matter

**Applewhite Jamaal L [8:59 PM]:**
Hey Mark. I see you're online!
I'm way behind schedule, and still at the office!
I'm leaving out in few mins, but if I'm able to, I would like to have the option to get meet w/Ruchi and/or Bipul tonight (~midnight) to discuss some important topics around the tube should costs.

**Applewhite Jamaal L [9:04 PM]:**
This would likely through me off for tomorrow morning and I'd wake up late. However, the benefit is that Ruchi or Bipul may be able to update some of their analyses by time I'm back up and at it. I really don't want to miss the opportunity to help Tharlyn out with her tube negotiations.

**Mark Matter [9:13 PM]:**
Hi Jamaal, sorry I did not see this right away.
That sounds fine.
Just be sure to drive safely, and not fall asleep at the wheel.
Also, I'm not sure if you saw my email, but GPM needs to be in Step 6 this Friday ... Thursday for someone on vacation Friday. You are currently in Step 4.

**Applewhite Jamaal L [9:16 PM]:**
Yup, I saw that .
I'm about to send you an email, which we can discuss after you read it.
spoiler alert...i'm still not thinking the should cost goal is realistic or meaningful

**Mark Matter [9:18 PM]:**
Sorry, I went offline for a moment ...

**Applewhite Jamaal L [9:20 PM]:**
this is what I sent...
Yup, I saw that .
I'm about to send you an email, which we can discuss after you read it.
spoiler alert...i'm still not thinking the should cost goal is realistic or meaningful
btw, i won't go to sleep b/c I drank some 5 hour energy
I am concerned about all the bugs i'll be hitting though :(

**Mark Matter [9:21 PM]:**
I understand about your concern with the part count ... part of the reason is alignment and engagement for the India Admin ... I also want to balance the demands on all team members.
... well, sure hope the 5 hour energy helps, does not always work for me, need to supplement with sunflower seeds ... in the shell.

**Applewhite Jamaal L [9:22 PM]:**
I'm about to sign off and go.
I sent a lengthy email, which may help us continue with the convesation.

**Mark Matter [9:25 PM]:**
Drive safely.

**Applewhite Jamaal L [9:26 PM]:**
You bring up some points that i didn't address in the email. Some interesting ones...my initial thought is that for a team to successful doesn't mean that everyone does the same thing. I believe it is fair and makes sense to use each team member differently, according to their skillsets and situation. (I'm the only team member that sits next to the SBMs, in the same timezone as the SBMs, & CART owner)
Ok. you can reply. I'll read tomorrow or we can find time tomorrow to figure this out. I
I'm leaving!

# RYCO LC LEASE
# 2302 31st Street APARTMENTS LEASE

THIS AGREEMENT of Lease is made and executed on March 6, 2015.

by and between

**JAMES C. MILLMAN,**

**RYCO LC,**

Hereinafter referred to as "Landlord"

And

Jamaal Lee Applewhite

Hereinafter referred to as "Tenant."

The parties understand and agree to the following terms:

1. MONTHLY RENT: That the Landlord hereby leases to the Tenant the premises commonly known as:

**Apartment # 12**
2302 31st Street
Moline, Illinois 61265

for a term of twelve months beginning on **1 April 2015** and ending on **30 April 2015** for the MONTHLY RENT of:

**$ 450.00**

payable as follows:

A. Tenant shall pay to Landlord the MONTHLY RENT at:

**RYCO LC**
**3108 Ave of the Cities**
**Moline, IL 61265**

Said rent shall be due and payable in advance on the **FIRST** day each and every month of said term, it being agreed by the parties hereto that the time of each and all payments is the essence of this agreement.

B. The rental period will be on a calendar month basis. If occupancy begins on any day other than the first day of a calendar month, the first month's rent will be prorated on a daily basis (30 days per month) to the last day of the current month. There is no proration of the last month's rent, and the security deposit shall not be applied by the Tenant to the rent obligation.

