E-FILED
Saturday, 25 January, 2020  12:38:02 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## For the
## Central District of Illinois

**JAMAAL APPLEWHITE,**

    **Plaintiff,**

    **v.**

**DEERE & COMPANY, INC., a Delaware Corporation,**

    **Defendant.**

**Case no.: 4:18-cv-04106-SLD-JEH**

---

### DECLARATION OF JAMAAL APPLEWHITE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

---

I, Jamaal Applewhite, *pro se* Plaintiff in this action, hereby declare as follows:

1. I have personal knowledge of the facts set forth below, to which I could and would competently testify under if so called.

2. From approximately March 2014 to March 2015, I took leave only after the Vice President of Supply Management, Ranjit Nair, extended me the option to take an unpaid leave of absence with benefits, in lieu of quitting. Attached hereto as **Exhibit A**, Bates no. mother_to_son_001637, is a true and correct copy of the instant message exchange between Pamela Brandt and myself, discussing my options to separate from the company while on leave on March 12, 2014.

3. During the early part of 2014, I shared with Nair that I planned to quit because I was subjected to a hostile and discriminatory work environment that manifested after I successfully fought for my right to take intermittent FMLA leave to help take care of my grandmother. Attached hereto as Exhibit B, Bates no. mother_to_son_001105, is a true and correct copy of the demand letter sent from my attorney to Defendant on

June 19, 2013, requesting that Deere reverse its decision to deny my FMLA leave request.

4.    I returned from my personal leave on March 2, 2015. Shortly afterwards, during the second quarter of 2015, I shared with my supervisor, Mark Matter, that I believed I had been retaliated and discriminated against after taking intermittent FMLA leave. Approximately seven later, on January 21, 2016, Matter shared with me that my complaint had been on his mind, finally planned to formally report my complaint, and reported it. Matter explained his delay in reporting my complaint was an error on his part. Attached hereto as **Exhibit C**, Bates no. mother_to_son_000283, is a true and correct copy of the instant message from Matter, when he admitted that he was aware that I may have been retaliated against, and delayed in his reporting.

5.    On February 16, 2016, a compliance case investigation, led by Milton Shaw, Deere's Human Resources Operations Manager, ensued. Attached hereto as **Exhibit C**, Bates no. mother_to_son_001833, is a true and correct copy of an email from Mr. Shaw where he contacted me to schedule time to hear my complaint.

6.    Heidi Ciha, during her deposition, testified that Carol Mottet shared with her that I was involved in an investigation regarding a compliance case. At the conclusion of the investigation of the compliance case, in early 2016, Deere shared that I was being removed from my leadership recruiting role for the National Society of Black Engineers (NSBE).

7.    I shared with Matter that on May 16 an "urgent personal/family matter came up last min," and tried to utilize FMLA leave, but he refused my request. In part, he denied me because I tried taking FMLA "without sufficient prior notification." On May 17, because I attempted to take FMLA the day before, Matter began requiring me to request my vacations at least 48 hours in advance, and start work by 8 AM. Prior to to then, me, and his other direct reports, began the workday when we decided. He was especially okay with me starting work at my choosing on days that I worked

late evening and/or early morning (e.g., between approximately 9 PM and 5 AM) the previous workday. Attached hereto as **Exhibit D**, Bates nos. mother_to_son_000445-447, Deere_ Applewhite_001849, Deere_ Applewhite_001855, mother_to_son_000316,mother_to_son_000312, mother_to_son_000663-664, mother_to_son_000666, mother_to_son_000152, are true and correct copies of the instant message and email exchanges between my colleagues and me that occurred between approximately 9 PM and 4 AM.

8.     Mr. Matter did not have issues, let alone share with me his issues regarding the times I arrived at work or to meetings, until after I attempted to utilize FMLA leave against Deere's demands, in May 2016, and complained to Knupp about how Matter made me uncomfortable with his questions regarding the details of my FMLA leave. [ECF No. 57-2 Page 34.] Consequently, it was not until then Matter began to discipline me for tardiness-related concerns. I arrived on time for my mid-year review.

9.     I scheduled nearly all CART meetings on Ms. Siversten's behalf because it was my responsibility as the project manger to schedule team meetings. Although, I scheduled many of the meetings, I scheduled myself as an optional attendee for the CART requirements meetings. Initially, Matter did not share with me that he expected me to attend the CART requirements meetings. This changed on February 8, 2016 at 2:09 PM, over five hours after the CART meeting scheduled for that day concluded. ECF 53-3 Page 76, is a true and correct copy of an email from Mark Matter, which was the first time he explained that even though Chris Sivertsen led CART meetings, I was expected to attend.

10.   I never received a warning, unexcused tardy or absence for attending a CART detailed requirements meeting late.

11.   Tardiness to meetings, and starting and ending meetings late were common practice within Matter's team and Deere as a whole. Matter testified that Steuer had

been late to meetings. Matter did not share with me that he took issue with my timeliness to meetings or work for fiscal year 2016 during the work performance appraisal on February 26, 2016. It was not until May 24, 2016 that he began sharing timeliness concerns. He did not ask me why I did not participate in the beginning of some CART meetings. I did not participate in the beginning of all CART meetings and sometimes did not attend them because: 1. I was unaware that Matter expected me to participate in the meetings; and 2. when watching after my mother, I sometimes did not go to sleep until approximately 4 AM the day that CART meetings were scheduled. The CART project team consisted of team members that lived in and worked from India, Europe, North Carolina, Waterloo, Moline and Dubuque. In order to fix the team dynamic and get the project on track, it was important that I worked closely with each of them. However, because the members were spread throughout the world, I almost always met with them virtually. Even when Sivertsen and I were at SWOB, we would often join the CART meetings virtually, from our own desks. Sivertsen's desk was on the second floor and my desk was on the third floor. Siverstsen also led and participated in some CART meetings from home.

12.     In regards to McNamara's estimates for the frequency and duration of my mother's flareups (or episodes), I understood a "day," for the purposes of her health condition, the medical certification, and my entitlement to mean a twenty-four (24) hour period, initiated at the onset of my mother's flareups, ending twenty-four (24) hours later. I believed Deere also understood that my mother's flareups would last approximately twenty-four (24) hours after they began. For example, if my mother experienced an episode at 2 PM, it was estimated that it would last until 2PM the following day, and not estimated to end same day at the close of typical business hours, like 5 PM, three (3) hours later. Attached hereto as **Exhibit E**, Bates nos. DEERE_APPLEWHITE_001526 and DEERE_APPLEWHITE_001178, are true and

correct copies of an email and note sent by me on February 12, 2016 in which I corrected my mistake of deducting twenty-four hours from my FMLA leave entitlement for missing one workday. Also attached as part of **Exhibit F**, Bates no. mother_to_son_00001, is a true and correct copy of the letter explaining my understanding of my entitlement and requesting the reinstatement of my employment, which was sent by an attorney that I hired, Jerome Lubelchek. I never gave Deere permission to contact McNamara.

13.     I was only able to help my mother as needed because this the FMLA protected my related absences from work. If I had not been entitled to FMLA leave, Deere would not have allowed me to telework as it did. It originally refused my request to telework at my discretion. In fact my supervisor, Mr. Matter, delayed consideration of my telework request until until July 2015, and only considered it after I pressed the issue. Deere allowed me to telework as I desired for 30 days after January 8, 2016 because it knew that I was approved for FMLA leave, and planed to utilize it during that period. Deere realized that the CART project would lose my support during a critical period. Consequently, the telework arrangement, that Deere permitted in January, incentivized me to continue working, from the home where I helped my mother. Attached hereto as **Exhibit G**, Bates nos. DEERE_APPLEWHITE_000093-106, is a true and correct copy of my 2015 mid-year review in which Matter acknowledged me as an essential person for getting and keeping the CART on track with its schedule and objectives.

14.     When notifying Matter of my plan to take FMLA leave to help take care of my mother, I did not always specifically mention that I was taking leave to help take care of my mother, but I often referred to it generally using terms like "my personal situation" and "my family situation." On February 23, 2016, when I explained to Matter that I was sometimes woke up late to 5am and 6am meetings due helping

my family, he did not inquire further to understand if it was protected under the FMLA.

15.   May 3, during a meeting organized by Ciha, I first became cognizant of the fact that Deere was requesting a mandatory medical recertification from me in order to keep my original certification and FMLA case active. During the meeting, Ciha also explained that I would have to recertify every thirty days going forward. Just hours afterwards, I emailed the recertification forms to my mother. On May 5, 2016, upon learning that Deere upheld its May 6, 2016 recertification submission deadline, I scheduled a home care provider to help take care of my mother while I was at work on May 9, 10, and 11 of 2016. I also hired her to help my mother, in my absence, on May 16, 18, and 19.  ECF 57-2 Pages 107-108, is a true and correct copy of the contract and receipts related to the help I hired to help take care of my mother when Deere would not allow me to take leave. Ciha testified that company consent was not required for me to take intermittent leave.

16.   I shared with Matter that, on May 18, 2016, I began work as early as 7:06 AM. At no time did I share with him that I elected to work from home in lieu of arriving to work between 6 AM and 8 AM.

17.   I did not share with Deere the date that I initially read the inaccurate eligibility notice that it shared, which stated that I was only eligible for eight (8) hours of FMLA leave.

18.   On May 24, 2016, I arrived on time to my 2016 fiscal year mid-year review. Additionally, Matter never shared with me that he took issue with the time that I arrived.

19.   In 2016, after complaining of FMLA retaliation, and before Deere terminated my employment, I became aware that Deere had surveillance on me. Once, heading home after work, I noticed one of Deere's security vehicles trail me from Deere's property to a private shopping center. Additionally, Matter put me on notice that he was aware, via the security gates, the times at which I used my employee badge to

enter SWOB. Attached hereto as **Exhibit H**, Bates nos.

DEERE_APPLEWHITE_000809, is a true and correct copy of an e-mail that I sent to

Ciha, Matter, and Knupp asking "[w]hat time do you have me clocked in today?"

20.     On June 2, 2016, Matter met with me during a meeting he scheduled and titled

"Discussion." During the meeting he acknowledged that I had been absent on FMLA

leave under the belief that my leave was consistent with the approved health

certification, yet he still warned me for arriving to work after 8 AM, and designated

my absence as unexcused. That same day, although I began work in the evening, I

completed a full day's work. Also as apart of that same meeting, Matter warned me

that he would be working with the Human Resources department to determine

disciplinary measures for taking an extended lunch.

21.     On June 6, 2016, Claya Knupp issued me a written warning for "excessive

absenteeism and tardiness," but refused to explain Deere's definition of "excessive."

She also refused to share the number of hours or days that I had been absent or

tardy. She cited my arrival times on May 16 and June 2 of 2016 as part of the

reason that Deere decided to issue me the warning.  I refused to sign the warning

because it was unclear and I believed it was improper — I shared that on May 16 I

was not required to be at work at a specific time, and my leave on June 2 was

protected under the FMLA, and Deere's policy that travel to and from my FMLA

situation was protected. When I complained and asked Knupp, in-person and via e-

mail, about why my FMLA-related travel was not being honored as being protected

under the FMLA, she refused to respond. ECF 53-8 Pages 6-7 is a true and correct

copy of the written warning that I refused to sign.

22.     Claya Knupp and Heidi Ciha, during their depositions for this Action, testified that

each of them, along with Dan Allen were the decision-makers for Plaintiff's

termination. They did not use the EPI process for me. Knupp testified to this.

23.     Christine Silversten shared with me that Olga McKasson was allowed to telework while working under Mark Matter as the CART project lead. Matter, during deposition for this Action, testified that McKasson, Nick Wolff, Matt Steuer, myself and even he was occasionally late to meetings.

24.     Mark Matter, during deposition for this case, testified that I was the only employee for which he declined vacation requests, provided negative feedback on should cost performance, and revoked telework privileges. I, similar to my colleagues preferred to complete project work over should cost analyses. Matter was aware of this.

25.     Mark Matter and Heidi Ciha, during depositions for this case, testified that they believed me to be a truthful person. Matter also testified that he had no policy for taking lunch break that lasted more than thirty (30) minutes.

26.     Matter, during deposition for this Action, testified that my last minute requests for FMLA time off and the frequency at which I had taken FMLA time off played a factor in Deere decision to terminate my employment. He also testified that he along with Claya Knupp and Heidi Ciha made the decision to terminate my employment because I was not compliant with the written warning.

27.     Without being asked, I shared with Matter that Steuer and others on our team arrived late to meetings regularly. Matter sometimes thought I was not at work because, per the instant message status, I appeared "offline." However, I would often set my status to offline while in the office in order to reduce distractions.

28.     During the relevant period, I was not required to work on the weekend. I was only expected to work weekdays. Consequently, the telework arrangements allowed by Matter did not make it possible for me to spend each weekend in Chicago before commuting back to Moline to work onsite during the weekdays. Before he approved me to telework I was able to spend each weekend in Chicago. I leased and lived in an apartment in Moline, Illinois from April 2015 until after my employment was terminated in June 2016. Bates nos. mother_to_son_001109 to

mother_to_son_001112 are true and correct copies on my lease agreement. Bates nos. mother_to_son_001118 to Bates nos. mother_to_son_001119 are true and correct copies of my electricity charges for living in my Moline apartment during the relevant periods.

29.     Matter provided my initial competency ratings for fiscal year 2016 between October and November of 2015. In May 2015, Matter formally praised Mr. Applewhite's work performance by documenting it in Deere's global performance management system ("GPM").

30.     Even after Deere terminated my employment, I had to continue taking care of my mother for her serious health condition.  I sought equivalent employment and pay that I held, and benefitted from, at Deere. Even though I acquired additional skills and education related to such roles I was not successful in landing a similar job with equal or better benefits. Consequently, I had to deplete my savings accounts, including my 401(k), to cover my living expenses. Attached hereto as **Exhibit I**, Bates nos. mother_to_son_001113-00115, 1130,1133-1144, and1146-1150 are true and correct copies of Ms. Applewhite's leave request, which stated that she required support for her serous health condition from August 2015 to after May 4, 2017, my 401(k) transactions, and some course work that I completed.

Executed on this __24__th day of January, 2020, in Illinois.

Jamaal Applewhite, *pro se* Plaintiff

# Exhibit

# A

## Applewhite Jamaal L

| | |
|---|---|
| **From:** | Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com> |
| **Sent:** | Wednesday, March 12, 2014 12:43 PM |
| **To:** | Brandt Pamela I; Applewhite Jamaal L |
| **Subject:** | Conversation with Brandt Pamela I |

**Applewhite Jamaal L [12:11 PM]:**
Hi Pam
I learned that I cannot take out money from my 401k if I'm going on leave. However, I could if I was separated from the company.
*In the event, that I would like to, do you know if I can separate from the company while on leave?*
**Brandt Pamela I [12:41 PM]:**
No, you need to take a leave or be separate from the Company, I will be in the office tomrorw if you need to talk
You can decide to leave the company while on leave
you would need to notify of us of your change
So if you want to take a leave then decide that would work
**Applewhite Jamaal L [12:42 PM]:**
Ok, perfect. Thank you.
**Brandt Pamela I [12:42 PM]:**
do you want to meet this week
**Applewhite Jamaal L [12:42 PM]:**
FYI...i've forwarded to Gia the signed copy of the LOA form
No thank you. All of my questions have been answered.
**Brandt Pamela I [12:43 PM]:**
what date are you starting the LOA
Ok, take care
**Applewhite Jamaal L [12:43 PM]:**
my last day is the 21st.