C. In the event Tenant fails to pay the monthly rental within the first **FIVE** days of the month, a **LATE CHARGE of 10% of total owed will be charged as additional rent for that month will be due. If the tenant fails to pay the full amount including late fee by the 16th of the Month an additional 10% of the total will be charged as additional rent for the month.**

2. SECURITY DEPOSIT: Tenant agrees to deposit the amount of: **$450.00 (on file)** which will be refunded

INTIALS ________

INTIALS ________

B. At least 30 days notice of intention to vacate at end of lease is given,
C. No rent fees are due and unpaid.
D. Apartment is left clean and ready for the next occupant, particularly the kitchen and bathroom,
E. No trash, debris or unwanted items are left behind,
F. No damage beyond normal wear and tear is done. Broken windows, screens, light fixtures holes in plaster resulting from nails or the like, will not be considered normal wear ant tear.
G. Locks Changed will be charged against Security Deposit when tenant vacates.
H. Nothing that belongs to the Landlord has been removed, like appliances, curtain rods, shower curtain rods, etc.
I. Minus the cost incurred by ~~having all the carpets professionally cleaned.~~ (If carpets are replaced the cost of cleaning will go toward the new carpets) If any of the above are not fulfilled to the Landlord's satisfaction, the entire security deposit will be forfeited by the Tenant and remain with the Landlord as liquidated damages. The security deposit is not to be used as a credit against the rent. Landlord shall have the right, but not the obligation, to apply the security in whole or in part as payment of such amounts as are reasonably necessary to remedy Tenant's defaults in the payment of rent or in the performance of the covenants or agreements contained herein. Landlord's right to possession of the premises for nonpayment of rent or any other reason shall not be affected by the fact that Landlord holds security. Tenant's liability is not limited to the amount of the security deposit and Tenant shall at once pay Landlord an amount sufficient to reimburse Landlord in full for any of said payments and to restore the security deposit in full. Any amount left remaining in said security deposit upon lawful termination of this lease shall be returned to Tenant as provided by law.

3. DEFAULT; If any default is made of rent or any part thereof, this lease, at the option of Landlord, shall terminate and be forfeited upon a five (5) day written notice to Tenant as provided by law. If default is made in the performance of or compliance with any other term or condition hereof, this lease, at the option of Landlord, shall terminate and be forfeited upon a ten (10) day written notice to Tenant as provided by law. It is mutually agreed that the commencement at any time during the period of this lease, either by or against the Tenant of any proceeding for the purpose of subjecting the assets of the Tenant to any law relating to bankruptcy or for the appointment of a receiver of the Tenant or of any of his assets, or the making by the Tenant of a general assignment of the Tenant's assets for the benefit of creditors, shall constitute a breach of this lease; and upon the happening of any such event, the Landlord may, at its option, terminate this Lease, such option to be exercised by written notice served upon the Tenant and thereupon the Landlord may re-enter and repossess the leased premises with or without process of law; provided, however, that upon the filing of any petition to subject the Tenant to any provision of the Bankruptcy Act of the United States, as amended, whether by or against the Tenant, this Lease shall, at the election of the Landlord made with a reasonable time after notice of the filing of such petition, terminate.

4. USE OF PREMISES: The premises shall be occupied solely for residential purposes solely by Tenant and other persons, or family members designed on Tenant's Rental Application, which is hereby incorporated by reference. Tenant agrees that all information contained therein is true and correct, and the Landlord at its option may lawfully terminate this lease based upon any untrue information contained in said Application. Tenant shall comply with all written rules, regulations, and policies of RYCO LC APARTMENTS, now made and posted by Landlord in the public areas of said premises, or hereafter to be made and so posted. Landlord at its option may lawfully terminate this lease based upon any breach of said rules and regulations by Tenant, guests, or family members.

5. <u>INDEMNIFICATION:</u> Interruption or failure of any service maintained in the building in which the apartment is located, if due to causes beyond the Landlord's control, shall not entitle Tenant to any claim against Landlord or to any reduction in rent, and shall not constitute constructive eviction unless Landlord shall fail to take such measures as may be reasonable in the circumstances to restore service without undue delay.

6. RETURN OF POSSESSION: At the expiration of the term of this lease Tenant shall yield up the premises

INTIALS ________

INTIALS ________

to the Landlord with a thirty day notice in as good condition as when the same were entered upon by the Tenant, loss by ordinary wear accepted.

7. LIQUIDATED DAMAGES: At the termination of this lease, by lapse of time or otherwise, Tenant shall yield up immediate possession to Landlord, and by failing so to do, shall pay as liquidated damages for the whole time such possession is withheld a sum equal to twice the amount of the rent herein reserved, prorated and averaged per day of withholding. The acceptance of any such liquidated damages by Landlord shall not constitute a waiver by Landlord of its right of re-entering as hereafter set forth, nor shall any other act in apparent affirmation of the tenancy operate as a waiver of the right to terminate this lease or operate as an extension thereof, nor shall the provisions of this clause affect Landlord's right , at its election, to treat as a holdover tenant under the terms hereof.