434
mother_to_son_001637

# Exhibit

# B

# EVANS, LOEWENSTEIN, SHIMANOVSKY & MOSCARDINI, LTD.

**ATTORNEYS AT LAW**

*OF COUNSEL*
PETER BERK
DEER & STONE, P.C.
ELZIER & MEYERSON, LLC
KERRY FORMAN
PAUL MARZANO
KATHLEEN O'KEEFE-RIVERA

130 S. JEFFERSON STREET, SUITE 350
CHICAGO, ILLINOIS 60661
FAX (312) 466-0823
TELEPHONE (312) 782-2585

*SUBURBAN LOCATIONS*
707 SKOKIE BOULEVARD, SUITE 600
NORTHBROOK, ILLINOIS 60062
- BY APPOINTMENT ONLY -

June 19, 2013

**VIA Electronic Mail:** ricemeganj@johndeere.com
Megan Rice
Disability Services
Deere and Company

> **Re:**    ***FMLA Request***
> ***Employee: Jamaal Applewhite***
> ***Our File NO. 671801***

Dear Ms. Rice,

Please be advised that Mr. Jamaal Applewhite, a Deere and Company employee, contacted our office regarding the denial of his June 17 request for Family Medical Leave Act leave to care for his grandmother, Mae Helen Henry, who suffered a fall resulting in serious injury.

Pursuant to his representations, he was denied leave based on the fact that the Family Medical Leave Act only provides the right to leave to care for a parent, child or spouse who has a serious medical condition. While this is in fact correct, the definition of parent is not just restricted to biological parents. Pursuant to 825 CFR 122(c), a parent is defined as " a biological, adoptive, step or foster father or mother, *or any other individual who stood in loco parentis to the employee when the employee was a son or daughter* as defined in paragraph (d) of this section." (Emphasis added).

According to Mr. Applewhite, his grandmother, Mae Helen Henry, acted as his parent when he was a child and as such she should be considered his parent for the purposes of the Family Medical Leave Act. Based on the foregoing, we are requesting that Deere and Company reverse its decision to deny Mr. Applewhite's FMLA request and that he be granted the requested leave immediately so that he can provide his grandmother with the assistance and care she urgently needs.

You may communicate your response directly to Mr. Applewhite.

Your understanding and prompt attention to this matter is appreciated.

Sincerely,
/s/ **Jerome Lubelchek**

Jerome Lubelchek
Attorney at Law

cc:     Jamaal Applewhite *via electronic mail*

mother_to_son_001105

# Exhibit



**Applewhite Jamaal L**

| | |
|---|---|
| **From:** | Shaw Milton B |
| **Sent:** | Tuesday, February 16, 2016 1:09 PM |
| **To:** | Applewhite Jamaal L |
| **Subject:** | Follow up |

Hello Jamaal,
I hope all is well.
I've been assigned as the investigator for a compliance case.
I would like to schedule some time to talk to you.
What is a good time to schedule an appointment?

**Milton B. Shaw**
Manager – HR OPS WWHQ
Deere & Company
Phone: 309-765-7065
Fax: 309-749-0986
ShawMiltonB@JohnDeere.com

**NOTICE**: This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank You.

mother_to_son_001833

# Exhibit

# D

## Applewhite Jamaal L

| | |
|---|---|
| **From:** | Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com> |
| **Sent:** | Wednesday, March 09, 2016 12:44 AM |
| **To:** | Kadukar Amit; Applewhite Jamaal L |
| **Subject:** | Conversation with Kadukar Amit |

Applewhite Jamaal L 12:32 AM:

Hey Amit

I'm up working on some should costing.

Kadukar Amit 12:32 AM:

Hi Jamaal

Applewhite Jamaal L 12:32 AM:

Who on the team is best at costing belts?

Kadukar Amit 12:34 AM:

to my knowledge we have not used belt model recently, so no one is aware about belt cost model, some one need to look into this and understand before should cost.

Applewhite Jamaal L 12:36 AM:

I just looked into it and it looks to be an extremely complex model.

Kadukar Amit 12:38 AM:

oh ok.

Applewhite Jamaal L 12:39 AM:

how do you access the Open Assembly Database?

Kadukar Amit 12:39 AM:

You have to install that application

Kadukar Amit 12:42 AM:

http://share.deere.com/teams/entcm/Costing%20Tools/Forms/AllItems.aspx?RootFolder=%2Fteams%2Fentcm%2FCosting%20Tools%2FMass%20Exctraction%20Tool&FolderCTID=0x01200072A596D8545BA546BA29E336AB5F349E&View=%7bD29222C7-A81C-42C6-AE5F-4A645B7DBD1D%7d

Applewhite Jamaal L 12:43 AM:

ah...

that's what "MEU" stands for !

thanks

mother_to_son_000152

## Applewhite Jamaal L

| | |
|---|---|
| **From:** | Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com> |
| **Sent:** | Monday, January 04, 2016 11:47 AM |
| **To:** | Jadhav Atul; Applewhite Jamaal L |
| **Subject:** | 1on1 |

**Applewhite Jamaal L 12:50 AM:**

hi atul

**Jadhav Atul 12:54 AM:**

hello Jamaal,

**Applewhite Jamaal L 12:56 AM:**

hey I wont be working in the morning my time because I have to got take care of a personal issue.

Would you like to meet tonight?

**Jadhav Atul 1:27 AM:**

Tou me now>?

You mean now?

**Applewhite Jamaal L 1:27 AM:**

yes

well in maybe 30 min

**Jadhav Atul 1:27 AM:**

yes we can talk

give me 5 mins

**Jadhav Atul 1:33 AM:**

Hello Jamaal

I am back

**Jadhav Atul 1:35 AM:**

?

**Applewhite Jamaal L 2:22 AM:**

hi. i'm ready in 2 mins okay?

**Jadhav Atul 2:23 AM:**

okay

**Applewhite Jamaal L 2:25 AM:**

hey. let's do a video all

mother_to_son_000312

**Applewhite Jamaal L**

| | |
|---|---|
| **From:** | Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com> |
| **Sent:** | Monday, January 04, 2016 12:49 AM |
| **To:** | Kadukar Amit; Applewhite Jamaal L |
| **Subject:** | CMCA Monthly Metric Dec-2016 |

**Applewhite Jamaal L 11:46 PM:**

hey what's up amit

**Kadukar Amit 11:46 PM:**

Hey Jamaal , how are you? How was vacations..

**Applewhite Jamaal L 11:47 PM:**

it was nice. can i give you a call?

**Kadukar Amit 11:48 PM:**

sure..

let me hook up head set

**Applewhite Jamaal L 11:48 PM:**

ok

**Kadukar Amit 11:49 PM:**

i am ready now

**11:50 PM** Connected to Kadukar Amit (kadukaramit@johndeere.com).

**Kadukar Amit 12:08 AM:**

- Validated Saving -$6.0M
  - Each Lead Engineer-$1.05M
  - Each Senior Engineer-$0.3M
  - Each Engineer-$0.2M

Admin

**12:48 AM** Call with Kadukar Amit (kadukaramit@johndeere.com) has ended. Duration: 0:57:43

244

mother_to_son_000316

## Applewhite Jamaal L

| | |
|---|---|
| **From:** | Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com> |
| **Sent:** | Wednesday, May 13, 2015 1:36 AM |
| **To:** | Choubey Ruchi; Applewhite Jamaal L |
| **Subject:** | Peer Review on A75525 - Why Aren't Holes Costed? |

**Applewhite Jamaal L [12:49 AM]:**
  Hi Ruchi
**Choubey Ruchi [12:50 AM]:**
  Hi Jamaal
**Applewhite Jamaal L [12:50 AM]:**
  Hi Ruchi, good morning.
  I was hoping to get a plan to support this SBM on her negotiations by end of day tomorrow. Did you have time to look at my email?
**Choubey Ruchi [12:51 AM]:**
  yes.. i was just looking at the part..
  shall i share my screen?
**Applewhite Jamaal L [12:52 AM]:**
  sure
**Choubey Ruchi [12:53 AM]:**
  please accept
**Applewhite Jamaal L [12:53 AM]:**
  share again please
**Choubey Ruchi [12:53 AM]:**
  if you see at both holes.. i tried to manually override them
**Applewhite Jamaal L [12:54 AM]:**
  yes, I saw that
  but the time came out to 0.
**Choubey Ruchi [12:54 AM]:**
  not sure why was any cost not added.. i think i missed to check that
  how did you add it?
**Applewhite Jamaal L [12:54 AM]:**
  I struggled too
  Once you click on operations, and require debur it will cost it.
  then you can remove debur or select "let aPriori decide"
**Choubey Ruchi [12:55 AM]:**
  can you show me? u have the control
**Applewhite Jamaal L [12:56 AM]:**
  I'm actually not sure which tool to use to make the hole so I let aPriori decide.
**Choubey Ruchi [12:56 AM]:**
  ok
**Applewhite Jamaal L [12:57 AM]:**
  I looked at the quotes in TCS, and noticed that one of the suppliers "no quoted" the part b/c "it couldn't be made w/laser"
  so I assume machining is the proper process
**Choubey Ruchi [12:57 AM]:**
  ok
**Choubey Ruchi [12:59 AM]:**
  how did you get to 10$?
**Choubey Ruchi [1:04 AM]:**
  its not a bent part..
**Applewhite Jamaal L [1:04 AM]:**

mother_to_son_000445
405

is this saying that the cost to machine the hoels is $174?

the tube starts off as a flat piece of sheetmetal

**Choubey Ruchi [1:04 AM]:**

shall i call u on lync?

**Applewhite Jamaal L [1:05 AM]:**

sure

**[1:05 AM]** Connected to Choubey Ruchi (choubeyruchi@johndeere.com).

**[1:35 AM]** Call with Choubey Ruchi (choubeyruchi@johndeere.com) has ended. Duration : 0:29:35

mother_to_son_000446

## Applewhite Jamaal L

| | |
|---|---|
| **From:** | Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com> |
| **Sent:** | Tuesday, May 12, 2015 9:27 PM |
| **To:** | Matter Mark E; Applewhite Jamaal L |
| **Subject:** | Conversation with Mark Matter |

**Applewhite Jamaal L [8:59 PM]:**
Hey Mark. I see you're online!
I'm way behind schedule, and still at the office!
I'm leaving out in few mins, but if I'm able to, I would like to have the option to get meet w/Ruchi and/or Bipul tonight (~midnight) to discuss some important topics around the tube should costs.

**Applewhite Jamaal L [9:04 PM]:**
This would likely through me off for tomorrow morning and I'd wake up late. However, the benefit is that Ruchi or Bipul may be able to update some of their analyses by time I'm back up and at it. I really don't want to miss the opportunity to help Tharlyn out with her tube negotiations.

**Mark Matter [9:13 PM]:**
Hi Jamaal, sorry I did not see this right away.
That sounds fine.
Just be sure to drive safely, and not fall asleep at the wheel.
Also, I'm not sure if you saw my email, but GPM needs to be in Step 6 this Friday ... Thursday for someone on vacation Friday. You are currently in Step 4.

**Applewhite Jamaal L [9:16 PM]:**
Yup, I saw that .
I'm about to send you an email, which we can discuss after you read it.
spoiler alert...i'm still not thinking the should cost goal is realistic or meaningful

**Mark Matter [9:18 PM]:**
Sorry, I went offline for a moment ...

**Applewhite Jamaal L [9:20 PM]:**
this is what I sent...
Yup, I saw that .
I'm about to send you an email, which we can discuss after you read it.
spoiler alert...i'm still not thinking the should cost goal is realistic or meaningful
btw, i won't go to sleep b/c I drank some 5 hour energy
I am concerned about all the bugs i'll be hitting though :(

**Mark Matter [9:21 PM]:**
I understand about your concern with the part count ... part of the reason is alignment and engagement for the India Admin ... I also want to balance the demands on all team members.
... well, sure hope the 5 hour energy helps, does not always work for me, need to supplement with sunflower seeds ... in the shell.

**Applewhite Jamaal L [9:22 PM]:**
I'm about to sign off and go.
I sent a lengthy email, which may help us continue with the convesation.

**Mark Matter [9:25 PM]:**
Drive safetly.

**Applewhite Jamaal L [9:26 PM]:**
You bring up some points that i didn't address in the email. Some interesting ones...my initial thought is that for a team to successful doesn't mean that everyone does the same thing. I believe it is fair and makes sense to use each team member differently, according to their skillsets and situation. (I'm the only team member that sits next to the SBMs, in the same timezone as the SBMs, & CART owner)
Ok. you can reply. I'll read tomorrow or we can find time tomorrow to figure this out. I
I'm leaving!

mother_to_son_000447

## Applewhite Jamaal L

| | |
|---|---|
| **From:** | Applewhite Jamaal L |
| **Sent:** | Friday, January 08, 2016 11:14 AM |
| **To:** | Matter Mark E |
| **Cc:** | Rathburn Doug; Knupp Claya A; Ciha Heidi L |
| **Subject:** | RE: Jamaal 2016 GPM |

Hi Mark,

Last night you shared with me that you reviewed the proposal below with Doug and HR. You also mentioned that they approved of it without knowledge of my based feasibility study because you didn't have a copy. In keeping with the spirit of being open and honest, I would like you to know that I shared the study with Doug. You can find it attached.

Considering that I have ~10 months of successful experience in this role, and 5 years of data I must admit that it is unrealistic to expect me to perform *all* of the goals below at a "successful" level. The attached presentation supports my feeling that my FY15 goals were unrealistic and inconsistent with prior years' goals. Although I managed to perform successfully under unrealistic conditions, it was stressful, discouraging, and reduced my level of engagement. Your new FY16 proposal is equivalent to FY15 goals *plus* an even larger expectation (FY16 = FY15 + Save $1.05M + Guideline Development). Consequently, my goals are not SMART.

Having the following four responsibilities simultaneously make my FY16 unrealistic: CART V3, $1.05M savings, should cost analyses, and CART admin. In order to make my FY16 more realistic and keep the analyses and savings goals that you wish I suggest the following changes to your proposal:
1. Keep CART V3,
2. savings goal to $250K,
    a. SC analyses to 50
    b. Add strategic sourcing strategy development
3. Drop the CMCA admin role.

Regardless of what you decide, I am thankful for you willingness to allow me to work from Chicago for the next 30 days. For that reason alone I will do my best to meet your expectations.


FY15 YE GPM -
Successful.pptx

-Jamaal

**From:** Matter Mark E
**Sent:** Friday, January 08, 2016 12:14 AM
**To:** Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Subject:** Jamaal 2016 GPM

Hello Jamaal,

I have reviewed your proposals and ideas and suggest the follow Business and People Goals for FY 2016 GPM.

Business
1. Execution of should cost analyses of ~~200~~ Purchased Parts (reduce from original – TBD)

mother_to_son_000663

2. $1.05M savings goal in support of $6M CMCA Goal
3. CMCA Admin Activities
   o 95%On Time Delivery
   o 90% First Time Right of should cost results
   o Measure/Capture Work Request Turnaround time using CART data
   o Develop specific should cost guidelines to improve should cost effectiveness for ECM, C&F and A&T Strategic Sourcing
4. CART V3 Project Management
5. CART Business Owner
6. BPT Engagement – IPP and Compliance

People
7. Team Building (Improve team engagement)
8. Execute Development Action Plan
9. Health & Wellness

Optional for exposure above and beyond goals
1. Investigate "Good Buying" Process
2. Support strategic sourcing strategy development (this project *may* be small enough to keep)
3. Lead CMCA's Analyst and Admin workflow improvement project for ESM, C&F, & SS

Best regards,
**Mark Matter**
Phone: +1.309.748.3581

---

**From:** Applewhite Jamaal L
**Sent:** Tuesday, January 05, 2016 11:06 AM
**To:** Matter Mark E
**Subject:** RE: 1 on 1 - NOTES

Hi Mark,

Below are notes from today's meeting. For what it is worth, the interaction we had during the meeting was extremely uncomfortable. My goal is simply to meet Deere's *and* my personal needs - I have proposed a plan that would work. I hope we can figure this out without any more uncomfortable exchanges.