8. PROHIBITION ON SUBLETTING: That neither Tenant nor Tenant's legal representatives will sublet said premises or any part thereof, or assign this Lease, or make any alterations, amendments or additions to the building on said premises without the written consent of the Landlord.

9. LANDLORD ACCESS: That the Tenant shall permit the Landlord to have free access to the premises hereby leased for the purposes of examining or exhibiting the same, or to make any repairs or alterations of such premises, which Landlord may see fit to make, this includes pest/insect control; also to allow to have placed upon said premises at all times, notices of "For Sale or "To Rent" and will not interfere with the same.

10. CONDITION OF PREMISES: That the Tenant has examined and knows the condition of said premises and has received the same in good order and repair and that no representations as to the condition or repair thereof were made by the Landlord or its agent prior to or at the execution of this lease that are not herein contained or hereon endorsed.

11. UTILITIES: Tenant agrees to pay all electric, cable television and telephone charges which may be assessed upon the leased premises during the term hereof. No Satellite Dishes are allowed to be installed on these premises.

12. RISK OF LOSS: The Tenant assumes all risk of any damage to person or property that may occur by reason of water or the bursting or leaking of any pipes or waste about said premises or from any act of negligence of any other tenants or occupants of the building or any other person, or fire, hurricane or other act of God or from any cause whatsoever, provided that Landlord shall make necessary repairs to prevent further damage with reasonable diligence after notice given, and the Tenant agrees to give the Landlord prompt written notice of any accident to or defect in the water pipes, electricity or of any plumbing, heating and cooling apparatus or device.

13. DAMAGE AND REPAIR: If the premises are damaged by fire or other casualty, Landlord may cause the damage to be repaired and the rent will be abated for such period of time as premises remain untenable, but if the premises are destroyed or so damaged that Landlord shall decide that it is inadvisable to repair same, this lease shall cease and terminate, and rental shall be adjusted to the date when such fire or casualty occurred. Tenant agrees to release Landlord from any and all claims for lose, damage or inconvenience arising from such fire or casualty.

14. ATTORNEY'S FEES: Tenant shall pay Landlord's cost, expenses and attorney's fee in and about the enforcement of the covenants and agreements of this lease.

15. HOLD HARMLESS: Tenant shall hold Landlord harmless for any damage to any other tenant, caused by Tenant's negligence or by negligence of any person entering said premises by Tenant's permission or invitation.

16. ILLEGAL SUBSTANCE: Illegal substances, including marijuana, cocaine, and other drugs, are not

INTIALS ________

INTIALS ________

permitted on the premises. Landlord may terminate the Lease and evict any tenant or other person in the event that such illegal substances are found on the premises.

17. CONSIDERATE CONDUCT: Tenant shall conduct himself, herself, or themselves with due consideration for other tenants and neighbors, especially with respect to foul language, loud playing of radios, stereos and TV sets, and late or noisy parties.

18. INSECT CONTROL: The landlord may have the apartments treated periodically for insects/pests at no additional charge to the tenant. For this to be successful, the tenant agrees to have the apartment ready for care as outlined by the professionals. A penalty will be imposed (not more than $35.00) for noncompliance.

19. PARKING: Parking in our lots is provided but not guaranteed. They are on a first come priority for our tenants only. Guests and additional vehicles should be parked on the side-streets, since space for our tenants is at a premium.

20. WINDOW COVERINGS: the tenant agrees to place neutral colored window covering over the windows within thirty days of moving in.

21. INSURANCE: The tenant is hereby advised and understands that the personal property of the tenant is not insured by the landlord for either damage or loss, and the landlord assumes no liability for such loss. The tenant is advised that, if insurance coverage is desired by the tenant, the tenant should inquire of tenant's insurance agent regarding a Renter's Policy of Insurance.

22. NO SMOKING: The tenant is hereby advised and understands that if they choose to smoke in the building they will lose all of their deposit.