NOTES
- Mark has a concern with the amount of time it took me to determine how "realistic" his proposed FY16 goals for me
  - This meeting took 9 week into the fiscal year to happen
  - I didn't complete it sooner for several reasons
    - Occupied with job responsibilities (i.e., CART V3, CART production, CMCA admin activities)
    - Access to historical performance data used in the presentation
    - Complexity of compiling and communicating my findings in a way that would be most effective
    - Conflicting schedules with Mark (availability due to other meetings and vacation)
  - ~2.5/30% of the weeks were consumed by holiday and Mark's and my vacation days
- Let Mark know what goals would have to drop off to keep the savings and should cost goals

If my FY16 GPM is to contain:
1. Execution of should cost analyses, and
2. $1.05M savings goals.

mother_to_son_000664

**Applewhite Jamaal L**

| | |
|---|---|
| **From:** | Matter Mark E |
| **Sent:** | Friday, January 08, 2016 12:05 AM |
| **To:** | Applewhite Jamaal L |
| **Cc:** | Rathburn Doug; Ciha Heidi L; Knupp Claya A |
| **Subject:** | Personal and Confidential |
| | |
| **Sensitivity:** | Confidential |



Subject: Transition to FMLA work Schedule

Hello Jamaal,

Thank you for taking time this evening to connect with me. I am forwarding the details of our discussion for your records. As I mentioned we are all committed to doing what we can to support you as you transition into use of FMLA.

- To support you with your FMLA:
  - You may telework for up to the next 30 days from Chicago as much as you need.
  - After you get through some transition (however no longer than 30 days) expand your current arrangement to 2 days per week telework and the remaining 3 days in the Moline office.
  - Once the FMLA allotment is used or this FMLA situation no longer requires you to be in Chicago, you will go back to the agreement of 1 day per week telework and 4 days in the Moline office.
  - You will submit weekly plans, for the next work week, to me for working and FMLA no later than the Thursday before the next work week begins.

I would like to reiterate my desire to support you as you navigate this situation, and in being successful in your role. Please do reach out to me and keep communication open if anything in your situation changes, or there is anything else you feel we should know in order to best support you. This is an arrangement that is subject to change/stop if any concerns arise, on either of our parts.  We should discuss those concerns if they occur and decide how to adjust/address. Of course, if there are circumstances that were not able to be known in advance, simply communicate with me as soon as reasonably possible once the need is known.

Thank you,
**Mark Matter**
**Manager, Cost Modeling & Cost Analysis (CMCA)**
John Deere
Agricultural & Turf Division
Phone:  +1.309.748.3581
Web Site:  http://www.JohnDeere.com

CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to Deere & Company, or one of its subsidiaries or affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail.

mother_to_son_000666

Appointment

**From**:        Matter Mark E [/o=DEERE/ou=JDCORP/cn=Recipients/cn=mx10106]
**Sent**:        8/10/2015 6:12:14 PM
**To**:          Applewhite Jamaal L [applewhitejamaall@johndeere.com]

**Subject**:     Accepted: Telework

**Start**:       8/11/2015 5:00:00 AM
**End**:         8/12/2015 5:00:00 AM
**Show Time As**: Busy

Hello Jamaal,

I am accepting this request, though I believe we could have discussed this last week when we discussed the original request, unless you learned something new today. I know the India training was on the calendar last week. I would prefer to address the entire require request for telework at one time in the future.

Regards,
Mark

CONFIDENTIAL                                                        DEERE_APPLEWHITE_001849

Appointment

| | |
|---|---|
| **From:** | Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679] |
| **Sent:** | 8/10/2015 5:12:08 PM |
| **To:** | Applewhite Jamaal L [applewhitejamaall@johndeere.com]; Matter Mark E [mattermarke@johndeere.com] |

| | |
|---|---|
| **Subject:** | Telework |
| **Attachments:** | Support Noble at the Southwest Area Community Forum.ics |

| | |
|---|---|
| **Start:** | 8/11/2015 5:00:00 AM |
| **End:** | 8/12/2015 5:00:00 AM |
| **Show Time As:** | Free |

| | |
|---|---|
| **Required Attendees:** | Matter Mark E |

I'm prepared to work from SWOB as we talked about last week. However, tomorrow Bipul and I have Region 1 CART training at 4am. For that reason I would like to be up and working no later than 3:30am to support Bipul – this would be easier for me to do from home. Attached below is my agenda for tomorrow. You will see that all of my meetings (including the 4am one) are virtual.

In addition to business' benefit of me working from home tomorrow, there are a few personal things I could get done today:

1. Complete coach bus walk-through of a bus that I'm renting. It's located in Chicago Ridge (1 hr 20min total commute).
2. Support proposal to open a brand new charter school on southwest side of Chicago. (6p-8p; see attachment)
3. Continue packing some for my move out of my downtown apartment.

FYI...instead of hitting the road for Moline at 2:30pm today I could head that way after work, 12:30pm tomorrow.

Please accept this meeting notice if I have your approval, and reject it if I do not.

Support Noble at
the Southwest Ar...

DEERE_APPLEWHITE_001855

# Exhibit



**From:** Deere Direct
**Sent:** Monday, February 15, 2016 1:35 PM
**To:** Disability Services
**Subject:** FW: Week of Feb 8th - 28.5 Hours FMLA CORRECTIONS
**Importance:** High

---

**From:** Applewhite Jamaal L
**Sent:** Friday, February 12, 2016 2:22 PM
**To:** Deere Direct
**Cc:** Matter Mark E
**Subject:** Week of Feb 8th - 28.5 Hours FMLA CORRECTIONS
**Importance:** High

Please update my FMLA status with the corrections below. (I assumed 24 hours in a workday instead of 8 hours.)

I've taken ~~28.5~~ 12.5 hours of FMLA this week.

FMLA summary:
- ~~28.5~~ 12.5 – week of February 8th
- ~~24~~ 8  hours – January 4th

Thank you!
-Jamaal

CONFIDENTIAL

DEERE_APPLEWHITE_001178

---

Message

**From:**        Applewhite Jamaal L [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=JA58679]
**Sent:**        2/12/2016 7:52:50 PM
**To:**          Matter Mark E [mattermarke@johndeere.com]
**Subject:**     RE: One on One - NOTES

---

C&F Face to Face Meeting
- C&F are now paying for CMCA expenses
- Dave, Eric, & Ryan were engaged
- There were some good questions
- Jamaal's delivery was fine
  - Presented who we are and what we do well
- Surprised that Eric had so many questions regarding the matrix I shared
  - The matrix was shared weeks prior to the meeting
  - Eric's largest concern is that I be an enabler
  - Action item: Jamaal to meet w/Amy as the point of contact. Jamaal to work with Amy to get matrix implemented into CART.
- Travel expenses
  - Mark's intent was not to say that I didn't offer the option to pick him up in the QC. He simply wanted to reduce the amount of driving required.
  - Our expense account is now 241 (instead of 187)

FMLA
- Jamaal mistakenly sent too many FMLA hours to Deere Direct
  - Instead of assuming an 8 hour work day, he assumed a 24 hour workday
  - Action item: Jamaal to send an email correcting his mistake

CART
- Jamaal being 1 hour late to a detailed requirements meetings
  - Mark deems my presence in detailed requirements meetings as critically important
  - Jamaal plans to be in most detailed requirements meetings
    - What is more important than requiring the project manager to be presence for these meetings is expecting the project manager to make sure the final list of requirements are in scope with the project's objectives
    - Also, in the event that our approved budget is less than required, it is my responsibility to facilitate requirement prioritization
  - Action item: Jamaal to hold set up a discussion around roles and responsibility during a project planning meeting with project planning team members
    - Item for discussion – if not all decisions, what does decisions does the project manager have the authority to make?

-----Original Appointment-----
**From:** Applewhite Jamaal L
**Sent:** Tuesday, October 13, 2015 8:03 AM
**To:** Applewhite Jamaal L; Matter Mark E
**Subject:** One on One
**When:** Friday, February 12, 2016 11:00 AM-12:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Jamaal to Call Mark

AGENDA

                                                    DEERE_APPLEWHITE_001526

# Exhibit



# SHIMANOVSKY & MOSCARDINI, LLP

### Attorneys at Law

David L. Shimanovsky
Frank A. Moscardini, Jr.
Mae F. Hung
────────────────
David Bloom
David M. Koppa
Sandra Quello
Druella Parker
Victoria Almiron
Jeanne Moulthrop
Jerome Lubelchek
Angela R. Manalli
Gloria Kristopek
Brian G. Elman
Sara Walsh
Marie A. Gross
Estela Gomez
Adam M. Dobrino
Shayla A. King

130 S. Jefferson Street, Suite 350

Chicago, Illinois 60661

Fax (312) 466-0823

Telephone (312) 782-2585

*OF Counsel*
Mark E. Stone
Paul Marzano
Kathleen O'Keefe-Rivera
Robin D. Shapiro

April 17, 2018

Deere & Company
***Attn: Human Resources***
One John Deere Place
Moline IL 61265-8098

> **Re:**  ***Former Employee: Jamaal Applewhite***
> ***Our File NO. 772374***

Please be advised that former Deere & Company [also referred to as "Company"] employee, Jamaal Applewhite, contacted our office.

Pursuant to Mr. Applewhite's representations, he was terminated June 16, 2016 from his position with the Company because he was allegedly 12 minutes late on June 16. Mr. Applewhite states that in May 2016 he had been granted intermittent leave under the Family Medical Leave Act to care for his ailing mother. He states that his supervisor was bothered by the fact that he exercised his rights to take such leave, and used his alleged tardiness as a pre-text to terminate his employment. Mr. Applewhite believes that similarly situated salaried employees of the Company who were similarly tardy were not discharged from their jobs and that he was terminated in retaliation for using approved leave under the Act. Moreover, he states that he was approved for leave in increments of a day, that he left the workplace at approximately 10 a.m. on June 15, and returned to work after assisting with his mother's health needs before 10 a.m. the following day—a period of less than 24 hours. Mr. Applewhite believed based on the leave granted to him that he had been approved to take leave for a full 24 hour period.

Based on the foregoing, it is Mr. Applewhite's position that his rights under the Family Medical Leave Act were violated and he intends to file a lawsuit against Deere & Company unless it agrees, within the ten days (10) days of the date this letter, reinstate his employment. Unless this office receives a response within the timeframe set forth above, Mr. Applewhite will proceed against the Company.

Your prompt attention to this matter is appreciated.

Sincerely,

/s/ **Jerome Lubelchek**

Jerome Lubelchek
Attorney at Law

cc:      Jamaal Applewhite

# Exhibit

# G



| | |
|---|---|
| **Document Name** | 2015 Performance Management Appraisal |
| **Status** | Closed - Closed - Finished |
| **Manager** | Mark E Matter |
| **Employee** | Jamaal L Applewhite |

## Competencies
## Job Specific Competencies

**Creating Trust**

| | | |
|---|---|---|
| Competency Target | : | 4 |
| Initial Manager Assessment | . | 3 |
| Year-End Manager Assessment | : | 4 |

**Executing Consistently**

| | | |
|---|---|---|
| Competency Target | . | 4 |
| Initial Manager Assessment | : | 3 |
| Year-End Manager Assessment | : | 4 |

**Driving for Sustainable Results**

| | | |
|---|---|---|
| Competency Target | : | 4 |
| Initial Manager Assessment | : | 4 |
| Year-End Manager Assessment | . | 4 |

**Analyzing Rigorously**

| | | |
|---|---|---|
| Competency Target | : | 4 |
| Initial Manager Assessment | : | 4 |
| Year-End Manager Assessment | : | 4 |

**Making Sound Decisions**

| | | |
|---|---|---|
| Competency Target | : | 4 |
| Initial Manager Assessment | . | 4 |
| Year-End Manager Assessment | · | 4 |

## User-Defined Competencies
## Previous Job Specific Competencies
## Previous User-Defined Competencies
## Comments

Employee Comments

Year-end
Although this is my first time on the CMCA team, it often felt like I was familiar with the role. Much of the success I experienced as a cost management specialist leading the T&U team helped me efficiently complete responsibilities is this role, and even provide improvement suggestions.



DEERE_APPLEWHITE_000093



-------------------------------------------------------------------
5/5/15
CREATING TRUST: I understand that my initial assessments are based off of previous manager's assements in roles 2 years ago. I do not agree with the creating trust assessment, and argue that it should be at least a 4. A thorough analysis of a survey completed by 3 groups of stakeholders shows that 85% agree that I have good business integrity, and 87% agree that I'm inclusive. Any hint of lack of trust would have been related to how often I provided status updates on projects, which was identified under "communication." As defined in Deere's competency document, key behaviors of "creating trust" have to do with acting in a manner consistent with Deere's values, being honest and open, and not managing perceptions. My lower rating on creating trust since 2013, however, ties back to the perception of a few individuals (all white and women), which created several unfounded and closed compliance investigations.

CREATING TRUST: Although my current manager may have uncertainties about some of my behaviors around creating trust, I am confident that he believes that I "express my own views openly and honestly" and that I do "not undermine others for own gain." Examples of this come up when he and I discuss the impact of the team's GPM goal of amount of should costs to complete for FY15, and when I publicly recognize team members for their contribution on should cost requests that I manage. Additionally, I have no examples of the negative indicators highlighted in Deere's definition of creating trust (i.e., is not authentic, tries to create false impression, does what is most expedient, offers the least resistance, fails to follow through on committments, limited knwledge of Deere values, actions show bias toward own self-interest, etc.)

Manager Comments

Year End:
Creating Trust: I do believe you make an effort to create trust; act in a manner consistent with Deere values and expresses own views honestly and openly.

Executing Consistently: You stepping into the CART project mid-year, with many tasks being behind schedule, and working with the team to get on schedule is a good example. I encourage you to be sure to identify distractions and work through these distractions to achieve results.

Driving for Sustainable Results: You have a strong drive for sustainable results, and I look for you to continue to grow in keeping your teams focused on meeting our goals. This is certainly a challenge in a matrix organization.

Analyzing Rigorously: You seem to enjoy analyzing situations, and I encourage you to continue to develop this competency as you are engaged more in data analytics discussions in 2016. The challenge is to always understand the relavent information in the mass of data available.

Making Sound Decisions: Your strong interest in project management is highlighted by your interest in making sound decisions. I encourage you to continue to involve others as appropriate, and be sure to have contingency plans to ensure success.

Initial Assessment Comments:
Jamaal, since your plan was created in March 2015, and no plan exists for 2014, I have used your 2013 GPM appraisal as a basis to determine your initial competency assessment.

Manager 2 Comments



DEERE_APPLEWHITE_000094



## Business
## Goal / Responsibility

Goal / Responsibility

CART V1  Deployment Support
# Develop new tracking documentation as required.
# Provide timely support to CART users
# Address any new issues to IT Development support team, and track until resolution.
# Perform monthly CART audits to insure correct assignment of Owner/Analyst and to verify no errors are present to support correct monthly metric report (first three months starting August 2015).

Employee Comments

Year-end:
I'm arguably an expert at CART now. Throughout the year, I made sure each issue brought to my attention was resolved by one of the various administrators, IT, or myself. Addressing CART issues was a bit overwhelming because users across the entire enterprise often contacted me, the business owner, instead of their areas point of contact. Nevertheless, all users' issues were addressed by implementing a fix or identifying it as a potential feature add for CART V3.

With the help of our summer intern we had a report that helped identify work requests that needed attention from the administrators. Although the reports created by our intern weren't officially rolled out, I was able to modify (e.g., add cost type, program name, etc.) and make use of them to get owners and analysts assigned as needed. CART V1 required that I reach out to IT owner and analyst updates. However, with the successful implementation of CART V2, I notify admins of needed owner and analysts updates, which they can do without the help of IT. The limitation to mass update owners and analysts impacted how fast we could make the updates, but this has been identified as a requirement for CART V3/FY16.

---------------------------------------------------------------------- -
Created several documents for tracking CART related items - improvements, issues, and BO requests. Worked with SharePoint support ot move such documents from attached Excel files to SharePoint lists. So far I've been unsuccessful as feture looks to have been taken away with the recent changes to how are SharePoint site is set up.