23. NO PETS: The tenant understands that there are no pets allowed in their apartment.

**24. RETURNED CHECKS: A charge of $25.00 will be imposed on all returned checks from the bank for the reason of NSF. This fee is in addition to the already late charge that is automatically imposed upon your rent due to the late payment.**

by:

[signature] DATE: 6 MAR 15

TENANTS

[signature] DATE: 3/6/15

_______________ DATE: _______

INTIALS [initials]

INTIALS _______

Employee Name: Linda Applewhite Page 2 of 4

**** Employee is not permitted to complete or fill in the answer to any question in Section III of this form.*****

**Section III: For Completion by the Health Care Provider**

**Instructions to the Healthcare Provider:** Your patient has requested leave under the FMLA. Answer, fully and completely, all questions. Where any question is not applicable, please indicate "N/A" so we know the question was not overlooked. Your responses as to the frequency or duration of condition, treatment, etc., should be your best estimate based upon the medical history and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your response to the condition for which the patient needs leave. Page 3 provides space for additional information, if needed. Please be sure to sign the form on the last page.

Health Care Provider's name: Christine Johnson, APN

Business address: 8311 W. Roosevelt Rd

Forest Park, IL 60130

Type of practice / Medical specialty: Mental Health

Illinois Professional License Number: 209008950

Telephone: (708) 771-7000 x4192 Fax: (708) 488-4993

**Part A: Medical Facts**

1. a) Approximate date condition commenced: 8/2015

b) Probable duration of condition: intermittent; unable to predict; ongoing condition

**Mark below as applicable:**

c) Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
☒ No ☐ Yes If yes, date/s of admission: ____

d) Date/s you treated the patient for this condition in the last 12 months: 3/22/17 + 4/24/17 + 5/4/17

e) Is this a chronic condition? ☐ No ☒ Yes
If yes, will the patient need to have treatment visits at least twice per year due to the condition?
☐ No ☒ Yes

f) Was the patient incapacitated by this condition for more than three, full consecutive calendar days?
☐ No ☒ Yes
If yes, what were the dates of incapacitation? 4/8/17 – present
If yes, was medication, other than over-the-counter medication, prescribed? ☐ No ☒ Yes
If no medication was prescribed, did you/will you treat the patient twice within 30 days of first date of incapacity? ☐ No ☐ Yes

g) Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
☐ No ☒ Yes If yes, state the nature of such treatments and expected duration of treatment:
Individual therapy sessions (counseling)

2. Is the medical condition pregnancy? [X] No [ ] Yes If yes, expected delivery date: ______

3. Use the information provided by the employer in Section 1 to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

a) Is the employee unable to perform any of his/her job functions due to the condition? [X] No [ ] Yes *unless in flare-up

If yes, identify which job functions the employee is unable to perform.
Unable to perform work duties when condition flare-up. ↑panic, anxiety

4. Describe relevant medical facts related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment).
Depressed mood, feeling anxious & nervous, difficulty with concentration, poor tolerance to stress

a. If the health care provider signing this document is a Chiropractor, please indicate whether the condition is a subluxation demonstrated by an X-ray to exist: ______

Part B: Amount of Leave Needed

5. Will the employee be (or has the employee been) incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? [ ] No [X] Yes

If yes, estimate or state the beginning and ending dates for the period of incapacity.

from 4/8/17 (month/day/year) through ongoing (month/day/year)

6. Will the employee need to attend follow-up treatment appointments because of the employee's medical condition? [ ] No [X] Yes If yes, are the treatments medically necessary? [ ] No [X] Yes

a) Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period. Therapy is weekly ??

Psychiatry = 1-2 time/s per: [ ] week, [X] month, or [ ] year (check one) from ongoing (month/day/year) through for now (month/day/year) ??

Dates of scheduled appointments: 5/23/17

Anticipated time required for each appointment: 30 min = Psychiatrist ?? 1 hour = Therapy ??

Will the employee be unable to immediately return to work after each appointment due to the need for a recovery period? [X] No [ ] Yes If yes, what period for recovery is anticipated? ______

7. Will the employee need to work part-time or on a reduced schedule because of the employee's medical condition? [X] No [ ] Yes If yes, estimate the part-time or reduced work schedule the employee needs, if any.