Manager Comments

Year End:
I do agree you are considered an expert, and certainly one of the most knowledgeable people regarding CART. You have been doing well to insure users are able to continue to use the application by quickly responding to issues and questions. You have also done well to connect with the key individuals associated with CART, both CART Admin and IT. At mid year I requested you develop #health# tracking and application gap identification reports, including a monthly audit. The intent was to insure there were noissues or gaps in the function of CART. Joe did create the missing owner/analyst report, though I was looking for other concerns in the system such as requests not being acted on for extended timeframes. It seems there was some confusion around the deliverables. Since you own your goals, I encourage you to be sure to talk through any uncertainty in your goals with me at the earliest.



DEERE_APPLEWHITE_000095



Mid-Year:
You have done well to come up to speed on the CART application, and have been providing support to the user community as well as identifying and working to resolve IT application issues. In the second half of the year I would like you to identify some key CART #health# tracking reports to build within Business Objects, along with auditing the system for gaps; such as correct owner and analyst assignment and missing owner / analyst assignments. Also, please be sure to update the target date for the monthly audits.

Plan Review Comment:
Jamaal, what we are looking for with this goal is as you mention, tracking improvemets, issues, and errors. An example is when parts are loaded, but no owner, analysit or owner and analyst is assigned. This would include general user support in access and use. Will require update on the target date.

Manager 2 Comments

**Goal / Responsibility**

Goal / Responsibility

CART V2 Development and Deployment
# Provide overall Business Leadership for Development, Testing, Training, and Deployment. Insure all action items are on track, and provide support to get them back on track if they are behind schedule.
# Work with JDSN to create the Requirements Document (Target completion time - end of quarter 1)
- Identify scope of CART Version 2 by conducting and leading meetings with CART Admin Group
# Testing (Target completion time - end of quarter 2) - Erik Schmidt is the lead.
- Develop version 2 test plan and testing teams
# Training and deployment (Target completion time - end of quarter 3) # Ted Ruske is the lead
- Develop training material and support manual updates
- Develop training schedule and conduct training
# PDP/SAP Data Integration for A&T CAT replacement (Dec 2014) # Dave Johnson is the lead
- Work with SAP Team in support of the Project for adding PDP (SAP and PDM) variables to Data Warehouse, work as Co-Owner of Requirements Document. In support of CART Version 2. This is specific to elimination of the A&T CAT files
# Create CAT / Scorecard reports for all Divisions, and all A&T units utilizing BO.

Employee Comments

Year-end
CART V2 was successfully implemented in on August 6th. This was just one week later than we planned, and was due to an unknown IT blackout date. Fortunately, the delay didn't cause any issues with stakeholders and we have the blackout as a lesson learneditem that will be avoided with CART V3.

After the first few months of getting familiar with the project team members, the CART tool itself, and past experiences with CART project management I began getting really comfortable leading the team. Consequently, meetings became more structured and productive. I found success in



JOHN DEERE
PERSONAL AND
CONFIDENTIAL

DEERE_APPLEWHITE_000096



keeping up with action items and holding team members responsible for their parts. Although I was actively involved with each part of the project, having admins owning responsibility for the different parts (e.g., testing, training, etc.) allowed me to put more focus on managing the project. I look forward to doing the same thing with CART V3.

I worked with Dave and Joe to create a BO version of the CAT tool. Joe, our intern, was a huge help as he got much of it completed when Dave was unavailable. Although, I didn't lead this activity, I participated in meetings with IT, Joe, and Dave to helpimprove our behind time. The result was a BO CAT file/report that contained all the information needed for a PDP CMS to manage costs even better than the traditional CAT file. With my creative suggestion to utilize the comment/category fields we were even able to capture gap closure comments, which was a feature we lost with the reduced budget.

I completed a few CAT versus CART times studies. From the studies we learned that it took a program owner at most the same time to update CART as it did it update CAT, and in many cases CART was more efficient. Additionally, using CART in place of CAT allows the enterprise to have more cost information available for data analytics. Unfortunately, the value that the time study brought to the marketing plan was overshadowed by the burden related to lengthy CART workflow process required by the analysts. Fortunately, we are already planning to address these issues with CART V3 by allowing users to upload multiple should cost forms at once, bypass workflow process when requestor and analyst is the same person, and updates to the program info screen.

------------------------------------------------------------------------ ----------------------------------------
Lessons learned meetings, testing activities, and data integration for CAT tool was behind schedule by about 3 months when I joined the team in March. However, since I've been in the role I have been working with the team members to get re-alignment and caught up. My manager acknowledges that I came into a project that had several items past due.

I got several of the team members started on their activities, but have struggled with some to get the attention required. SAP/data integration meeitngs for example have been pushed out several times, and much of testing is being held up until development is near complete.

Manager Comments

Year End:
I agree CART V2 was successfully deployed and deployed later than our target, though the delay was due to IT planning deployment around a blackout date. IT should have known this date at the start of the year and worked with us to set a valid deployment date. When you joined the team, this project was generally behind schedule, so your challenge was to manage the overall project while working with the sub-team leads to get them on track with hitting the project due dates. You were able to get the sub-teams and overall project back on track and could have deployed on time if IT would not have had the blackout time. Very good effort. Sometime after mid-year a suggestion was offered to conduct a time study as a way to better market the value of CART, this time study was relative to maintaining the A&T CAT files. We discussed this being a valuable idea, though it was not added to your GPM, and you worked to complete the study, along with the marketing plan. You did encounter many challenges in completing thetime study though results were not shared with the CM organization. I understand you did not do so as Doug Rathburn was not going to make use of CART mandatory, though I still saw value in trying to encourage those units who could benefit from efficiencyimprovements in CAT management to have CART marketed to them. Since we did discuss completion of the time study, and the marketing plan was





requested at mid-year, I encourage you to talk through items you feel are no longer require to insure we have agreement. Be sure to establish a team goal with a breakdown of responsibilities early in 2016 for V3, and include appropriate communications relative to the changes being deployed.

Mid-Year:
Jamaal, the requirements document was submitted to the developers shortly after you joined the team, and you were deeply involved in finalizing this document. All other sub-teams were behind schedule when you joined, and you quickly met with each sub-team lead to insure they began making progress to insure we hit our target of July 2015 training and deployment. These sub-teams continue to run slightly behind; CART quote form report updates, testing plan, training development, and Scorecard/CAT report development. You have been actively engaged with the leads to assist them in getting back on schedule, and a continued focus to keep them on track will be important. Another item I am looking for you to work on the second half of the year is creating a soundmarketing plan to insure buy-in from CART owners, analysts, and their leadership. I am excited to see our Scorecard/CAT files be replaced by more automated business objects reports. We have the opportunity to provide some distinctive value with CART thisyear.

Plan Review Comment:
The target dates on many items will need to be updated.

Manager 2 Comments

**Goal / Responsibility**

Goal / Responsibility

Should Cost Analysis
# Maintain 95% on time delivery (WR Leads) and 95% On time response (All Admin)
# Ensure check sheet for 30% (min) of sheet metal and 100% of non-sheet metal Purchased parts
# Utilize the monthly CMCA alignment meetings to drive the gap closure activities across divisions / units / supply councils. My aligned teams:
o ESM team – schedule quarterly
o A&T Supply Council # schedule bi-monthly
o C&F # schedule bi-monthly (currently on hold)
# To insure all SCAs (Should Cost Analyses) completed by CMCA for the units / supply councils of which I am the point of contact deliver value to the organization, I will complete the following actions
o Work with each Requester/Owner to analyze any identified gap between should cost and quote/estimate
o Share the list of analyses CMCA completed each month with Requester and Owner through email by every circle Sunday
o Discuss appropriate feedback with Requester/Owner in the alignment meetings or through email communication
o Publish a monthly status report with the unit/supply council alignment teams
# Ensure timely communication to admin/requestor for any bottleneck on WO delivery
# Capture and follow up with each unit to mitigate should cost gap monthly
# Maintain and Update RA/Lead sheet
# Timely Process Work Requests in CART.



DEERE_APPLEWHITE_000098



| Complete 150 should cost requests |
| --- |

**Employee Comments**

Year-end:
For political issues and a desire to improve team engagement I committed to the negotiated 150 completed should cost requests goal and not only met it. I exceed it! Additionally, I maintained the on time response and delivery goals, completed all time evaluations, and updated the resource allocation as required.

Similar to how they have been in the past, ESM and A&T Supply Councils didn't submit many work requests this year. However, I worked with users from both groups (Tharlyn and Roger) on a project that is expected to realize a $100k+ cost reduction in FY16.In terms of the number work request submitted by my groups, C&F was the most active group by far. Consequently, I began to develop a process to make sure we were executing work requests in the manner that provided the most valuable information to the requestor/company. This required more time than required by the CMCA point of contact role, however, it put me in a good position for developing an improved work request process that I will be develop in FY16.

Some the improvements I gathered by being more aligned with my groups resulted in changes to:
1. how we use the copper material rates in the wire harness model, 2. what we do with out of scope parts in an assembly, and 3. CART V3 requirements around workflow and work request submission.
------------------------------------------------------------------------------- --------------------------------------
My manager has been open about how pleased he is with how quickly I caught up to speed and added value. I've been working in the role for only two months but have increased the probablity that our team is working on higher impact requests first. I have yet to complete a should cost on my own, however, I supported several analysis by doing all admin type of work in a timely manner (within 2 days of request to me):
*gathering necessary information required to complete the should cost
*summarizng should cost
*meeting with requestors and owners to get valuable feedback.
*completed input reviews

**Manager Comments**

Year End:
Your goal was 150 component part should costs and you completed 170, thank you for not only meeting but exceeding your goal. Thank you for hitting your on time response (99%) and on time delivery (99%) goals as these were put in place as one way to strive to meet our customers needs. We talked about manually tracking these metrics in CART V1 so our team goal status could be published monthly, but with CART V2 we can allow CART to track for us and capture our performance within our BO report. I agree the workload from your aligned teams was low, but am hopeful your efforts in 2015 will result in realized cost reduction in 2016. I am certainly looking forward to process / efficiency improvements in 2016.

Mid-Year:
CMCA Admin is one of your main roles. I appreciate you engaging quickly with our requestors, especially your aligned teams, to insure CMCA is delivering value. In the second half of the year I look for you to insure we assitst our customers achieve validated savings through CMCA support. You also need to include an execution number in your goal, we talked about 200, so you share



DEERE_APPLEWHITE_000099



your portion of the team goal and gain the knowledge of the specifics of our model execution process.

Plan Review Comment:
This goal represents the execution portion of our should cost responsibilities. We will need to add the should cost models executed count. I will look for status against goal for these items.

Manager 2 Comments

**Goal / Responsibility**

Goal / Responsibility

Manage BPT (Cyient) Engagement
# Insure adherence to IPP through compliance audits. Develop and document process by Dec 1st, 2014
# Address any IPP/EEC related queries
# Provide support of BPT use of CART and PDMLink
# Support transition to direct customer delivery

Employee Comments

Year-end
I've cleaned up the ProjectLink project folder by removing 46 work request folders (or 4,013 objects) so that only folders/parts created in the last two months (September and October) were available

Additionally, I worked with Atul and others to get the additional Cyient employee up to speed quickly. Within a few days for the request for access he was able to view parts via ProjectLink. Throughout the year Cyient has experienced issues getting completed analyses to customers via CARtT. In urgent situations, I've uploaded the results for them and stepped work requests forward to the customer. In situations that weren't so urgent, I worked with IT to determine the root cause of the issue and fix it. One of the popular issues that impacted BPT's ability to complete work was due to the "bulk cost" indicator being selected. This issue was mistake proofed in CART V2 by hiding the bulk costing option.

------------------------------------------------------------------------------------ ------------------------------------------------
I have yet to actively work towards this goal. However, I have supported any requests regardign BPT that have come my way. For example, I have support technical issues like Cyient not being able to attach files.

Manager Comments

Year End:
Your continued support of Cyient relative to ProjectLink access and CART is appreciated. Cleaning up ProjectLink, though it does not appear to be called out in our IPP document, is important and thank you for insuring this was done before year end. Called out in the goal, and discussed at mid-year, was to conduct compliance audits, and update the audit process. I realize you had a heavy load, and I encourage you if you need to modify or remove items from the goal to discuss and arrive at agreement with me before doing so. The compliance audits are to insure we send only those parts agree upon to Cyient. In your 2016 update of the IPP policy you will



DEERE_APPLEWHITE_000100



need to include compliance audits and ProjectLlnk data purge, and will be required to complete this task in quarter 1 of 2016.

Mid-Year:
Addressing application issues for Cyient is certainly one of your resopnsibilites, thank you for acting on these quickly. Another is insuring we protect John Deere#s Intellectual Property. I look for you to begin the compliance audits, to include updating the date in the goal, as well as supporting the addition of a new Cyient resource from a compliance perspective.

Plan Review Comment:
The target dates for audits will need to be updated. Will need you to assist as Cyient brings on more employees.

Manager 2 Comments

**Goal / Responsibility**

Goal / Responsibility

CART Report Development
# Improve should cost Time Estimation process
# Develop method to:
- Measure commercial gap by Buyer (can only do if we have a scheduling agreement) # need to build BO report
- Measure commercial gap by Supplier (can only do if we have a scheduling agreement) – need to build BO report
- Measure commercial and design/spec gap by PDP program (vs. Target cost)?
# Brining more data points form Quote form reports to generate BO reports (SG&P, etc.)
- Work with Supply Council to see if we can bring more data that will be valuable for high level analysis
# Cost Engineering:
- Develop methology to capture, track and follow up on cost gap projects by supplier and/or part family
# Cost Reports:
- Unit / Platform / Supervisor / SC / Supplier / MGC Reports
- Cyient Reports
- CMCA Reports
- Modify MGC Report
- CA Actual Tool Report
- Preferred Tool vs CA Actual Tool Report
- Comments Reports
a. Model / Library Report
b. Analyst
c. General, etc.

Employee Comments

Year-end
Between the Supplier and CAT BO reports we are able to determine cost gaps for all the parts that we should costed, which have a scheduling agreement in MIS. Unfortunately, later in the



DEERE_APPLEWHITE_000101



year we learned that the initial/latest quote information that we were capturing in CART wasn't necessarily the value we needed. A design gap report is still a struggle because having target cost info is not available in CART or CMS. Calculating target cost is the bigger issue, which is led by a different team. Once target cost is calculated and stored in a common location, this report can be created.

With the implementation of CART V2 on August 6th, we now pull from the uploaded should cost form more data points that can be access via CART and Business Objects. I worked with my IT colleagues (Cheryl and Chris) to make this possible. The MGC Audit Report compares the MGC assigned in MIS to MGC updated in CART. It's a helpful report created by Joe, which we can use to share with engineering. The CMCA/Cyient reports were mostly handled by Amit, however, when he ran into issues I helped expedite resolutions by meeting with IT support located in SWOB. The Preferred Versus Actual Tool report is up and functioning - Joe also created this. We are now able to compare MGCs that previously didn't have a preferred tool assigned with the tools used by the analystto determine if we should indeed assign a preferred tool  This is a report that would be helpful to Matt Steuer so I have shared it with him.

_____ _____
I've created 3 BO reports, and have met all CM-related stakeholders (supply council specialists, unit global product line specialists, and seveal CM managers). During these meetings I've worked to understand what information was useful to them, and received report creation requests that I will get to soon.