____ hour/s per day; ____ day/s per week from ______ (month/day/year) through ______ (month/day/year)

unable to predict @ this time as pt has significant Sx's while @ work

Is the employee medically restricted from working more than 40 hours per week? [ ] No [X] Yes
If yes, please explain: ______

8. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ☐ No ☒ Yes

If yes, is it medically necessary for the employee to be absent from work during the flare-ups?
☐ No ☒ Yes

If medically necessary, explain why: pt c/o ↑ panic difficulty-concentrating ↑ anxiety + poor stress tolerance causing inability to perform work duties

If time away from work is necessary during a flare-up, based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 12 months (e.g., 1 episode every 3 months lasting 1-2 days).

Frequency: multiple time/s per: ☒ week, ☒ month, or ☐ year (check one)

Duration: _____ hour/s or _____ day/s per episode of flare-ups which incapacitate the employee
*unpredictable as pt c/o sx's d/t stressful work environment

Part C. Additional information: Identify question number with your additional answer. ______

Recertification Question for Health Care Provider (if applicable): ______

Answer to Recertification Question by Health Care Provider: ______

[signature]
Signature of Health Care Provider

5/4/17
Date

Printed name and title of anyone who assisted in the completion of Section III other than the Health Care Provider

Signature of anyone who assisted in the completion of Section III other than the Health Care Provider

**JAMAAL L APPLEWHITE**
**Account Number: 91700-61181**

**Account Name:**
JAMAAL L APPLEWHITE

**Account Number:**
91700-61181

**Service Address:**
2302 31ST ST APT 12
MOLINE, IL 61265

**Meter Number:**
S71088975

**Service Type:**
Electric

**Metering Information:**
KWH
3 Phase
Self Contained
Secondary

| End of Billing Period | Days | Rate | Read Type | Billed kWh | Actual kW | Taxes | Franchise Fees | Amount Billed | Average Temperature |
|---|---|---|---|---|---|---|---|---|---|
| 08/04/2016 | 22 | RS | Final | 37 | 0 | $0.35 | $0.00 | $11.30 | 77 |
| 07/13/2016 | 30 | RS | Actual | 81 | 0 | $0.78 | $0.00 | $19.47 | 75 |
| 06/13/2016 | 32 | RS | Actual | 127 | 0 | $1.22 | $0.00 | $25.30 | 68 |
| 05/12/2016 | 29 | RS | Actual | 216 | 0 | $2.07 | $0.00 | $30.71 | 57 |
| 04/13/2016 | 29 | RS | Actual | 253 | 0 | $2.42 | $0.00 | $33.51 | 45 |
| 03/15/2016 | 32 | RS | Actual | 319 | 0 | $3.05 | $0.00 | $39.40 | 39 |
| 02/12/2016 | 30 | RS | Actual | 612 | 0 | $5.87 | $0.00 | $64.59 | 25 |
| 01/13/2016 | 34 | RS | Actual | 509 | 0 | $4.88 | $0.00 | $55.58 | 34 |
| 12/10/2015 | 31 | RS | Actual | 617 | 0 | $5.92 | $0.00 | $64.41 | 39 |
| 11/09/2015 | 31 | RS | Actual | 276 | 0 | $2.64 | $0.00 | $35.64 | 53 |
| 10/09/2015 | 29 | RS | Actual | 48 | 0 | $0.46 | $0.00 | $13.74 | 65 |
| 09/10/2015 | 30 | RS | Actual | 52 | 0 | $0.50 | $0.00 | $15.74 | 73 |
| 08/11/2015 | 29 | RS | Actual | 71 | 0 | $0.68 | $0.00 | $17.96 | 75 |

Showing 1 to 13 of 18 rows 13 records per page

« ‹ 1 2 › »

© 1995—2019 MidAmerican Energy Company. All Rights Reserved.

© 1995—2019 MidAmerican Energy Company. All Rights Reserved.

Membership Card

SAN DIEGO

METRO REGION CAREER CENTERS

Metro: 3910 University Ave., SD 92105 619-516-2200

South Metro: 4389 Imperial Ave., SD 92113 619-266-4200

Workforce Development Center: 330 Park Blvd., SD 92101 619-231-4289

Client Jamaal L. Applewhite

User ID # 31621779 Date 4/9/18

America's Job Center of California™

San Diego Workforce Partnership

America's Job Center of California

(1)

# EMPLOYMENT RESEARCH FORM

**TO BE COMPLETED BY CUSTOMER:**

Customer Name: Jamaal Applewhite

E-mail Address: applewhi@gmail.com Phone Number: 619-597-9008

**Instructions: Print out two job descriptions of the desired occupation upon completing an Individual Training Agreement (ITA) Program. Use the job descriptions to answer the questions below:**