Manager Comments

Year End:
The Master CAT Scorecard report was a big success, thank you for supporting Dave Johnson and Joe Erdman in getting this report completed and published in the Public Folders. I realize it took some push from both you and me. With the expected V3 changes to CART, I am hopeful this report will become standard for A&T PDP Programs. Working with IT to insure the new CART variables with V2 were available in BO was important, so we could have access to these new and valuable data points. With the support of oursummer Intern, Joe Erdman, we now have the following reports: Supplier, PDP Manpower, MGC Audit, CART Audit, and CA Pref Actual Tool. Currently these tools are with individuals and not in the public domain. In 2016 I look to see you move these to the public domain where they can become available to our organization. Before making these publicly available, it will be important to run some tests on the reports to insure they provide valuable data. Based on the output of these reports, I will look for your guidance to communicate appropriate value to Strategic Sourcing (Supplier), GPL CM Managers (PDP Manpower), Strategic Sourcing (MGC Audit), and the Cost Model Core Team (CA Pref Actual Tool).

Mid-Year:
Please be sure to develop a list of requested reports so we can finalize those we will focus on delivering in 2015. I would like to heavily leverage Joe Erdman, our team#s summer intern, in building these reports. I truly believe the true value of CART will be showcased through the valuable reports we should be able to provide to assist the business in making key decisions and identification of potential cost reduction.

Plan Review Comment:
Let's you and me finallze on the reports you will focus on and update the goal with dates.



DEERE_APPLEWHITE_000102



Manager 2 Comments

## People

## Goal

Dimension                                        : Developing Others

Outcome                                          : Developmental Environment

Goal

> # Schedule meeting with Manager to discuss DAP (two times per year)
> # Complete mandatory trainings (need to add list of trainings here)
> # Utilize GPM system to conduct online feedback by end of Aug 2015 and create action plan by end of Oct-2015
> # Utilize the CMCA SharePoint to recognize great work by my team. I will identify at least 2 actions worthy of recognizing by 31 October 2014.

Employee Comments

> Year-end
> All mandatory trainings, my RoCK and DAP have been completed/updated. The RoCK document can now be found on the RoCK SharePoint site.
> ---------------------------------------------------------------------- --
> I've updated the RoCK once, but also add things to it as needed. Need to update talent profile and DAP.
>
> I've created on SharePoint badge to acknowledge the work of Hrishikesh, and have also thanked some people openly in meetings (e.g , those involved to help with huge and last minute wire harness request).

Manager Comments

> Year End:
> Thank you for completing the mandatory trainings on time, and updating the RoCK document and your DAP. You did not send out a feedback survey in 2016. I realize you had a heavy load, and I encourage you if you need to modify or remove items from the goalto discuss and arrive at agreement with me before doing so. Early in 2016 I would like to see you send out a feedback survey, or work with me to have me send out a feedback survey on your behalf  The intent is to allow you to receive feedback to review for potential development opportunities. Thank you for utilizing the Badges option in Talent Central to recognize your team members, I see you recognized multiple team members for great work they have completed.
>
> Mid-Year:
> Thank you for working to keep your RoCK document current. Please be sure to update the document on the RoCK SharePoint site, this is the official document. As you indicate, CMCA will be using Badges rather than our SharePoint site for recognition, and I appreciate you already recognizing great work from your teammate. I look forward to you conducting online feedback, reviewing the results, and establishing action plans in the second half of the year.



DEERE_APPLEWHITE_000103



Manager 2 Comments

_____

**Goal**

Dimension                          : Teamwork and Collaboration

Outcome                            : Other

Goal

> To foster a more highly aligned global CMCA Team I will identify, develop, and deliver (2) virtual team building exercises by 01 October 2015 (one in first part of the year, second later in a year). I will obtain team feedback about effectiveness of the activity and review lessons learned at the team meeting. If appropriate I will establish action plans to address identified gaps.

Employee Comments

> Ruchi and I managed to get both teambuilding events (Wordle and Taboo) completed before the end of the year. Both were a success, and for the Wordle event we even followed up with a team survey to better understand the engagement needs of the team. Additionally, during my visit in India I spent some outside of work time with a few of the CMCA team. We learned much more about each other, which has improved our relationships.
>
> ------------------------------------------------------------------------- --------------
> I started this position in March, but the first team building activity hadn't been started. I kicked off the first activity recently, and plan to complete a Wordle with Ruchi on May 26th.

Manager Comments

> Year End:
> I agree, the team building events were successful. I do believe our teams relationships have improved because of the 2 events you and Ruchi itendified, planned, and conducted. With Amit Baviskar taking over for Ruchi in this goal, we are all looking forward to what you both will have for us 2016.
>
> Mid-Year:
> Thank you for working on this shortly after joining the team. I am looking forward to understanding the reults fom the first team building activity you and Ruchi have already underway. Having a highly aligned team will assist CMCA in delivering value to our customers.
>
> Plan Review Comment:
> Let insure 2 activities is still beneficial and feasible.

Manager 2 Comments

_____

# Summaries / Ratings

## Mid-Year Summary

Employee Comments

> I have been with the team for 2.5 months now, and working ~80% of the time due to vacation days that I must use up. Though I haven't been with the CMCA team long, I see that I am already



DEERE_APPLEWHITE_000104



serving as a valuable asset to the team. I look forward to working with everyone to improve our impact to the organization.

Manager Comments

Please add the the project from Doug Rathburn, which was just recently added to your goals, net versus rep savings tracking

Jamaal, I was glad to have you join the team this year. You bring a strong background of experience that can help you to be very successful in this position. You have been coming up to speed very quickly. I am excited to see you leverage your engineering, cost management, and metrics & reporting knowledge to help CMCA continue to increase the value we bring to the organization. I appreciate your passion to find cost reduction, and combining that passion with execution will allow you to understand how we can insure the should cost part of our job can bring great value. I am looking forward to a very successful year.

Manager 2 Comments

## Year-End Summary

Employee Comments

I joined the team mid-year with seven months (including required vacation time) to get a number of the positions responsibilities up to speed and successfully completed. Fortunately, my prior experience leading teams and implementing T&U's should cost request system when I was a cost management specialist (three roles/3+ years back) allowed me to "hit the ground running" in this position.

I proved to be an asset to the team by addressing CART V1 questions and concerns, leading the CART V2 project, and executing various CMCA administrator activities. Being a leader in these three areas simultaneously required a great deal of stretch, but Imanaged to get it all done. I even identified and investigated areas for improvement that setup some of the FY16 projects. Additionally, I led Doug's special project, Good Buying, around managing costs well. The project started off as a "pet project" that was brought to me mid-year, but it soon transitioned into an official/real project with the expectation to create a tool to measure our cost performance to independent, industry data. Although, the project didn't make it to my GPM, I made progress on itwhen I wasn't working on my official FY15 responsibilities. Today the Good Buying tool is not complete, but it is functional enough to give demonstrations. I will further improve the tool in the early part of FY16.

I appreciate Mark for allowing me to determine how I got the work completed as this made it easier to meet and exceed my FY15 business and personal goals

Manager Comments

Jamaal, I was glad to have you join my team in March, and have enjoyed working with you. I agree you came into this position hitting the ground running. Your previous experience as a cost management specialist was very beneficial in your quick transition, from the cost analysis as well as CART perspective. I appreciate that you quickly came up to speed on the responsibilities for CART, and were able to lead deployment of Version 2. I am looking forward to you leveraging your efficiency and cost reductionideas in FY 2016 to insure success. We have a very exciting





and challenging year ahead of us. Thank you Jamaal!

Manager 2 Comments

## Summaries/Ratings

Business Rating                    · Successful Performance
People Rating                      · Successful Performance

## Manager Acknowledgement

## Ratings Review

Select One                         : Yes

## Development Action Plan Review

Select One                         : Yes

## Employee Signature/Date

Final Employee Comments

I should have been rated highly successful this year because I exceeded all of my most essential goals and only failed to execute a portion of one people goal (which was to send out a feedback survey). My top three FY15 goals were CART V2 deployment, CART production management, timed CMCA admin activities, and leading teambuilding events. CART V2 deployment was behind schedule when I joined the team, but I deployed it on time. In terms of CART production, I became an expert in a short time period, which allowed Mark to finally pass business ownership 100% to this role. My top 3 CMCA admin goals were to execute 150 should cost requests, respond to requestors within 2 days 95% of the time, and to complete work requests on time 95% of time. I exceeded each goal - executed 170 should cost requests, responded to requestors 100% of the time, and executed requests on time 99% of the time. Two team building events were supposed to be led by this role (one of which several months behind schedule before I joined the team). I led the 2 team building events, which experienced great success and participation

I deserved a highly successful rating because I successfully met all of my goals, and exceeded my most important ones. I would have had an even better performance had I not been forced to personally execute 150 should cost requests, and was granted more freedom on *how* I supported C&F, A&T SS, and ESM work requests and their plans to reduce costs.

Please sign and date here

Jamaal Applewhite

## Manager Signature/Date

Please sign and date here

Mark Matter 07 Dec 2015

## Manager 2 Signature/Date



DEERE_APPLEWHITE_000106

# Exhibit



Message

| | |
|---|---|
| **From:** | Knupp Claya A [/O=DEERE/OU=JDCORP/CN=RECIPIENTS/CN=CD22121] |
| **Sent:** | 6/15/2016 5:26:15 PM |
| **To:** | Applewhite Jamaal L [applewhitejamaall@johndeere.com] |
| **CC:** | Matter Mark E [mattermarke@johndeere.com]; Ciha Heidi L [cihaheidil@johndeere.com] |
| **Subject:** | RE: FMLA Submission June 14th |

Hi Jamaal-

Can you please join me in Conf Room 90Conf SWOB 1S-2 to talk?  Thank you, Claya

---

**From:** Applewhite Jamaal L
**Sent:** Wednesday, June 15, 2016 11:11 AM
**To:** Ciha Heidi L; Matter Mark E
**Cc:** Knupp Claya A
**Subject:** RE: FMLA Submission June 14th

Ladies,

What time do you have me clocked in today? I would like to accurately report this to Disability Services.

-Jamaal

---

**From:** Disability Services
**Sent:** Wednesday, June 15, 2016 9:49 AM
**To:** Ciha Heidi L <CihaHeidiL@JohnDeere.com>; Disability Services <DisabilityServices@johndeere.com>; Applewhite Jamaal L <ApplewhiteJamaalL@JohnDeere.com>
**Cc:** Matter Mark E <MatterMarkE@JohnDeere.com>; Knupp Claya A <KnuppClayaA@JohnDeere.com>
**Subject:** RE: FMLA Submission June 14th

Heidi,

Thank you for the clarification on that matter.

As for the FMLA Certification-Jamaal is approved for 2x per week lasting 1 day in duration. This is not split into 16 hours to be used at any time throughout the week. The 2 time could be 15 minutes or lasting the entire day.

Let me know if you need any further clarification.

Amber Davis
**Benefit Administration, Disability Services**
Phone:  309.748.0660
Fax: 309.749.2556

**Confidentiality Notice**: This message (including attachments) is covered by the Electronic Communication Privacy Act of 1986 (18 U.S.C. sections 2510-21) and may contain information protected by the federal regulations under the Health Insurance Portability and Accountability Act of 1996 (45 C. F. R. Parts 160-64) or other confidential information. If you are not the intended recipient, any retention, dissemination, or copying of this message is strictly prohibited; please call the sender to tell them that you have received the message in error, then delete it. Thank you.

JOHN DEERE
CONFIDENTIAL

# Exhibit

Employee Name: _Zinda Applewhite_ Page 2 of 4

## ** Employee is not permitted to complete or fill in the answer to any question in Section III of this form.***

### Section III: For Completion by the Health Care Provider

**Instructions to the Healthcare Provider:** Your patient has requested leave under the FMLA. Answer, fully and completely, all questions. Where any question is not applicable, please indicate "N/A" so we know the question was not overlooked. Your responses as to the frequency or duration of condition, treatment, etc., should be your best estimate based upon the medical history and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your response to the condition for which the patient needs leave. Page 3 provides space for additional information, if needed. Please be sure to sign the form on the last page.

Health Care Provider's name: _Christine Johnson, APN_

Business address: _8311 W. Roosevelt Rd._

_Forest Park, IL 60130_

Type of practice / Medical specialty: _Mental Health_

Illinois Professional License Number: _209008950_

Telephone: (708) _771-7000 x4192_   Fax: (708) _488-4993_

### Part A: Medical Facts

1. a) Approximate date condition commenced: _8/2015_

b) Probable duration of condition: _intermittent; Unable to predict; ongoing condition_

**Mark below as applicable:**

c) Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
☒ No   ☐ Yes   If yes, date/s of admission: _____

d) Date/s you treated the patient for this condition in the last 12 months: _3/22/17_ + _4/24/17_ + _5/4/17_

e) Is this a chronic condition? ☐ No   ☒ Yes
If yes, will the patient need to have treatment visits at least twice per year due to the condition?
☐ No   ☒ Yes

f) Was the patient incapacitated by this condition for _more than three, full consecutive calendar days?_
☐ No   ☒ Yes
If yes, what were the dates of incapacitation? _4/8/17 - present_
If yes, was medication, other than over-the-counter medication, prescribed? ☐ No   ☒ Yes
If no medication was prescribed, did you/will you treat the patient twice within 30 days of first date of incapacity? ☐ No   ☐ Yes

g) Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
☐ No   ☒ Yes   If yes, state the nature of such treatments and expected duration of treatment:
_individual therapy sessions (counseling)_

mother_to_son_001113

Employee Name: Zinda Applewhite    Page 3 of 4

2. Is the medical condition pregnancy? ☒ No    ☐ Yes   If yes, expected delivery date: _____

3. Use the information provided by the employer in Section 1 to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.    *unless in flare-up

   a) Is the employee unable to perform any of his/her job functions due to the condition?  ☒ No   ☐ Yes
      If yes, identify which job functions the employee is unable to perform.
      Unable to perform work duties when condition flare-up.
      ↑ panic, anxiety

4. Describe relevant medical facts related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment).
   Depressed mood, feeling anxious + nervous, difficulty with
   concentration, poor tolerance to stress

   a. If the health care provider signing this document is a Chiropractor, please indicate whether the condition is a subluxation demonstrated by an X-ray to exist: _____

## Part B: Amount of Leave Needed

5. Will the employee be (or has the employee been) incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery?  ☐ No   ☒ Yes
   If yes, estimate or state the beginning and ending dates for the period of incapacity.

   from  4/8/17  (month/day/year)   through  ongoing  (month/day/year)

6. Will the employee need to attend follow-up treatment appointments because of the employee's medical condition?
   ☐ No   ☒ Yes   If yes, are the treatments medically necessary?  ☐ No   ☒ Yes

   a) Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period.   THERAPY is weekly or

   Psychiatry = 1-2 time/s per: ☐ week, ☒ month, or ☐ year (check one) from  ongoing  (month/day/year)  through  for now  (month/day/year)
   Dates of scheduled appointments:  5/23/17

   Anticipated time required for each appointment:  30 min = Psychiatrist
   1 hour = THERAPY

   Will the employee be unable to immediately return to work after each appointment due to the need for a recovery period?  ☒ No   ☐ Yes   If yes, what period for recovery is anticipated? _____

7. Will the employee need to work part-time or on a reduced schedule because of the employee's medical condition?
   ☒ No   ☐ Yes   If yes, estimate the part-time or reduced work schedule the employee needs, if any.

   unable to predict @ this time pt has significant sx's while @ work

   _____ hour/s per day; _____ day/s per week from _____ (month/day/year)   through _____ (month/day/year)

   Is the employee medically restricted from working more than 40 hours per week?  ☐ No   ☒ Yes
   If yes, please explain: _____

mother_to_son_001114

Employee Name: Zinda Applanut   Page 4 of 4

8. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?   ☐ No   ☒ Yes

If yes, is it medically necessary for the employee to be absent from work during the flare-ups?
☐ No   ☒ Yes

If medically necessary, explain why: Pt c/o ↑ panic difficulty concentrating, ↑ anxiety, + poor stress tolerance causing inability to perform work duties

If time away from work is necessary during a flare-up, **based upon the patient's medical history and your knowledge of the medical condition**, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 12 months (e.g., 1 episode every 3 months lasting 1-2 days).