**EMPLOYMENT RESEARCH INFORMATION**

Desired Occupation/Job Title: Project Manager Senior Director

Training program of interest: Business Management

| | Do you currently meet these criteria or requirements? | |
|---|---|---|
| • Required or preferred education or certifications:<br>Proficient in Microsoft Office<br>Minimum of four (4) years of relevant project management experience<br>Bachelor's Degree required (MBA desired) | YES (circled) | NO |
| • Required or preferred experience:<br>Demonstrated experience leading a project towards targeted financial goals. Ability to lead multi-functinal teams (often virtually). Contributed to innovation of new concepts and ideas, and continous process improvement | YES (circled) | NO |
| • Required or preferred skills:<br>Ability to work in a large, complex, dynamic organization where a high degree of ambiguity and change existsl Advanced written and verbal communication and presentation skills. must have a broad knowledge of industry best practices, embodied in PMI's Project Management Body of Knowledge (PMBOK) and be able to proactively identify potential project risks | YES (circled) | NO |

What needs will the training meet in regards to the occupation desired?

The Business Development certificate will help me gain valuable management and leadership skills that I would use to mentor team members, and lead multi-funtional teams. The communication classes of the program will help improve my ability to identify and execute appropriate communication methods to stakeholders and senior leadership. The Business Decision Making class of the certificate program explores the characteristics of the strategic decision making process. This is major key to defining and managing business cases, projects scopes, and deliverables that support business goals.

TEXTBOOK OUTLET
2005 S. Ankeny Blvd
Ste 100
Ankeny,IA 50023
515-965-4238

| | |
|---|---|
| 9781259705168 SALE @ 157.95 | 157.95 |
| 1 N MEDICAL INSURANCE...-W/ACC | |
| 9780323430777 SALE @ 91.95 | 91.95 |
| 1 N NEXT STEP:ADVAN.MED.COD | |
| | ------- |
| Subtotal: | 249.90 |
| Tax: | 15.00 |
| TOTAL: | 264.90 |
| CASH | 300.00 |
| Change Due | 35.10 |
| | ------- |
| 126548-2-10 | 2017-01-26 12:37:24 |

KEEP YOUR RECEIPT!!!

You have 3 business days to get a full refund with the receipt.

**You DO NOT need your receipt to SELL your books back!!!

-------------------------------------

mother_to_son_001125

SAN DIEGO
METRO REGION CAREER CENTERS

**AMERICA'S JOB CENTER OF CALIFORNIA (AJCC) RESOURCE ROOM POLICIES**

Please help us maintain a friendly and efficient environment by adhering to these rules:

- **You must sign in each time you visit the resource room.**
- The resource room is available to the public for job search related activities only.
- Put your cell phone on silent or vibrate mode, and use it in the phone bank area for business related calls only.
- Be respectful of others by keeping conversations to low voices.
- Keep reference materials (e.g., books, job orders, magazines) in the resource room.
- Leave food and drinks at home or in purse/backpack, as we want to protect our equipment and keep our facility clean and professional.
- Children will not be permitted in the resource room due to the limited space constraints.

**COMPUTERS**
- Computers are for ***job search*** purposes only – that means no games, shopping, personal business, etc. Any inappropriate computer use may result in loss of privilege to use the resource room.
- Computers cannot be used for more than one (1) hour a day if there are others waiting to use the computers.
- Computers may be used to print up to 15 pages per day; exceptions may be made on a case-by-case basis by the resource room specialist.

**FAX AND COPIER SERVICE**
- A resource room specialist will assist you with the use of the FAX and copy machines.
- The FAX log must be completed before using the FAX machine.
- Up to 10 faxes and 20 copies per day.

**JOB /COMMUNITY INFORMATION BOARD**
- The Information Board(s) in the research room are updated daily.
- Ask a resource room specialist if you want a copy of anything that appears on the board(s).

**REFERENCE MATERIALS**
- Reference materials must stay in the resource room for use by all customers (please ask a resource room specialist if you want copies.
- Copies up to 15 pages per day of reference materials may be made with some exceptions.

**CLASSES/TRAINING/CERTIFICATIONS**
- Here are some of the opportunities available to you including, but are not limited to, typing test (with certificate), job search classes, resume building and training.