Frequency: multiple   time/s per:   ☒ week, ☒ month, or ☐ year (check one)

Duration: _____ hour/s or _____ day/s per episode of flare-ups which incapacitate the employee

✱unpredictable as pt c/o sx's d/t stressful work environment

Part C. Additional information: Identify question number with your additional answer. _____

_____

_____

_____

_____

Recertification Question for Health Care Provider (if applicable): _____

_____

_____

_____

_____

Answer to Recertification Question by Health Care Provider: _____

_____

_____

_____

_____

_____   5/4/17
Signature of Health Care Provider                        Date


_____   _____
Printed name and title of anyone who assisted in the completion   Signature of anyone who assisted in the completion of
of Section III other than the Health Care Provider                Section III other than the Health Care Provider

mother_to_son 001115

# SAN DIEGO
## METRO REGION CAREER CENTERS

Membership
Card

Metro: 3910 University Ave., SD 92105  619-516-2200

South Metro: 4389 Imperial Ave., SD 92113  619-266-4200

Workforce Development Center:  330 Park Blvd., SD 92101 619-231-4289

Client _Jamaal L. Applewhite_

User ID # _31621779_ Date _4/9/18_

## America'sJobCenter
### of California™

mother_to_son_001123

**San Diego Workforce Partnership**

America's Job Center of California

# EMPLOYMENT RESEARCH FORM

**TO BE COMPLETED BY CUSTOMER:**

Customer Name: Jamaal Applewhite

E-mail Address: applewhi@gmail.com

Phone Number: 619-597-9008

Instructions: <u>Print out two job descriptions of the desired occupation</u> upon completing an Individual Training Agreement (ITA) Program. Use the job descriptions to answer the questions below:

**EMPLOYMENT RESEARCH INFORMATION**

Desired Occupation/Job Title: Project Manager Senior Director

Training program of interest: Business Management

Do you currently meet these criteria or requirements?

- Required or preferred education or certifications:

Proficient in Microsoft Office
Minimum of four (4) years of relevant project management experience
Bachelor's Degree required (MBA desired)

**YES** | NO

- Required or preferred experience:

Demonstrated experience leading a project towards targeted financial goals. Ability to lead multi-functinal teams (often virtually). Contributed to innovation of new concepts and ideas, and continous process improvement

**YES** | NO

- Required or preferred skills:

Ability to work in a large, complex, dynamic organization where a high degree of ambiguity and change exists Advanced written and verbal communication and presentation skills. must have a broad knowledge of industry best practices, embodied in PMI's Project Management Body of Knowledge (PMBOK) and be able to proactively identify potential project risks

**YES** | NO

What needs will the training meet in regards to the occupation desired?

The Business Development certificate will help me gain valuable management and leadership skills that I would use to mentor team members, and lead multi-funtional teams. The communication classes of the program will help improve my ability to identify and execute appropriate communication methods to stakeholders and senior leadership. The Business Decision Making class of the certificate program explores the characteristics of the strategic decision making process. This is major key to defining and managing business cases, projects scopes, and deliverables that support business goals.

mother_to_son_001124

**TEXTBOOK OUTLET**
2005 S. Ankeny Blvd
Ste 100
Ankeny,IA 50023
515-965-4238

9781259705168 SALE @ 157.95          157.95
   1 N MEDICAL INSURANCE...-W/ACC

9780323430777 SALE @ 91.95           91.95
   1 N NEXT
   STEP:ADVAN.MED.COD

                                    -------
Subtotal:                            249.90
Tax:                                  15.00
TOTAL:                               264.90

CASH                                 300.00
Change Due                            35.10
                                    -------
126548-2-10            2017-01-26 12:37:24


KEEP YOUR RECEIPT!!!

You have 3 business days to get a full
refund with the receipt.

**You DO NOT need your receipt to SELL
your books back!!!

------------------------------------------

# SAN DIEGO
## METRO REGION CAREER CENTERS

### AMERICA'S JOB CENTER OF CALIFORNIA (AJCC) RESOURCE ROOM POLICIES

Please help us maintain a friendly and efficient environment by adhering to these rules:

- **You must sign in each time you visit the resource room.**
- The resource room is available to the public for job search related activities only.
- Put your cell phone on silent or vibrate mode, and use it in the phone bank area for business related calls only.
- Be respectful of others by keeping conversations to low voices.
- Keep reference materials (e.g., books, job orders, magazines) in the resource room.
- Leave food and drinks at home or in purse/backpack, as we want to protect our equipment and keep our facility clean and professional.
- Children will not be permitted in the resource room due to the limited space constraints.

### COMPUTERS
- Computers are for *job search* purposes only – that means no games, shopping, personal business, etc. Any inappropriate computer use may result in loss of privilege to use the resource room.
- Computers cannot be used for more than one (1) hour a day if there are others waiting to use the computers.
- Computers may be used to print up to 15 pages per day; exceptions may be made on a case-by-case basis by the resource room specialist.

### FAX AND COPIER SERVICE
- A resource room specialist will assist you with the use of the FAX and copy machines.
- The FAX log must be completed before using the FAX machine.
- Up to 10 faxes and 20 copies per day.

### JOB /COMMUNITY INFORMATION BOARD
- The Information Board(s) in the research room are updated daily.
- Ask a resource room specialist if you want a copy of anything that appears on the board(s).

### REFERENCE MATERIALS
- Reference materials must stay in the resource room for use by all customers (please ask a resource room specialist if you want copies.
- Copies up to 15 pages per day of reference materials may be made with some exceptions.

### CLASSES/TRAINING/CERTIFICATIONS
- Here are some of the opportunities available to you including, but are not limited to, typing test (with certificate), job search classes, resume building and training.

### PHONE BANK
- Phones are available for job search-related calls only.
- Job search related telephone calls may be made to local phone numbers and other select area codes. Please check with the resource room specialist for more detailed information.

*Thank you and we hope your experience with us is pleasant and successful. Please feel free to complete our confidential customer satisfaction survey available in the resource room we can continue to provide you with quality services.*

### ACKNOWLEDGEMENT AND SIGNATURE
I acknowledge that I have read and understand these resource room policies, and that failure to adhere to these policies may result in my ineligibility to use the research room. Further, I understand that the AJCC is not responsible for articles lost or stolen from the resource room or any other areas of the AJCC.

Jamaal Applewhite
_____
Customer Name (Please Print)                                        CalJOBS User ID#

_____
Customer Signature                          Date                    Right to Work Documents





# DMACC
### DES MOINES AREA
### COMMUNITY COLLEGE

## TRANSPORTATION INSTITUTE
## Grade Report
Class A Commercial Vehicle Operator Training

**Student:**   Jamaal L Applewhite

**DMACC ID #:**   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

**Class Dates:**   1 /23/2017  to   3 /3 /2017

| CLASSROOM | Points | % |
|---|---|---|
| General Knowledge | 31 | 97% |
| Hours of Service | 28 | 90% |
| Federal Regulations | 25 | 100% |
| Hazardous Materials | 18 | 90% |
| Trip Plan/Map Reading | 29 | 97% |
| Final Classroom Exam | 89 | 89% |

**Classroom 30%**   **Final Classroom Grade: 92%**

| BACKING | Points | % |
|---|---|---|
| Straight Line | 5 | 100% |
| Parallel Park | 7 | 70% |
| Blind Parallel | 8 | 80% |
| Alley Dock 45 | 12 | 80% |
| Blindside 45 | 13 | 87% |
| Off Set | 10 | 100% |
| 90 Degree | 8 | 80% |
| Bumper Stops | 5 | 100% |

**Concourse 10%**   **Final Concourse Grade: 85%**

| ROAD | Points | % |
|---|---|---|
| First Road Exam | 214 | 95% |
| Final Road Exam | 327 | 95% |

**Road 60%**   **Final Road Grade: 95%**

---

**Total Points**   829  / 888

**Final Overall Grade: 93%**



**John Deere**
**Savings and Investment Plan**

JAMAAL L APPLEWHITE
1614 MAIN ST UNIT D
EVANSTON, IL 60202-

**Retirement Savings Statement**

☎ Customer Service: (800) 354-3427
Fidelity Brokerage Services LLC
900 Salem Street, Smithfield, RI 02917

## Your Account Summary

Statement Period: 09/24/2017 to 09/23/2019

| | |
|---|---|
| **Beginning Balance** | **$31,737.92** |
| Withdrawals | -$33,125.00 |
| Fees | -$16.00 |
| Change In Market Value | $1,921.76 |
| **Ending Balance** | **$518.68** |
| **Additional Information** | |
| Vested Balance | $518.68 |

### Your Personal Rate of Return

| This Period | 14.0% |
|---|---|

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation

Statement Period: 09/24/2017 to 09/23/2019



■ 96.87% Stock Investments: $502.42
■ 2.00% Short-Term Investments: $10.37
■ 1.13% Bond/Managed Income: $5.88

Your account is allocated among the asset classes specified above as of 09/23/2019. Percentages and totals may not be exact due to rounding.

The Additional Fund Information section lists the underlying allocation of your blended funds.

## Market Value of Your Account

Statement Period: 09/24/2017 to 09/23/2019

Displayed in this section is the value of your account for the statement period, in both shares/units and dollars

| CHOICE 1-TARGET DATE FUNDS | | | | | | |
|---|---|---|---|---|---|---|
| **Investment** | Shares/Units as of 09/23/2017 | Shares/Units as of 09/23/2019 | Price as of 09/23/2017 | Price as of 09/23/2019 | Market Value as of 09/23/2017 | **Market Value as of 09/23/2019** |
| **Blended Fund Investments\*** | | | | | **$31,737.92** | **$518.68** |
| Asset Allocation | | | | | | |
| BTC LP Idx 2040 N | 41.872 | 0.599 | $10.22 | $11.63 | $428.26 | $6.97 |
| BTC LP Idx 2050 N | 3,056.718 | 43.813 | $10.24 | $11.67 | $31,309.66 | $511.71 |
| **Account Totals** | | | | | **$31,737.92** | **$518.68** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

\*You have invested a portion of your account in Blended Funds. Blended Funds generally invest in a mixture of stocks, bonds and short-term investments, blending long-term growth from stocks with income from dividends and interest. Please refer to the Additional Fund Information section to see how your blended funds are allocated across the three asset classes.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

mother_to_son_001130


Powered by
Fidelity
INVESTMENTS

≡ MENU    **DEERE & COMPANY**        Planning    Library    Profile    🔍 Search    Log Out

# DEERE SIP (89551)

| Summary | Contributions | Investments | Withdrawals/Loans | Rollovers | Bank/Tax Information | Plan Information |
|---------|---------------|-------------|-------------------|-----------|---------------------|------------------|

BALANCES    **TRANSACTION HISTORY**    STATEMENTS

## Transaction History                                    Print

View history from the time you opened your account to the present.    Frequently Asked Questions

⊙ Download Transaction History
⊙ View Processed Exchanges

**Select Time Period or Date Range**

| Time Period | Custom Date Range ▼ | From | 01/01/2016 (mm/dd/yyyy) | To | 09/23/2019 (mm/dd/yyyy) |
|-------------|---------------------|------|------------------------|-----|-------------------------|

Get History

| **Investments** | Sources |
|-----------------|---------|

**Transaction History Period: 01/01/2016 to 09/23/2019**

**Transaction Details**

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|--------|-----------|------------------|--------|-------------------|
| 09/23/2019 | BTC LP IDX 2050 N | RECORDKEEPING FEE | -$1.97 | -0.169 |
| ⊕ Show Details | | | | |
| 09/23/2019 | BTC LP IDX 2050 N | Change In Market Value | $0.28 | 0.000 |
| ⊕ Show Details | | | | |
| 09/23/2019 | BTC LP IDX 2040 N | RECORDKEEPING FEE | -$0.03 | -0.003 |
| ⊕ Show Details | | | | |
| 08/16/2019 | BTC LP IDX 2050 N | Withdrawals | -$2,466.19 | -219.925 |
| ⊕ Show Details | | | | |
| 08/16/2019 | BTC LP IDX 2050 N | Change In Market Value | $266.94 | 0.000 |
| ⊕ Show Details | | | | |
| 08/16/2019 | BTC LP IDX 2040 N | Withdrawals | -$33.81 | -3.012 |
| ⊕ Show Details | | | | |
| 08/16/2019 | BTC LP IDX 2040 N | Change In Market Value | $3.69 | 0.000 |
| ⊕ Show Details | | | | |
| 06/10/2019 | BTC LP IDX 2050 N | RECORDKEEPING FEE | -$1.97 | -0.173 |
| ⊕ Show Details | | | | |
| 06/10/2019 | BTC LP IDX 2050 N | Change In Market Value | $0.24 | 0.000 |
| ⊕ Show Details | | | | |
| 06/10/2019 | BTC LP IDX 2040 N | RECORDKEEPING FEE | -$0.03 | -0.003 |
| ⊕ Show Details | | | | |
| 04/03/2019 | BTC LP IDX 2050 N | RECORDKEEPING FEE | -$1.97 | -0.173 |
| ⊕ Show Details | | | | |

mother_to_son_001133

Fidelity NetBenefits Transaction History

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 04/03/2019 | BTC LP IDX 2050 N | Change In Market Value | $0.24 | 0.000 |
| ⊕ Show Details | | | | |
| 04/03/2019 | BTC LP IDX 2040 N | RECORDKEEPING FEE | -$0.03 | -0.003 |
| ⊕ Show Details | | | | |
| 02/21/2019 | BTC LP IDX 2050 N | Withdrawals | -$1,233.20 | -111.955 |
| ⊕ Show Details | | | | |
| 02/21/2019 | BTC LP IDX 2050 N | Change In Market Value | $113.65 | 0.000 |
| ⊕ Show Detail | | | | |
| 02/21/2019 | BTC LP IDX 2040 N | Withdrawals | -$16.80 | -1.533 |
| ⊕ Show Details | | | | |
| 02/21/2019 | BTC LP IDX 2040 N | Change In Market Value | $1.47 | 0.000 |
| ⊕ Show Details | | | | |
| 12/18/2018 | BTC LP IDX 2050 N | Withdrawals | -$1,233.08 | -122.128 |
| ⊕ Show Details | | | | |
| 12/18/2018 | BTC LP IDX 2050 N | Change In Market Value | $11.80 | 0.000 |
| ⊕ Show Details | | | | |
| 12/18/2018 | BTC LP IDX 2040 N | Withdrawals | -$16.92 | -1.672 |
| ⊕ Show Details | | | | |
| 12/18/2018 | BTC LP IDX 2040 N | Change In Market Value | $0.20 | 0.000 |
| ⊕ Show Details | | | | |
| 11/26/2018 | BTC LP IDX 2050 N | Withdrawals | -$4,439.38 | -423.056 |
| ⊕ Show Details | | | | |
| 11/26/2018 | BTC LP IDX 2050 N | Change In Market Value | $208.82 | 0.000 |
| ⊕ Show Details | | | | |
| 11/26/2018 | BTC LP IDX 2040 N | Withdrawals | -$60.62 | -5.794 |
| ⊕ Show Details | | | | |
| 11/26/2018 | BTC LP IDX 2040 N | Change In Market Value | $2.68 | 0.000 |
| ⊕ Show Details | | | | |
| 11/21/2018 | BTC LP IDX 2050 N | RECORDKEEPING FEE | -$1.97 | -0.189 |
| ⊕ Show Details | | | | |
| 11/21/2018 | BTC LP IDX 2050 N | Change In Market Value | $0.08 | 0.000 |
| ⊕ Show Details | | | | |
| 11/21/2018 | BTC LP IDX 2040 N | RECORDKEEPING FEE | -$0.03 | -0.003 |
| ⊕ Show Details | | | | |
| 09/25/2018 | BTC LP IDX 2050 N | Withdrawals | -$2,466.53 | -218.350 |
| ⊕ Show Details | | | | |
| 09/25/2018 | BTC LP IDX 2050 N | Change In Market Value | $283.03 | 0.000 |
| ⊕ Show Details | | | | |
| 09/25/2018 | BTC LP IDX 2040 N | Withdrawals | -$33.47 | -2.991 |
| ⊕ Show Details | | | | |
| 09/25/2018 | BTC LP IDX 2040 N | Change In Market Value | $3.56 | 0.000 |
| ⊕ Show Details | | | | |
| 09/06/2018 | BTC LP IDX 2050 N | Withdrawals | -$2,096.49 | -188.577 |
| ⊕ Show Details | | | | |
| 09/06/2018 | BTC LP IDX 2050 N | Change In Market Value | $210.72 | 0.000 |
| ⊕ Show Details | | | | |
| 09/06/2018 | BTC LP IDX 2040 N | Withdrawals | -$28.51 | -2.583 |
| ⊕ Show Details | | | | |
| 09/06/2018 | BTC LP IDX 2040 N | Change In Market Value | $2.68 | 0.000 |
| ⊕ Show Details | | | | |