**PHONE BANK**
- Phones are available for job search-related calls only.
- Job search related telephone calls may be made to local phone numbers and other select area codes. Please check with the resource room specialist for more detailed information.

*Thank you and we hope your experience with us is pleasant and successful. Please feel free to complete our confidential customer satisfaction survey available in the resource room we can continue to provide you with quality services.*

**ACKNOWLEDGEMENT AND SIGNATURE**
I acknowledge that I have read and understand these resource room policies, and that failure to adhere to these policies may result in my ineligibility to use the research room. Further, I understand that the AJCC is not responsible for articles lost or stolen from the resource room or any other areas of the AJCC.

Jamaal Applewhite
**Customer Name (Please Print)** **CalJOBS User ID#**

[signature]
**Customer Signature** **Date** **Right to Work Documents**



DMACC
DES MOINES AREA
COMMUNITY COLLEGE

# TRANSPORTATION INSTITUTE
## Grade Report
Class A Commercial Vehicle Operator Training

**Student:** Jamaal L Applewhite

**DMACC ID #:** 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

**Class Dates:** 1 /23/2017 to 3 /3 /2017

| CLASSROOM | Points | % |
|---|---|---|
| General Knowledge | 31 | 97% |
| Hours of Service | 28 | 90% |
| Federal Regulations | 25 | 100% |
| Hazardous Materials | 18 | 90% |
| Trip Plan/Map Reading | 29 | 97% |
| Final Classroom Exam | 89 | 89% |

**Classroom 30%** **Final Classroom Grade: 92%**

| BACKING | Points | % |
|---|---|---|
| Straight Line | 5 | 100% |
| Parallel Park | 7 | 70% |
| Blind Parallel | 8 | 80% |
| Alley Dock 45 | 12 | 80% |
| Blindside 45 | 13 | 87% |
| Off Set | 10 | 100% |
| 90 Degree | 8 | 80% |
| Bumper Stops | 5 | 100% |

**Concourse 10%** **Final Concourse Grade: 85%**

| ROAD | Points | % |
|---|---|---|
| First Road Exam | 214 | 95% |
| Final Road Exam | 327 | 95% |

**Road 60%** **Final Road Grade: 95%**

---

**Total Points** 829 / 888

**Final Overall Grade: 93%**



JOHN DEERE

**John Deere**
**Savings and Investment Plan**

**Retirement Savings Statement**

JAMAAL L APPLEWHITE
1614 MAIN ST UNIT D
EVANSTON, IL 60202-

Customer Service: (800) 354-3427
Fidelity Brokerage Services LLC
900 Salem Street, Smithfield, RI 02917

## Your Account Summary

Statement Period: 09/24/2017 to 09/23/2019

| | |
|---|---|
| **Beginning Balance** | **$31,737.92** |
| Withdrawals | -$33,125.00 |
| Fees | -$16.00 |
| Change In Market Value | $1,921.76 |
| **Ending Balance** | **$518.68** |
| **Additional Information** | |
| Vested Balance | $518.68 |

### Your Personal Rate of Return

| | |
|---|---|
| **This Period** | **14.0%** |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation

Statement Period: 09/24/2017 to 09/23/2019

96.87% Stock Investments: $502.42
2.00% Short-Term Investments: $10.37
1.13% Bond/Managed Income: $5.88

Your account is allocated among the asset classes specified above as of 09/23/2019. Percentages and totals may not be exact due to rounding.

The Additional Fund Information section lists the underlying allocation of your blended funds.

## Market Value of Your Account

Statement Period: 09/24/2017 to 09/23/2019

Displayed in this section is the value of your account for the statement period, in both shares/units and dollars

**CHOICE 1-TARGET DATE FUNDS**

| *Investment* | Shares/Units as of 09/23/2017 | Shares/Units as of 09/23/2019 | Price as of 09/23/2017 | Price as of 09/23/2019 | Market Value as of 09/23/2017 | **Market Value as of 09/23/2019** |
|---|---|---|---|---|---|---|
| **Blended Fund Investments*** | | | | | **$31,737.92** | **$518.68** |
| Asset Allocation | | | | | | |
| BTC LP Idx 2040 N | 41.872 | 0.599 | $10.22 | $11.63 | $428.26 | $6.97 |
| BTC LP Idx 2050 N | 3,056.718 | 43.813 | $10.24 | $11.67 | $31,309.66 | $511.71 |
| **Account Totals** | | | | | **$31,737.92** | **$518.68** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