mother_to_son_001134

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 08/28/2018 | BTC LP IDX 2050 N | RECORDKEEPING FEE | -$1.97 | -0.174 |
| ⊕ Show Details | | | | |
| 08/28/2018 | BTC LP IDX 2050 N | Change In Market Value | $0.23 | 0.000 |
| ⊕ Show Details | | | | |
| 08/28/2018 | BTC LP IDX 2040 N | RECORDKEEPING FEE | -$0.03 | -0.003 |
| ⊕ Show Details | | | | |
| 05/16/2018 | BTC LP IDX 2050 N | Withdrawals | -$1,233.24 | -112.470 |
| ⊕ Show Details | | | | |
| 05/16/2018 | BTC LP IDX 2050 N | Change In Market Value | $108.54 | 0.000 |
| ⊕ Show Details | | | | |
| 05/16/2018 | BTC LP IDX 2040 N | Withdrawals | -$16.76 | -1.541 |
| ⊕ Show Details | | | | |
| 05/16/2018 | BTC LP IDX 2040 N | Change In Market Value | $1.35 | 0.000 |
| ⊕ Show Details | | | | |
| 05/01/2018 | BTC LP IDX 2050 N | RECORDKEEPING FEE | -$1.97 | -0.183 |
| ⊕ Show Details | | | | |
| 05/01/2018 | BTC LP IDX 2050 N | Change In Market Value | $0.14 | 0.000 |
| ⊕ Show Details | | | | |
| 05/01/2018 | BTC LP IDX 2040 N | RECORDKEEPING FEE | -$0.03 | -0.003 |
| ⊕ Show Details | | | | |
| 04/17/2018 | BTC LP IDX 2050 N | Withdrawals | -$1,849.83 | -169.559 |
| ⊕ Show Details | | | | |
| 04/17/2018 | BTC LP IDX 2050 N | Change In Market Value | $154.24 | 0.000 |
| ⊕ Show Details | | | | |
| 04/17/2018 | BTC LP IDX 2040 N | Withdrawals | -$25.17 | -2.322 |
| ⊕ Show Details | | | | |
| 04/17/2018 | BTC LP IDX 2040 N | Change In Market Value | $1.95 | 0.000 |
| ⊕ Show Details | | | | |
| 04/10/2018 | BTC LP IDX 2050 N | Withdrawals | -$1,479.85 | -137.089 |
| ⊕ Show Details | | | | |
| 04/10/2018 | BTC LP IDX 2050 N | Change In Market Value | $108.96 | 0.000 |
| ⊕ Show Details | | | | |
| 04/10/2018 | BTC LP IDX 2040 N | Withdrawals | -$20.15 | -1.878 |
| ⊕ Show Details | | | | |
| 04/10/2018 | BTC LP IDX 2040 N | Change In Market Value | $1.37 | 0.000 |
| ⊕ Show Details | | | | |
| 03/28/2018 | BTC LP IDX 2050 N | Withdrawals | -$1,233.18 | -116.325 |
| ⊕ Show Details | | | | |
| 03/28/2018 | BTC LP IDX 2050 N | Change In Market Value | $69.93 | 0.000 |
| ⊕ Show Details | | | | |
| 03/28/2018 | BTC LP IDX 2040 N | Withdrawals | -$16.82 | -1.594 |
| ⊕ Show Details | | | | |
| 03/28/2018 | BTC LP IDX 2040 N | Change In Market Value | $0.88 | 0.000 |
| ⊕ Show Details | | | | |
| 03/15/2018 | BTC LP IDX 2050 N | Withdrawals | -$1,233.23 | -112.495 |
| ⊕ Show Details | | | | |
| 03/15/2018 | BTC LP IDX 2050 N | Change In Market Value | $108.28 | 0.000 |
| ⊕ Show Details | | | | |
| 03/15/2018 | BTC LP IDX 2040 N | Withdrawals | -$16.77 | -1.541 |
| ⊕ Show Details | | | | |

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 03/15/2018 | BTC LP IDX 2040 N | Change In Market Value | $1.36 | 0.000 |
| ⊞ Show Details | | | | |
| 03/02/2018 | BTC LP IDX 2050 N | Withdrawals | -$1,849.79 | -172.444 |
| ⊞ Show Details | | | | |
| 03/02/2018 | BTC LP IDX 2050 N | Change In Market Value | $125.35 | 0.000 |
| ⊞ Show Details | | | | |
| 03/02/2018 | BTC LP IDX 2040 N | Withdrawals | -$25.21 | -2.362 |
| ⊞ Show Details | | | | |
| 03/02/2018 | BTC LP IDX 2040 N | Change In Market Value | $1.59 | 0.000 |
| ⊞ Show Details | | | | |
| 02/01/2018 | BTC LP IDX 2050 N | RECORDKEEPING FEE | -$1.97 | -0.174 |
| ⊞ Show Details | | | | |
| 02/01/2018 | BTC LP IDX 2050 N | Change In Market Value | $0.23 | 0.000 |
| ⊞ Show Details | | | | |
| 02/01/2018 | BTC LP IDX 2040 N | RECORDKEEPING FEE | -$0.03 | -0.003 |
| ⊞ Show Details | | | | |
| 01/24/2018 | BTC LP IDX 2050 N | Withdrawals | -$2,466.56 | -216.365 |
| ⊞ Show Details | | | | |
| 01/24/2018 | BTC LP IDX 2050 N | Change In Market Value | $302.91 | 0.000 |
| ⊞ Show Details | | | | |
| 01/24/2018 | BTC LP IDX 2040 N | Withdrawals | -$33.44 | -2.964 |
| ⊞ Show Details | | | | |
| 01/24/2018 | BTC LP IDX 2040 N | Change In Market Value | $3.80 | 0.000 |
| ⊞ Show Details | | | | |
| 01/09/2018 | BTC LP IDX 2050 N | Withdrawals | -$1,233.24 | -111.360 |
| ⊞ Show Details | | | | |
| 01/09/2018 | BTC LP IDX 2050 N | RECORDKEEPING FEE | -$1.97 | -0.178 |
| ⊞ Show Details | | | | |
| 01/09/2018 | BTC LP IDX 2050 N | Change In Market Value | $119.83 | 0.000 |
| ⊞ Show Details | | | | |
| 01/09/2018 | BTC LP IDX 2040 N | Withdrawals | -$16.76 | -1.525 |
| ⊞ Show Details | | | | |
| 01/09/2018 | BTC LP IDX 2040 N | RECORDKEEPING FEE | -$0.03 | -0.003 |
| ⊞ Show Details | | | | |
| 01/09/2018 | BTC LP IDX 2040 N | Change In Market Value | $1.51 | 0.000 |
| ⊞ Show Details | | | | |
| 12/19/2017 | BTC LP IDX 2050 N | Withdrawals | -$2,466.39 | -229.335 |
| ⊞ Show Details | | | | |
| 12/19/2017 | BTC LP IDX 2050 N | Change In Market Value | $173.04 | 0.000 |
| ⊞ Show Details | | | | |
| 12/19/2017 | BTC LP IDX 2040 N | Withdrawals | -$33.61 | -3.142 |
| ⊞ Show Details | | | | |
| 12/19/2017 | BTC LP IDX 2040 N | Change In Market Value | $2.19 | 0.000 |
| ⊞ Show Details | | | | |
| 11/21/2017 | BTC LP IDX 2050 N | Withdrawals | -$3,699.52 | -350.059 |
| ⊞ Show Details | | | | |
| 11/21/2017 | BTC LP IDX 2050 N | Change In Market Value | $198.93 | 0.000 |
| ⊞ Show Details | | | | |
| 11/21/2017 | BTC LP IDX 2040 N | Withdrawals | -$50.48 | -4.795 |
| ⊞ Show Details | | | | |

mother_to_son_001136

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 11/21/2017 | BTC LP IDX 2040 N | Change In Market Value | $2.53 | 0.000 |
| ⊞ Show Details | | | | |
| 09/15/2017 | BTC LP IDX 2050 N | Withdrawals | -$6,165.68 | -601.782 |
| ⊞ Show Details | | | | |
| 09/15/2017 | BTC LP IDX 2050 N | Change In Market Value | $147.86 | 0.000 |
| ⊞ Show Details | | | | |
| 09/15/2017 | BTC LP IDX 2040 N | Withdrawals | -$84.32 | -8.243 |
| ⊞ Show Details | | | | |
| 09/15/2017 | BTC LP IDX 2040 N | Change In Market Value | $1.89 | 0.000 |
| ⊞ Show Details | | | | |
| 08/15/2017 | BTC LP IDX 2050 N | Exchange In | $36,585.00 | 3,658.500 |
| ⊞ Show Details | | | | |
| 08/15/2017 | BTC LP IDX 2040 N | Exchange In | $501.15 | 50.115 |
| ⊞ Show Details | | | | |
| 08/15/2017 | BTC LIFEPATH 2050 L | Exchange Out | -$36,585.00 | -2,016.732 |
| ⊞ Show Details | | | | |
| 08/15/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $8,934.77 | 0.000 |
| ⊞ Show Details | | | | |
| 08/15/2017 | BTC LIFEPATH 2040 L | Exchange Out | -$501.15 | -28.955 |
| ⊞ Show Details | | | | |
| 08/15/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $132.96 | 0.000 |
| ⊞ Show Details | | | | |
| 08/04/2017 | BTC LIFEPATH 2050 L | Withdrawals | -$6,165.61 | -336.924 |
| ⊞ Show Details | | | | |
| 08/04/2017 | BTC LIFEPATH 2050 L | RECORDKEEPING FEE | -$1.97 | -0.108 |
| ⊞ Show Details | | | | |
| 08/04/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $1,546.74 | 0.000 |
| ⊞ Show Details | | | | |
| 08/04/2017 | BTC LIFEPATH 2040 L | Withdrawals | -$84.39 | -4.837 |
| ⊞ Show Details | | | | |
| 08/04/2017 | BTC LIFEPATH 2040 L | RECORDKEEPING FEE | -$0.03 | -0.002 |
| ⊞ Show Details | | | | |
| 08/04/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $22.89 | 0.000 |
| ⊞ Show Details | | | | |
| 07/10/2017 | BTC LIFEPATH 2050 L | Withdrawals | -$6,165.43 | -346.931 |
| ⊞ Show Details | | | | |
| 07/10/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $1,408.86 | 0.000 |
| ⊞ Show Details | | | | |
| 07/10/2017 | BTC LIFEPATH 2040 L | Withdrawals | -$84.57 | -4.981 |
| ⊞ Show Details | | | | |
| 07/10/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $21.23 | 0.000 |
| ⊞ Show Details | | | | |
| 06/09/2017 | BTC LIFEPATH 2050 L | Withdrawals | -$3,082.73 | -172.535 |
| ⊞ Show Details | | | | |
| 06/09/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $717.20 | 0.000 |
| ⊞ Show Details | | | | |
| 06/09/2017 | BTC LIFEPATH 2040 L | Withdrawals | -$42.27 | -2.477 |
| ⊞ Show Details | | | | |
| 06/09/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $10.77 | 0.000 |
| ⊞ Show Details | | | | |

mother_to_son_001137

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 05/17/2017 | BTC LIFEPATH 2050 L | RECORDKEEPING FEE | -$1.97 | -0.113 |
| Show Details | | | | |
| 05/17/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $0.43 | 0.000 |
| Show Details | | | | |
| 05/17/2017 | BTC LIFEPATH 2040 L | RECORDKEEPING FEE | -$0.03 | -0.002 |
| Show Details | | | | |
| 05/17/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| Show Details | | | | |
| 05/03/2017 | BTC LIFEPATH 2050 L | Withdrawals | -$6,165.35 | -353.140 |
| Show Details | | | | |
| 05/03/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $1,323.66 | 0.000 |
| Show Details | | | | |
| 05/03/2017 | BTC LIFEPATH 2040 L | Withdrawals | -$84.65 | -5.070 |
| Show Details | | | | |
| 05/03/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $20.18 | 0.000 |
| Show Details | | | | |
| 03/03/2017 | BTC LIFEPATH 2050 L | RECORDKEEPING FEE | -$1.97 | -0.115 |
| Show Details | | | | |
| 03/03/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $0.41 | 0.000 |
| Show Details | | | | |
| 03/03/2017 | BTC LIFEPATH 2040 L | RECORDKEEPING FEE | -$0.03 | -0.002 |
| Show Details | | | | |
| 03/03/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| Show Details | | | | |
| 03/02/2017 | BTC LIFEPATH 2050 L | Withdrawals | -$3,699.18 | -215.791 |
| Show Details | | | | |
| 03/02/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $740.60 | 0.000 |
| Show Details | | | | |
| 03/02/2017 | BTC LIFEPATH 2040 L | Withdrawals | -$50.82 | -3.098 |
| Show Details | | | | |
| 03/02/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $11.43 | 0.000 |
| Show Details | | | | |
| 02/01/2017 | BTC LIFEPATH 2050 L | LOAN MAINT. FEE | -$2.47 | -0.148 |
| Show Details | | | | |
| 02/01/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $0.45 | 0.000 |
| Show Details | | | | |
| 02/01/2017 | BTC LIFEPATH 2040 L | LOAN MAINT. FEE | -$0.03 | -0.002 |
| Show Details | | | | |
| 02/01/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| Show Details | | | | |
| 01/06/2017 | BTC LIFEPATH 2050 L | Withdrawals | -$6,165.11 | -372.259 |
| Show Details | | | | |
| 01/06/2017 | BTC LIFEPATH 2050 L | Change In Market Value | $1,061.29 | 0.000 |
| Show Details | | | | |
| 01/06/2017 | BTC LIFEPATH 2040 L | Withdrawals | -$84.89 | -5.345 |
| Show Details | | | | |
| 01/06/2017 | BTC LIFEPATH 2040 L | Change In Market Value | $16.93 | 0.000 |
| Show Details | | | | |
| 12/13/2016 | BTC LIFEPATH 2050 L | Withdrawals | -$7,010.18 | -426.577 |
| Show Details | | | | |