*You have invested a portion of your account in Blended Funds. Blended Funds generally invest in a mixture of stocks, bonds and short-term investments, blending long-term growth from stocks with income from dividends and interest. Please refer to the Additional Fund Information section to see how your blended funds are allocated across the three asset classes.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

mother_to_son_001130

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 02/01/2016<br>⊞ Show Details | BTC LIFEPATH 2050 L | Change In Market Value | $0.08 | 0.000 |
| 02/01/2016<br>⊞ Show Details | BTC LIFEPATH 2040 L | LOAN MAINT. FEE | -$0.04 | -0.003 |
| 02/01/2016<br>⊞ Show Details | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| 01/29/2016<br>⊞ Show Details | BTC LIFEPATH 2050 L | Loan Repayments | $84.23 | 5.963 |
| 01/29/2016<br>⊞ Show Details | BTC LIFEPATH 2050 L | Loan Repayments | $436.08 | 30.869 |
| 01/15/2016<br>⊞ Show Details | BTC LIFEPATH 2050 L | Loan Repayments | $85.18 | 6.242 |
| 01/15/2016<br>⊞ Show Details | BTC LIFEPATH 2050 L | Loan Repayments | $435.13 | 31.886 |

Questions? Call **(800) 354-3427**

NetBenefits® provided by Fidelity INVESTMENTS

© 1996-2019 FMR LLC
All rights reserved.

Terms of Use | Privacy | Security

IA=1 PT=1 HT=1 CL=2 MX=1 DC=1 MM=1 SZ=4



Catalog Pricing Try Pro For Free

# Mac

/applewhi

Joined Jul 2, 2015

Edit

## ACHIEVEMENTS

Badges 172

Points 734

Current Streak 0

# 9 Completed Courses

### Welcome To Codecademy

Completed

### Introduction to JavaScript

Completed

### Introduction to HTML

Completed

### Learn CSS

Completed

### Learn ReactJS: Part I

Completed

### Learn SQL

Completed

### Learn Responsive Design

Completed

 9/24/2019 4:18-cv-04106-SLD-JEH Filed: 01/24/20 # 65-6 Page 23 of 26
Mac | Codecademy

**Learn Node-SQLite**

Completed

**Learn Express**

Completed

https://www.codecademy.com/profiles/applewhi
mother_to_son_001147
2/2

Catalog Pricing Try Pro For Free   

# My Account

Basic Information

Change Password

Mail Settings

**Manage Payments**

Linked Accounts

Delete Account

Purchases | History

## No Current Subscriptions

## Pro Intensive Purchases

| **Build Websites from Scratch (04/10/2018 - 07/03/2018)** | $199.00 |
| --- | --- |
| Total Paid | $199.00 |

### How You Pay

9/24/2019 Case 4:18-cv-04106-SLD-JEH # 65-6 Filed: 01/24/20 Page 25 of 26 My Account | Manage Payments | Codecademy

Purchase Date 04/07/2018

Refund Date Passed

---

**Build Web APIs from Scratch (04/10/2018 - 06/19/2018)** $199.00

Total Paid $199.00

**How You Pay**

Purchase Date 04/08/2018

Refund Date Passed

---

**Build Front-End Web Applications from Scratch (04/10/2018 - 06/19/2018)** $199.00

Total Paid $199.00

**How You Pay**

Purchase Date 04/08/2018

Refund Date Passed

---

CODECADEMY

About
For Businesses
Shop
Stories
We're Hiring

CATALOG

**BY SUBJECT**
Full Catalog
Web
Development
Programming

**BY LANGUAGE**
HTML & CSS
Python
JavaScript
Java
C++
R
C#
PHP

RESOURCES

Beta Courses
Articles
Forums
Help
Blog

https://www.codecademy.com/account/billing mother_to_son_001149 2/3

9/24/2019 My Account | Manage Payments | Codecademy
4:18-cv-04106-SLD-JEH # 65-6 Page 26 of 26

Data Science
Partnerships
Design
Game
Development

SQL
Bash/Shell
Ruby

Privacy Policy | Terms

Made with ❤ in NYC © 2019 Codecademy

https://www.codecademy.com/account/billing
mother_to_son_001150
3/3