mother_to_son_001138

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 12/13/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $1,161.64 | 0.000 |
| ⊞ Show Details | | | | |
| 12/13/2016 | BTC LIFEPATH 2040 L | Withdrawals | -$96.57 | -6.125 |
| ⊞ Show Details | | | | |
| 12/13/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $18.69 | 0.000 |
| ⊞ Show Details | | | | |
| 11/29/2016 | BTC LIFEPATH 2050 L | RECORDKEEPING FEE | -$1.97 | -0.123 |
| ⊞ Show Details | | | | |
| 11/29/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $0.29 | 0.000 |
| ⊞ Show Details | | | | |
| 11/29/2016 | BTC LIFEPATH 2040 L | RECORDKEEPING FEE | -$0.03 | -0.002 |
| ⊞ Show Details | | | | |
| 11/29/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| ⊞ Show Details | | | | |
| 11/01/2016 | BTC LIFEPATH 2050 L | LOAN MAINT. FEE | -$2.47 | -0.158 |
| ⊞ Show Details | | | | |
| 11/01/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $0.31 | 0.000 |
| ⊞ Show Details | | | | |
| 11/01/2016 | BTC LIFEPATH 2040 L | LOAN MAINT. FEE | -$0.03 | -0.002 |
| ⊞ Show Details | | | | |
| 11/01/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| ⊞ Show Details | | | | |
| 08/15/2016 | BTC LIFEPATH 2050 L | RECORDKEEPING FEE | -$1.97 | -0.121 |
| ⊞ Show Details | | | | |
| 08/15/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $0.32 | 0.000 |
| ⊞ Show Details | | | | |
| 08/15/2016 | BTC LIFEPATH 2040 L | RECORDKEEPING FEE | -$0.03 | -0.002 |
| ⊞ Show Details | | | | |
| 08/15/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| ⊞ Show Details | | | | |
| 08/01/2016 | BTC LIFEPATH 2050 L | LOAN MAINT. FEE | -$2.47 | -0.154 |
| ⊞ Show Details | | | | |
| 08/01/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $0.37 | 0.000 |
| ⊞ Show Details | | | | |
| 08/01/2016 | BTC LIFEPATH 2040 L | LOAN MAINT. FEE | -$0.03 | -0.002 |
| ⊞ Show Details | | | | |
| 08/01/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| ⊞ Show Details | | | | |
| 06/15/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $75.57 | 4.967 |
| ⊞ Show Details | | | | |
| 06/15/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $444.74 | 29.231 |
| ⊞ Show Details | | | | |
| 05/31/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $76.54 | 4.969 |
| ⊞ Show Details | | | | |
| 05/31/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $443.77 | 28.807 |
| ⊞ Show Details | | | | |
| 05/13/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $77.51 | 5.139 |
| ⊞ Show Details | | | | |
| 05/13/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $442.80 | 29.360 |
| ⊞ Show Details | | | | |

mother_to_son_001139

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 05/10/2016 | BTC LIFEPATH 2050 L | RECORDKEEPING FEE | -$1.97 | -0.129 |
| ⊞ Show Details | | | | |
| 05/10/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $0.22 | 0.000 |
| ⊞ Show Details | | | | |
| 05/10/2016 | BTC LIFEPATH 2040 L | RECORDKEEPING FEE | -$0.03 | -0.002 |
| ⊞ Show Detail | | | | |
| 05/10/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| ⊞ Show Details | | | | |
| 05/02/2016 | BTC LIFEPATH 2050 L | LOAN MAINT. FEE | -$2.47 | -0.160 |
| ⊞ Show Details | | | | |
| 05/02/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $0.29 | 0.000 |
| ⊞ Show Details | | | | |
| 05/02/2016 | BTC LIFEPATH 2040 L | LOAN MAINT. FEE | -$0.03 | -0.002 |
| ⊞ Show Details | | | | |
| 05/02/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| ⊞ Show Details | | | | |
| 04/29/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $78.48 | 5.133 |
| ⊞ Show Details | | | | |
| 04/29/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $441.83 | 28.894 |
| ⊞ Show Details | | | | |
| 04/15/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $79.44 | 5.192 |
| ⊞ Show Details | | | | |
| 04/15/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $440.87 | 28.815 |
| ⊞ Show Details | | | | |
| 03/31/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $80.40 | 5.321 |
| ⊞ Show Details | | | | |
| 03/31/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $439.91 | 29.119 |
| ⊞ Show Details | | | | |
| 03/15/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $81.36 | 5.526 |
| ⊞ Show Details | | | | |
| 03/15/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $438.95 | 29.813 |
| ⊞ Show Details | | | | |
| 02/29/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $82.32 | 5.862 |
| ⊞ Show Details | | | | |
| 02/29/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $437.99 | 31.191 |
| ⊞ Show Details | | | | |
| 02/12/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $83.28 | 6.175 |
| ⊞ Show Details | | | | |
| 02/12/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $437.03 | 32.403 |
| ⊞ Show Details | | | | |
| 02/05/2016 | BTC LIFEPATH 2050 L | RECORDKEEPING FEE | -$1.97 | -0.143 |
| ⊞ Show Details | | | | |
| 02/05/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $0.04 | 0.000 |
| ⊞ Show Details | | | | |
| 02/05/2016 | BTC LIFEPATH 2040 L | RECORDKEEPING FEE | -$0.03 | -0.002 |
| ⊞ Show Details | | | | |
| 02/05/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| ⊞ Show Details | | | | |
| 02/01/2016 | BTC LIFEPATH 2050 L | LOAN MAINT. FEE | -$2.46 | -0.175 |
| ⊞ Show Details | | | | |

mother_to_son_001140

4:18-cv-04106-SLD-JEH   Filed: 01/24/20   # 65-7   Page 69 of 77

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 02/01/2016 | BTC LIFEPATH 2050 L | Change In Market Value | $0.08 | 0.000 |
| ⊕ Show Details | | | | |
| 02/01/2016 | BTC LIFEPATH 2040 L | LOAN MAINT. FEE | -$0.04 | -0.003 |
| ⊕ Show Details | | | | |
| 02/01/2016 | BTC LIFEPATH 2040 L | Change In Market Value | $0.01 | 0.000 |
| ⊕ Show Details | | | | |
| 01/29/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $84.23 | 5.963 |
| ⊕ Show Details | | | | |
| 01/29/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $436.08 | 30.869 |
| ⊕ Show Details | | | | |
| 01/15/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $85.18 | 6.242 |
| ⊕ Show Details | | | | |
| 01/15/2016 | BTC LIFEPATH 2050 L | Loan Repayments | $435.13 | 31.886 |
| ⊕ Show Details | | | | |

Questions? Call **(800) 354-3427**

NetBenefits® provided by

**Fidelity** INVESTMENTS

© 1996-2019 FMR LLC

All rights reserved.

Terms of Use | Privacy | Security

IA=1 PT=1 HT=1 CL=2 MX=1 DC=1 MM=1 SZ=4

mother_to_son_001141

# G.C. TRUCKING INC.
## APPLICATION FOR EMPLOYMENT

### PERSONAL INFORMATION

**DATE:** 4-20-2018

**S.S.I. #** XXX-XX-

**NAME:** Jamaal L Applewhite

FIRST      MIDDLE      LAST

**ADDRESS** 1148 Dennery Rd, San Diego CA 92154     **E-MAIL ADDRESS** applewhi@gmail.com

STEET    CITY     STATE / ZIP CODE

**PHONE #** ( 619 ) 655-6776    **LICENCE #**_____ **ARE YOU OVER THE AGE OF 18? YES ☐ OR   NO ☐**

**HAVE YOU EVER WORKED OR APPLIED FOR A JOB WITH OUR COMPANY? YES ☐ OR   NO ☑**

**EMERGENCY CONTACT** Malykke Bacon     **PHONE NUMBER** ( 773 ) 354-7246 __

### EMPLOYMENT DESIRED

**POSITION** Driver or Management    **DATE YOU CAN START**_____ **SALARY DESIRED** Negotiable   **YEARS EXPERIENCED** 0yrs & 10yr

### EDUCATION

**HIGH SCHOOL**    **(NAME)**_____ **HOW MANY YEARS**_____

**COLLEGE**    **(NAME)** University of Illinois College of Engineering    **HOW MANY YEARS** 4

**TRADE SCHOOL**    **(NAME)**_____ **HOW MANY YEARS**_____

**SPECIAL SKILLS**    project management, cost management, supply management, operations, recruiting

### EMPLOYMENT HISTORY
*Furnish the following information regarding all of your employers during the past (3) years including any time you were self-employed or unemployed.*
### DATES OF EMPLOYMENT

**FROM:** May/2005    **COMPANY NAME:** Deere & Company (John Deere)
Month / Year    **ADDRESS:** One John Deere Road    **CITY:** Moline    **STATE / ZIP:** Il/61244
**TO:** June/2016    **PHONE #** ( 800 ) 765-9588    **FAX #** (_____)
Month / Year    **TITLE:** Global Project Manager, Cost Management    **REASON FOR LEAVING:** Family

**FROM:**_____    **COMPANY NAME:**_____
Month / Year    **ADDRESS:**_____ **CITY:**_____ **STATE / ZIP:**_____
**TO:**_____    **PHONE #** (_____)    **FAX #** (_____)
Month / Year    **TITLE:**_____ **REASON FOR LEAVING:**_____

**FROM:**_____    **COMPANY NAME:**_____
Month / Year    **ADDRESS:**_____ **CITY:**_____ **STATE / ZIP:**_____
**TO:**_____    **PHONE #** (_____)    **FAX #** (_____)
Month / Year    **TITLE:**_____ **REASON FOR LEAVING:**_____

**FROM:**_____    **COMPANY NAME:**_____
Month / Year    **ADDRESS:**_____ **CITY:**_____ **STATE / ZIP:**_____
**TO:**_____    **PHONE #** (_____)    **FAX #** (_____)
Month / Year    **TITLE:**_____ **REASON FOR LEAVING:**_____

**FROM:**_____    **COMPANY NAME:**_____
Month / Year    **ADDRESS:**_____ **CITY:**_____ **STATE / ZIP:**_____
**TO:**_____    **PHONE #** (_____)    **FAX #** (_____)
Month / Year    **TITLE:**_____ **REASON FOR LEAVING:**_____

*IF NECESSARY, ATTACH AN ADDITIONAL SHEET TO SHOW EMPLOYMENT FOR THE PAST 3 YEARS*

PAGE 1

mother_to_son_001142

## REFERENCES

Please give the names of three persons not related to you, whom you have known at least one year

| NAME | ADDRESS | BUSINESS | YEARS |
|------|---------|----------|-------|
| 1. Brian Jolliff | 7101 Snodgrass Hill ct | Portfolio Management | 10 |
| 2. Brian Jolliff | 7101 Snodgrass Hill ct | Portfolio Management | 10 |
| 3. Brian Jolliff | 7101 Snodgrass Hill ct | Portfolio Management | 10 |

## APPLICANT

It is agreed and understood that any misrepresentations of information given shall be considered as falsification and grounds for immediate disqualification.

It is agreed and understood that G.C.U. Trucking Inc. or its agents may investigate my background to find out any and all information of concern to my record, and I release G.C.U. Trucking Inc. and its agents from all liability for any damages for furnishing such information.  I agree to furnish any additional information deemed necessary to complete this application for qualification.

Its is agreed and understood that this application for qualification in no way obligates G.C.U. Trucking Inc. to qualify me.  I further understand that this application is for the purpose of determining my qualification only.

_____          _____

**SIGNATURE**                                              **DATE**

**DO NOT WRITE BELOW THIS LINE**

_____

**INTERVIEWED BY**_____**DATE**_____

**REMARKS**_____

_____

**HIRED**        **YES**_____   **NO**_____                **POSITION**_____

                      **SALARY/WAGE** _____

## RELEASED DATE

                      **DATE**_____

**REASON**_____

_____

_____

mother_to_son_001143

**GCU TRUCKING INC.**

Po Box 1423 Oakdale, CA. 95361
Ph: (209) 845-2117
**Fax: (209) 845-2153**

<u>Release of Information-- 49 CFR Part 40 Drug and Alcohol Testing</u>

**<u>Section I</u>. To be completed by the prospective employee:**

Employee Print Name: Jamaal Applewhite

Employee SS #: _____    License Number: _____

I hereby authorize release of information from my Department of Transportation regulated drug and alcohol testing records by my previous employer, listed in *Section I-B*, to the employer listed in *Section I-A*. This release is in accordance with DOT Regulation 49 CFR Part 40, Section 40.25. I understand that information to be released in *Section II-A* by my previous employer, is limited to the following DOT-regulated testing items:

      1. Alcohol tests with a result of 0.04 or higher;
      2. Verified positive drug tests;
      3. Refusals to be tested;
      4. Other violations of DOT agency drug and alcohol testing regulations;
5. Information obtained from previous employers of a drug and alcohol rule violation;
6. Documentation, if any, of completion of the return-to-duty process following a rule violation.

Employee Signature: _____    Date: _____

Previous Employer Name: Deere & Company

Phone #: _____    Fax#: _____

**<u>*To release information to:*</u>**
G.C.U. Trucking Inc, PO Box 1423 Oakdale, Ca. 95361
Attn:Terri Arcos **-** Safety Administration

**<u>Section II</u>. To be completed by the previous employer and mail or fax to the new employer:**

In the two years prior to the date of the employee's signature (in Section I), for DOT**-**regulated testing ~

    1. Did the employee have alcohol tests with a result of 0.04 or higher?   **YES** ☐  **NO** ☐

    2. Did the employee have verified positive drug tests?   **YES** ☐  **NO** ☐

    3. Did the employee refuse to be tested?   **YES** ☐  **NO** ☐

    4. Did the employee have other violations of DOT agency drug and alcohol testing regulations?   **YES** ☐  **NO** ☐

    5. Did a previous employer report a drug and alcohol rule violation to you?   **YES** ☐  **NO** ☐

    6. If you answered "yes" to any of the above items, did the employee complete the return-to-duty process?   **N/A** ☐  **YES** ☐  **NO** ☐

*NOTE: If you answered "yes" to item 5, you must provide the previous employer's report. If you answered "yes" to item 6, you must also transmit the appropriate return-to-duty documentation (e.g., SAP report(s), follow-up testing record).*

TERMINATION:    Voluntary___☐___   Involuntary___☐___

PERFORMANCE:    Excellent___☐___   Satisfactory___☐___   Poor___☐___

***Name of authorized representative providing information in Section II:***

_____    _____    _____
     Signature                 Print Name / Title             Date

mother_to_son_001144


Catalog     Pricing      **Try Pro For Free**      



# Mac

/applewhi

Joined Jul 2, 2015

Edit

## ACHIEVEMENTS

Badges      172

Points       734

Current Streak   0

# 9 Completed Courses

 **Welcome To Codecademy**
 Completed

 **Introduction to JavaScript**
 Completed

 **Introduction to HTML**
 Completed

 **Learn CSS**
 Completed

 **Learn ReactJS: Part I**
 Completed

 **Learn SQL**
 Completed

 **Learn Responsive Design**
 Completed

Mac 2 Codecademy



### Learn Node-SQLite

 Completed



### Learn Express

 Completed

mother_to_son_001147

4:18-cv-04106-SLD-JEH   Filed: 01/24/20   #: 65-7   Page 75 of 77



Catalog    Pricing    **Try Pro For Free**

  

# My Account

Basic Information

Change Password

Mail Settings

**Manage Payments**

Linked Accounts

Delete Account

| Purchases | History |

## No Current Subscriptions

## Pro Intensive Purchases

**Build Websites from Scratch (04/10/2018 - 07/03/2018)**          $199.00

Total Paid                                                          $199.00

## How You Pay

mother_to_son_001148

Purchase Date 04/07/2018

Refund Date Passed

---

**Build Web APIs from Scratch (04/10/2018 - 06/19/2018)**          $199.00

Total Paid                                                          $199.00

**How You Pay**

Purchase Date 04/08/2018

Refund Date Passed

---

**Build Front-End Web Applications from Scratch (04/10/2018 - 06/19/2018)**          $199.00

Total Paid                                                          $199.00

**How You Pay**

Purchase Date 04/08/2018

Refund Date Passed

---

| CODECADEMY | CATALOG | | | RESOURCES |
|---|---|---|---|---|
| About | **BY SUBJECT** | **BY LANGUAGE** | | Beta Courses |
| For Businesses | Full Catalog | HTML & CSS | C++ | Articles |
| Shop | Web | Python | R | Forums |
| Stories | Development | JavaScript | C# | Help |
| We're Hiring | Programming | Java | PHP | Blog |

mother_to_son_001149

  

Data Science
Partnerships
Design
Game
Development

SQL
Bash/Shell
Ruby

---

Privacy Policy | Terms

Made with ❤ in NYC © 2019 Codecademy